FILED: July 16, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1650
(RM21-17-000)

_____

APPALACHIAN VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY; SOUTH CAROLINA COASTAL CONSERVATION LEAGUE

      Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

_____

This case has been opened in this court.

| | |
|---|---|
| Originating Court | Federal Energy Regulatory Commission |
| Originating Case Number | RM21-17-000 |
| Date Petition Filed: | 07/16/2024 |
| Petitioner(s) | Appalachian Voices; Energy Alabama; North Carolina Sustainable Energy Association; Southern Alliance for Clean Energy; South Carolina Coastal Conservation League |
| Appellate Case Number | 24-1650 |
| Case Manager | Karen Stump<br>804-916-2704 |