# NOTICE TO THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
### OF MULTICIRCUIT PETITIONS FOR REVIEW

| | |
|---|---|
| ***In Re***:  Federal Energy Regulatory Commission, ) | |
| *Building for the Future Through Electric Regional* ) | |
| *Transmission Planning and Cost Allocation,* ) | |
| 187 FERC ¶ 61,068 (May 13, 2024); Notice of ) | MCP No. _____ |
| Denial of Rehearing by Operation of Law and ) | |
| Providing For Further Consideration, ) | |
| 188 FERC ¶ 62,025 (July 15, 2024) ) | |

## <u>NOTICE OF MULTICIRCUIT PETITIONS FOR REVIEW</u>

Pursuant to 28 U.S.C. § 2112(a)(3) and the Rules of Procedure of the Judicial

Panel on Multidistrict Litigation, the Federal Energy Regulatory Commission

("FERC" or the "Commission") notifies the Judicial Panel that it has received

multiple petitions for review—filed in and date-stamped by nine different courts of

appeals—of a Commission order issued in *Building for the Future Through Electric*

*Regional Transmission Planning and Cost Allocation*, FERC Docket No. RM21-17,

Order No. 1920—Final Rule, 187 FERC ¶ 61,068 (issued May 13, 2024) ("Order

1920").  The petitions for review also note the Commission's subsequent Notice of

Denial of Rehearing by Operation of Law and Providing for Further Consideration,

188 FERC ¶ 62,025 (issued July 15, 2024 in the same agency docket) ("Denial

Notice").[1]

---

[1] The Denial Notice states that the Commission intends to issue another
order on requests for rehearing of Order 1920:  "As provided in 16 U.S.C. § 825*l*(a),
the requests for rehearing of the above-cited order filed in this proceeding will be
addressed in a future order to be issued consistent with the requirements of such
section."  In light of the still-pending agency proceeding and the possibility of new

As required by Panel Rule 25.2, the Commission submits with this Notice: (1) a schedule listing petitions for review filed in the circuit courts of appeals within ten days after the expiration of the thirty-day period for agency action on applications for agency rehearing, and received by the Commission within that time period (Attachment A), and (2) copies of each petition (Attachment B).

Pursuant to 28 U.S.C. § 2112(a)(1)–(3) and Panel Rule 25.2(c), this Notice exclusively embraces court-stamped petitions for review filed in the courts of appeals within the ten-day period following the expiration of the thirty-day period for agency action on applications for agency rehearing, and received by the Commission within that same period. *See In re FERC (Gas Transmission Northwest LLC)*, MCP No. 175, 2024 WL 1596933, at *3 (J.P.M.L. Apr. 11, 2024) ("Section 2112(a)'s ten-day countdown beg[ins] when, by operation of law, the thirty-day period [for FERC to act on rehearing applications] expired, not when FERC subsequently notified the parties of this event."); 16 U.S.C. § 825*l*(a) (setting forth time period for applications for rehearing and agency action).

The Commission issued Order 1920 on May 13, 2024. Under Federal Power Act section 313, 16 U.S.C. § 825*l*(a), the deadline for filing requests for agency rehearing was June 12, 2024. (All petitioners encompassed by this Notice filed requests for rehearing on the due date, June 12, 2024.) Because the Commission did not "act" on the applications for rehearing within thirty days of filing (i.e., by

---

petitions for review of that future order, the Commission notes that the parties may seek to file motions as appropriate with the designated court of appeals after this Panel makes its random selection under 28 U.S.C. § 2112(a).

July 12, 2024), they were deemed denied.  *See* 16 U.S.C. § 825*l*(a).  Accordingly, the

statutory ten-day period under 28 U.S.C. § 2112(a) concluded on Monday, July 22,

2024.  *See Gas Transmission Northwest LLC*, MCP No. 175, 2024 WL 1596933, at

*3–4 (citing Fed. R. App. P 26(a)).  The Commission has confirmed that all petitions

for review included in this Notice are date-stamped by the relevant court of appeals,

consistent with *In re FERC (Atlantic Coast Pipeline, LLC)*, 341 F. Supp. 3d 1378,

1380 (J.P.M.L. 2018).

In accordance with Panel Rule 25.3, as indicated in the attached certificate of

service, the Commission is filing and serving this Notice on the clerks of the courts

of appeals where petitions for review have been filed, along with counsel for all

parties in these petitions for review.

Respectfully Submitted,

Robert H. Solomon
Solicitor

*/s/ Susanna Y. Chu*
Susanna Y. Chu
Attorney

Federal Energy Regulatory
    Commission
Washington, DC  20426
Tel.:    202.504.8464
Email:  Susanna.Chu@ferc.gov

August 2, 2024

# ATTACHMENT 1

**Rule 25.2 Schedule**

Issuance Date of FERC Order and Denial Notice:  May 13, 2024 and July 15, 2024

| Case Name | Circuit Court | Docket Number | Filing Date | Date Received by FERC (earlier of date of filing on FERC's eLibrary docket or date of receipt of paper copy) |
|---|---|---|---|---|
| *Advanced Energy United, et al. v. FERC* | D.C. Circuit | 24-1254 | July 18, 2024 | July 19, 2024 |
| *Invenergy Solar Development North America LLC, et al. v. FERC* | D.C. Circuit | 24-1255 | July 19, 2024 | July 22, 2024 |
| *Environmental Defense Fund v. FERC* | First Circuit | 24-1659 | July 16, 2024 | July 18, 2024 |
| *Natural Resources Defense Council v. FERC* | Second Circuit | 24-1932 | July 16, 2024 | July 19, 2024 |
| *Appalachian Voices, et al. v. FERC* | Fourth Circuit | 24-1650 | July 16, 2024 | July 18, 2024 |

| | | | | |
|---|---|---|---|---|
| *Louisiana Public Service Commission and Mississippi Public Service Commission v. FERC* | Fifth Circuit | 24-60355 | July 15, 2024 | July 18, 2024 |
| *State of Texas v. FERC* | Fifth Circuit | 24-60362 | July 18, 2024 | July 22, 2024 |
| *Public Utilities Commission of Ohio's Office of the Federal Energy Advocate and Public Service Commission of West Virginia v. FERC* | Sixth Circuit | 24-3615 | July 18, 2024 | July 19, 2024 |
| *ITC Midwest LLC v. FERC* | Seventh Circuit | 24-2232 | July 19, 2024 | July 22, 2024 |
| *Sierra Club v. FERC* | Ninth Circuit | 24-4388 | July 17, 2024 | July 19, 2024 |
| *State of Georgia and Georgia Public Service Commission v. FERC* | Eleventh Circuit | 24-12310 | July 18, 2024 | July 19, 2024 |

# ATTACHMENT 2

## PROOF OF SERVICE

In accordance with Rule 25.3 of the Judicial Panel on Multidistrict Litigation and Federal Rule of Appellate Procedure 25(a), I certify that, on this 2nd day of August, 2024, a copy of the foregoing was served electronically, in accordance with the applicable ECF procedures of the following courts:

Mark J. Langer
Clerk of the Court
U.S. Court of Appeals for the D.C. Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., NW
Room 5423
Washington, DC  20001

Maria R. Hamilton
Clerk of the Court
U.S. Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA  02210

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY  10007

Nwamaka Anowi
Clerk of the Court
U.S. Court of Appeals for the Fourth Circuit
Lewis F. Powell, Jr. U.S. Courthouse Annex
1100 East Main Street, Suite 501
Richmond, VA  23219-3517

Lyle W. Cayce
Clerk of the Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA  70130-3408

Kelly L. Stephens
Clerk of the Court
U.S. Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio  45202-3988

Office of the Clerk
U.S. Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen U.S. Courthouse
219 S. Dearborn Street
Room 2722
Chicago, IL  60604

Molly C. Dwyer
Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA  94119-3939

David J. Smith
Clerk of the Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth St., NW
Atlanta, GA  30303


Copies of the foregoing notice were also served on the following counsel via

the electronic filings systems of the U.S. Court of Appeals for the District of

Columbia Circuit and the U.S. Courts of Appeals for the First, Second, Fourth,

Fifth, Sixth, Seventh, Ninth, and Eleventh Circuits:

Jeremy McDiarmid
Advanced Energy United
1801 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: 617-429-0677
Email: jmcdiarmid@advancedenergyunited.org

*Counsel for Petitioner Advanced Energy United (D.C. Cir. 24-1254)*


Gabriel Loew Tabak
American Clean Power Association
1501 M Street, NW
Washington, DC 20005
Email: gtabak@awea.org

*Counsel for Petitioner American Clean Power Association (D.C. Cir. 24-1254)*


Melissa Alfano
Solar Energy Industries Association
1425 K Street, NW
Suite 1000
Washington, DC 20005
Tel.: 703-589-5446
Email: malfano@seia.org

Benjamin Norris, IV
Solar Energy Industries Association
1425 K Street, NW
Washington, DC 20005
Tel.: 518-421-3260
Email: bnorris@seia.org

*Counsel for Petitioner Solar Energy Industries Association (D.C. Cir. 24-1254)*


Jeffrey Martin Jakubiak
Vinson & Elkins LLP
1114 Avenue of the Americas
32nd Floor
New York, NY 10036
Tel.: 212-237-0082
Email: jjakubiak@velaw.com

Jennifer C. Mansh
Vinson & Elkins LLP
2200 Pennsylvania Avenue, NW
Suite 500W
Washington, DC 20037-1701
Tel.: 202-639-6557
Email: jmansh@velaw.com

Jeremy C. Marwell
Vinson & Elkins LLP
2200 Pennsylvania Avenue, NW
Suite 500W
Washington, DC 20037-1701
Tel.: 202-639-6500
Email: jmarwell@velaw.com

Garrett Meisman
Vinson & Elkins LLP
845 Texas Avenue
Suite 4700
Houston, TX 77002
Tel.: 801-970-4637
Email: gmeisman@velaw.com

William Scott Scherman
Vinson & Elkins LLP
2200 Pennsylvania Avenue, NW
Suite 500W
Washington, DC 20037-1701
Tel.: 202-639-6550
Email: wscherman@velaw.com

Holly Rachel Smith
Assistant General Counsel
Law Office of Holly Rachel Smith
3803 Rectortown Road
Marshall, VA 20115
Tel.: 540-364-0150
Email: hrs@raysmithlaw.com

*Counsel for Petitioners Invenergy Solar Development North America LLC,
et al. (D.C. Cir. 24-1255)*

Ted Kelly
Environmental Defense Fund
555 12th St NW
Ste. 400
Washington, DC 20004
Tel.: 202-572-3317
Email: tekelly@edf.org

Adam Kurland
Environmental Defense Fund
555 12th St NW
Ste. 400
Washington, DC 20004
Email: akurland@edf.org

*Counsel for Petitioner Environmental Defense Fund* (1st Cir. 24-1659)


Danielle Fidler
Earthjustice
48 Wall Street
15th Floor
New York, NY 10005
Tel.: 202-285-0926
Email: dfidler@earthjustice.org

*Counsel for Petitioner Natural Resources Defense Council, Inc.* (2d Cir. 24-1932)


Kimberley Hunter
Southern Environmental Law Center
Suite 220
601 West Rosemary Street
Chapel Hill, NC 27516-2356
Tel.: 919-967-1450
Email: khunter@selcnc.org

*Counsel for Petitioners Appalachian Voices, et al.* (4th Cir. 24-1650)

Noel Joseph Darce
Stone Pigman Walther Wittmann, L.L.C.
Suite 3150
909 Poydras Street
New Orleans, LA  70112
Tel.:  504-593-0831
Email:  ndarce@stonepigman.com

Dana Marie Shelton
Stone Pigman Walther Wittmann, L.L.C.
Suite 3150
909 Poydras Street
New Orleans, LA  70112
Tel.:  504-593-0816
Email:  dshelton@stonepigman.com

Justin A. Swaim
Stone Pigman Walther Wittmann, L.L.C.
Suite 3150
909 Poydras Street
New Orleans, LA  70112
Tel.:  504-593-0979
Email:  jswaim@stonepigman.com

*Counsel for Petitioner Louisiana Public Service Commission* (5th Cir. 24-60355)

William D. Booth
Michael Best & Friedrich, L.L.P.
Suite 400
1000 Maine Avenue, S.W.
Washington, DC 20004
Tel.:  202-747-9568
Email:  wdbooth@michaelbest.com

*Counsel for Petitioner Mississippi Public Service Commission* (5th Cir. 24-60355)

William Francis Cole, Esq.
Office of the Texas Attorney General
Solicitor General Division
P.O. Box 12548 (MC-059)
Austin, TX  78711-2548
Tel.:  512-936-2725
Email:  william.cole@oag.texas.gov

*Counsel for Petitioner State of Texas* (5th Cir. 24-60362)


Thomas Elliot Gaiser
Office of the Attorney General of Ohio
30 E. Broad Street
17th Floor
Columbus, OH  43215
Tel.:  614-466-8980
Email:  Thomas.gaiser@ohioago.gov

*Counsel for Petitioner Public Utilities Commission of Ohio's Office of the Ohio Federal Energy Advocate* (6th Cir. 24-3615)


Jacqueline Lake Roberts
Public Service Commission of West Virginia
201 Brooks Street
P.O. Box 812
Charleston, WV  25323
Tel.:  304-340-0843
Email:  jroberts@psc.state.wv.us

*Counsel for Petitioner Public Service Commission of West Virginia* (6th Cir. 24-3615)


Aaron M. Streett
Baker Botts LLP
910 Louisiana Street
One Shell Plaza
Houston, TX  77002-4995
Tel.:  713-229-1855
Email:  aaron.streett@bakerbotts.com

Christopher Beau Carter
Baker Botts LLP
910 Louisiana Street
One Shell Plaza
Houston, TX  77002-4995
Tel.:  713-229-6204
Email:  beau.carter@bakerbotts.com

*Counsel for Petitioner ITC Midwest LLC* (7th Cir. 24-2232)


Justin Vickers
Sierra Club
1229 W Glenlake Avenue
Chicago, IL  60660
Tel.:  224-420-0614
Email:  justin.vickers@sierraclub.org

Mr. Gregory E. Wannier
Sierra Club
2101 Webster Street
Suite 1300
Oakland, CA  94612
Tel.:  415-977-5646
Email:  greg.wannier@sierraclub.org

*Counsel for Petitioner Sierra Club* (9th Cir. 24-4388)


Stephen John Petrany
Georgia Department of Law
Attorney General's Office
40 Capitol Square SW
Atlanta, GA  30334
Tel.:  404-656-3300

Christopher Michael Carr
Georgia Department of Law
Attorney General's Office
40 Capitol Square SW
Atlanta, GA  30334
Tel.: 404-656-3300

Justin T. Golart
Georgia Department of Law
Attorney General's Office
40 Capitol Square SW
Atlanta, GA  30334
Tel.:  404-458-3252
Email:  jgolart@law.ga.gov

*Counsel for Petitioners State of Georgia and Georgia Public Service Commission* (11th Cir. 24-12310)

/s/ *Susanna Y. Chu*
Susanna Y. Chu
Attorney

Federal Energy Regulatory
   Commission
Washington, DC  20426
Tel.:    (202) 502-8464
Email:  Susanna.Chu@ferc.gov

# ATTACHMENT 3

D.C. Circuit 24-1254

**General Docket**
**United States Court of Appeals for District of Columbia Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 24-1254 | **Docketed:** 07/18/2024 |
| Advanced Energy United, et al v. FERC | |
| **Appeal From:** Federal Energy Regulatory Commission | |
| **Fee Status:** Fee Paid | |

**Case Type Information:**
   **1)** Petition for Review
   **2)** Review
   **3)**

**Originating Court Information:**
   **District:** FERC-1 : FERC-RM21-17-000

**Prior Cases:**
   None

**Current Cases:**

| | **Lead** | **Member** | **Start** | **End** |
|---|---|---|---|---|
| Consolidation | | | | |
| | 24-1254 | 24-1255 | 07/22/2024 | |

| **Panel Assignment:** | Not available |
|---|---|

---

| | |
|---|---|
| Advanced Energy United<br>          Petitioner | Jeremy C. McDiarmid<br>Direct: 617-429-0677<br>Email: jmcdiarmid@advancedenergyunited.org<br>[COR NTC Retained]<br>Advanced Energy United<br>1801 Pennsylvania Avenue, NW<br>Suite 410<br>Washington, DC 20006 |
| American Clean Power Association<br>          Petitioner | Gabriel Loew Tabak<br>Email: gtabak@awea.org<br>[COR NTC Retained]<br>American Clean Power Association<br>1501 M Street, NW<br>Washington, DC 20005 |
| Solar Energy Industries Association<br>          Petitioner | Melissa Alfano<br>Direct: 703-589-5446<br>Email: malfano@seia.org<br>[COR NTC Retained]<br>Solar Energy Industries Association<br>1425 K Street, NW<br>Suite 1000<br>Washington, DC 20005<br><br>Benjamin Norris, IV<br>Direct: 518-421-3260<br>Email: bnorris@seia.org<br>[COR NTC Retained]<br>Solar Energy Industries Association<br>1425 K Street, NW<br>Suite 1000<br>Washington, DC 20005 |
|           v. | |
| Federal Energy Regulatory Commission<br>          Respondent | |

Advanced Energy United; American Clean Power Association; Solar Energy Industries Association,

                Petitioners

      v.

Federal Energy Regulatory Commission,

                Respondent

USCA4 Appeal: 24-1650    Doc: 14    Filed: 08/02/2024    Pg: 21 of 122

| | | |
|---|---|---|
| 07/18/2024 | ☐ | PETITION FOR REVIEW CASE docketed. [24-1254] [Entered: 07/19/2024 01:02 PM] |
| 07/18/2024 | ☐ 📄<br>1474 pg, 7.08 MB | PETITION FOR REVIEW [2065574] of a decision by federal agency filed by Advanced Energy United, American Clean Power Association and Solar Energy Industries Association [Service Date: 07/18/2024 ] Disclosure Statement: Attached. [24-1254] [Entered: 07/19/2024 01:04 PM] |
| 07/19/2024 | ☐ 📄<br>1 pg, 38.31 KB | CERTIFIED COPY [2065576] of Petition for Review sent to respondent [2065574-2] [24-1254] [Entered: 07/19/2024 01:05 PM] |
| 07/22/2024 | ☐ 📄<br>1 pg, 39.23 KB | CLERK'S ORDER [2065735] filed consolidating cases 24-1255 (Consolidation started 07/22/2024) with 24-1254; directing party to file in 24-1255 initial submissions: PETITIONER docketing statement due 08/21/2024. PETITIONER statement of issues due 08/21/2024 [24-1254, 24-1255] [Entered: 07/22/2024 12:19 PM] |
| 07/22/2024 | ☐ 📄<br>2 pg, 43.78 KB | CLERK'S ORDER [2065767] filed directing party to file initial submissions: PETITIONER docketing statement due 08/21/2024. PETITIONER certificate as to parties due 08/21/2024. PETITIONER statement of issues due 08/21/2024. PETITIONER underlying decision due 08/21/2024. PETITIONER deferred appendix statement due 08/21/2024. PETITIONER procedural motions due 08/21/2024. PETITIONER dispositive motions due 09/05/2024; directing party to file initial submissions: RESPONDENT entry of appearance due 08/21/2024. RESPONDENT procedural motions due 08/21/2024. RESPONDENT certified index to record due 09/05/2024. RESPONDENT dispositive motions due 09/05/2024 [24-1254] [Entered: 07/22/2024 02:08 PM] |

Clear All

● **Documents and Docket Summary**
○ **Documents Only**

☑ **Include Page Numbers**

**Selected Pages:** 0    **Selected Size:** 0 KB

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| DC Circuit (USCA) - 08/01/2024 15:23:06 | | | |
| **PACER Login:** | us2794ogc | **Client Code:** | |
| **Description:** | Docket Report (full) | **Search Criteria:** | 24-1254 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

Advanced Energy United,
American Clean Power
Association, Solar Energy
Industries Association

*Petitioners,*

v.

FEDERAL ENERGY
REGULATORY COMMISSION,

*Respondent.*

No. 24-__1254__

## PETITION FOR
## REVIEW

Pursuant to section 313(b) of the Federal Power Act, 16 U.S.C. § 825*l*(b),
and Federal Rule of Appellate Procedure 15(a), and Circuit Rule 15, Advanced
Energy United ("United"), the American Clean Power Association ("ACP"), and
the Solar Energy Industries Association ("SEIA") (collectively "Petitioners")
petition this Court for review of two orders issued by the Federal Energy
Regulatory Commission ("FERC") in FERC Docket No. RM21-17. FERC issued
the first order on May 13, 2024. *See Building for the Future Through Electric
Regional Transmission Planning & Cost Allocation,* 187 FERC ¶ 61,068 (2024)
("Order No. 1920"). (Attachment A). Petitioners timely sought rehearing of Order
No. 1920 on June 13, 2024.

FERC issued the second order on July 15, 2024. *See Building for the Future Through Electric Regional Transmission Planning & Cost Allocation*, Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration, 188 FERC ¶ 62,025 (2024) ("Rehearing Denial Notice") (Attachment B). In the Rehearing Denial Notice, the Commission stated it would address the requests for rehearing of the above-cited order filed in this proceeding will be addressed in a future order, consistent with the requirements of 16 U.S.C. § 825*l*(a). However, pursuant to 16 U.S.C. § 825*l*(a), "[u]nless the Commission acts upon the application for rehearing within thirty days after it is filed, such application may be deemed to have been denied." The Commission did not issue a substantive order by the thirty-day deadline (July 15, 2024); therefore, Petitioners' request for rehearing is deemed denied and is ripe for review by this Court.

Respectfully submitted,

Gabriel Tabak
Senior Counsel
American Clean Power
Association
1299 Pennsylvania Avenue
NW, Suite 1300
Washington, DC 20004
(202) 383-2500
gtabak@cleanpower.org
*Counsel for the American Clean Power Association*

Ben Norris
Senior Director of Regulatory Affairs
and Counsel
Melissa Alfano
Director of Energy Markets and
Counsel
Solar Energy Industries Association
1425 K St NW Ste. 1000
Washington, DC 20005
(202) 566-2873
bnorris@seia.org
malfano@seia.org
*Counsel for Solar Energy Industries Association*

Jeremy McDiarmid
Managing Director & General Counsel
Advanced Energy United
1801 Pennsylvania Avenue, NW
Washington, D.C. 20006
617.429.0677
jmcdiarmid@advancedenergyunited.org
*Counsel for Advanced Energy United*

D.C. Circuit 24-1255

**General Docket**
**United States Court of Appeals for District of Columbia Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 24-1255 | **Docketed:** 07/19/2024 |
| Invenergy Solar Development North America LLC, et al v. FERC | |
| **Appeal From:** Federal Energy Regulatory Commission | |
| **Fee Status:** Fee Paid | |

**Case Type Information:**
  **1)** Petition for Review
  **2)** Review
  **3)**

**Originating Court Information:**
  **District:** FERC-1 : FERC-RM21-17-000

  **District:** FERC-1 : FERC-RM21-17-001

**Prior Cases:**
  None

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Consolidation | 24-1254 | 24-1255 | 07/22/2024 | |

| **Panel Assignment:** | Not available |
|---|---|

| | |
|---|---|
| Invenergy Solar Development North America LLC<br>Petitioner | Jeffrey Martin Jakubiak, Esquire<br>Direct: 212-237-0082<br>Email: jjakubiak@velaw.com<br>[COR NTC Retained]<br>Vinson & Elkins LLP<br>1114 Avenue of the Americas<br>32nd Floor<br>New York, NY 10036<br><br>Jennifer C. Mansh, Attorney<br>Direct: 202-639-6557<br>Email: jmansh@velaw.com<br>[COR NTC Retained]<br>Vinson & Elkins LLP<br>Firm: 202-639-6500<br>2200 Pennsylvania Avenue, NW<br>Suite 500W<br>Washington, DC 20037-1701<br><br>Jeremy C. Marwell<br>Email: jmarwell@velaw.com<br>[COR NTC Retained]<br>Vinson & Elkins LLP<br>Firm: 202-639-6500<br>2200 Pennsylvania Avenue, NW<br>Suite 500W<br>Washington, DC 20037-1701<br><br>Garrett Meisman<br>Direct: 801-970-4637<br>Email: gmeisman@velaw.com<br>[COR NTC Retained]<br>Vinson & Elkins LLP<br>Firm: 713-758-2222<br>845 Texas Avenue<br>Suite 4700<br>Houston, TX 77002<br><br>William Scott Scherman, Esquire, Attorney<br>Direct: 202-639-6550<br>Email: wscherman@velaw.com |

|  | Fax: 202-639-6604<br>[COR NTC Retained]<br>Vinson & Elkins LLP<br>Firm: 202-639-6500<br>2200 Pennsylvania Avenue, NW<br>Suite 500W<br>Washington, DC 20037-1701<br><br>Holly Rachel Smith, Assistant General Counsel<br>Direct: 540-364-0150<br>Email: hrs@raysmithlaw.com<br>[COR NTC Retained]<br>Law Office of Holly Rachel Smith<br>3803 Rectortown Road<br>Marshall, VA 20115 |
| Invenergy Thermal Development LLC<br>Petitioner | Jeffrey Martin Jakubiak, Esquire<br>Direct: 212-237-0082<br>[COR NTC Retained]<br>(see above)<br><br>Jennifer C. Mansh, Attorney<br>Direct: 202-639-6557<br>[COR NTC Retained]<br>(see above)<br><br>Jeremy C. Marwell<br>[COR NTC Retained]<br>(see above)<br><br>Garrett Meisman<br>Direct: 801-970-4637<br>[COR NTC Retained]<br>(see above)<br><br>William Scott Scherman, Esquire, Attorney<br>Direct: 202-639-6550<br>[COR NTC Retained]<br>(see above)<br><br>Holly Rachel Smith, Assistant General Counsel<br>Direct: 540-364-0150<br>[COR NTC Retained]<br>(see above) |
| Invenergy Wind Development North America LLC<br>Petitioner | Jeffrey Martin Jakubiak, Esquire<br>Direct: 212-237-0082<br>[COR NTC Retained]<br>(see above)<br><br>Jennifer C. Mansh, Attorney<br>Direct: 202-639-6557<br>[COR NTC Retained]<br>(see above)<br><br>Jeremy C. Marwell<br>[COR NTC Retained]<br>(see above)<br><br>Garrett Meisman<br>Direct: 801-970-4637<br>[COR NTC Retained]<br>(see above)<br><br>William Scott Scherman, Esquire, Attorney<br>Direct: 202-639-6550<br>[COR NTC Retained]<br>(see above)<br><br>Holly Rachel Smith, Assistant General Counsel |

Direct: 540-364-0150
[COR NTC Retained]
(see above)

Invenergy Transmission LLC
                Petitioner

Jeffrey Martin Jakubiak, Esquire
Direct: 212-237-0082
[COR NTC Retained]
(see above)

Jennifer C. Mansh, Attorney
Direct: 202-639-6557
[COR NTC Retained]
(see above)

Jeremy C. Marwell
[COR NTC Retained]
(see above)

Garrett Meisman
Direct: 801-970-4637
[COR NTC Retained]
(see above)

William Scott Scherman, Esquire, Attorney
Direct: 202-639-6550
[COR NTC Retained]
(see above)

Holly Rachel Smith, Assistant General Counsel
Direct: 540-364-0150
[COR NTC Retained]
(see above)

          v.

Federal Energy Regulatory Commission
                Respondent

USCA4 Appeal: 24-1650      Doc: 14      Filed: 08/02/2024      Pg: 30 of 122

Invenergy Solar Development North America LLC; Invenergy Thermal Development LLC; Invenergy Wind Development North America LLC; Invenergy Transmission LLC,

         Petitioners

    v.

Federal Energy Regulatory Commission,

         Respondent

USCA4 Appeal: 24-1650    Doc: 14    Filed: 08/02/2024    Pg: 31 of 122

| 07/19/2024 | ☐ | PETITION FOR REVIEW CASE docketed. [24-1255] [Entered: 07/22/2024 11:20 AM] |
|---|---|---|
| 07/22/2024 | ☐ 🗎 1485 pg, 5.2 MB | PETITION FOR REVIEW [2065720] of a decision by federal agency filed by Invenergy Solar Development North America LLC, Invenergy Thermal Development LLC, Invenergy Transmission LLC and Invenergy Wind Development North America LLC [Service Date: 07/19/2024 ] Disclosure Statement: Attached. [24-1255] [Entered: 07/22/2024 11:42 AM] |
| 07/22/2024 | ☐ 🗎 1 pg, 38.22 KB | CERTIFIED COPY [2065722] of Petition for Review sent to respondent [2065720-2] [24-1255] [Entered: 07/22/2024 11:43 AM] |
| 07/22/2024 | ☐ 🗎 1 pg, 39.23 KB | CLERK'S ORDER [2065735] filed consolidating cases 24-1255 (Consolidation started 07/22/2024) with 24-1254; directing party to file in 24-1255 initial submissions: PETITIONER docketing statement due 08/21/2024. PETITIONER statement of issues due 08/21/2024 [24-1254, 24-1255] [Entered: 07/22/2024 12:19 PM] |

USCA4 Appeal: 24-1650    Doc: 14    Filed: 08/02/2024    Pg: 32 of 122

Clear All

◉ **Documents and Docket Summary**
○ **Documents Only**

☑ **Include Page Numbers**

**Selected Pages:** [0]    **Selected Size:** [0 KB]

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| DC Circuit (USCA) - 07/31/2024 16:26:41 | | | |
| **PACER Login:** | us2794ogc | **Client Code:** | |
| **Description:** | Docket Report (full) | **Search Criteria:** | 24-1255 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

INVENERGY SOLAR
DEVELOPMENT
NORTH AMERICA LLC;
INVENERGY THERMAL
DEVELOPMENT LLC; INVENERGY
WIND DEVELOPMENT NORTH
AMERICA LLC; and INVENERGY
TRANSMISSION LLC,

*Petitioners,*

v.

FEDERAL ENERGY
REGULATORY COMMISSION,

*Respondent.*

No. 24-1255

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

**JUL 1 9 2024**

**RECEIVED**

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

**CLERK    JUL 1 9 2024**

**FILED**

## PETITION FOR REVIEW

Pursuant to Section 313(b) of the Federal Power Act, 16 U.S.C. § 825*l*(b),

Federal Rule of Appellate Procedure 15, and Circuit Rule 15, Invenergy Solar

Development North America LLC, Invenergy Thermal Development LLC,

Invenergy Wind Development North America LLC, and Invenergy Transmission

LLC (collectively, "Invenergy") hereby petition for review of the following orders

of Respondent the Federal Energy Regulatory Commission ("Commission"):

1

1. *Building for the Future Through Electric Regional Transmission Planning and Cost Allocation*, Docket No. RM21-17-000, 187 FERC ¶ 61,068 (May 13, 2024) ("Order No. 1920") (attached as Exhibit A); and

2. *Building for the Future Through Electric Regional Transmission Planning and Cost Allocation*, "Notice Of Denial of Rehearing by Operation of Law and Providing for Further Consideration," Docket No. RM21-17-001, 188 FERC ¶ 62,025 (July 15, 2024) (attached as Exhibit B).

Invenergy participated in the Commission proceedings below and timely filed a request for rehearing of Order No. 1920. As explained in the Commission's Notice of Denial of Rehearing, that rehearing request may be deemed denied by operation of law because the Commission did not act upon it within 30 days. *See* 16 U.S.C. § 825*l*(a); 18 C.F.R. § 385.713(f); *Allegheny Def. Project v. FERC*, 964 F.3d 1, 18–19 (D.C. Cir. 2020). Therefore, Invenergy may file this petition for review under 16 U.S.C. § 825*l*(b). This Court has jurisdiction, and venue in this Court is proper, under 16 U.S.C. § 825*l*(b).

Date: July 19, 2024

Respectfully submitted,

*/s/ Jeremy C. Marwell*

Holly Rachel Smith
Deputy General Counsel – Regulatory
Invenergy LLC
One South Wacker Drive
Suite 1800
Chicago, IL 60606
Phone: 312.761.9203
Email: HSmith@invenergy.com

William S. Scherman
Jeremy C. Marwell
Jeffrey M. Jakubiak
Jennifer C. Mansh
Andrew D. DeVore
Vinson & Elkins LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
Phone: 202.639.6507
Email: jmarwell@velaw.com

Garrett T. Meisman
845 Texas Avenue
Suite 4700
Houston, Texas 77002
Phone: 713.758.2559
Email: gmeisman@velaw.com

*Counsel for Invenergy Solar Development North America LLC, Invenergy Thermal
Development LLC, Invenergy Wind Development North America LLC, and
Invenergy Transmission LLC*

3

1st Circuit 24-1659

**General Docket**
**United States Court of Appeals for the First Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 24-1659 | **Docketed:** 07/16/2024 |
| Environmental Defense Fund v. FERC | |
| **Appeal From:** Federal Energy Regulatory Commission (FERC) | |
| **Fee Status:** filing fee paid | |

**Case Type Information:**
  **1)** agency
  **2)** review
  **3)** review

**Originating Court Information:**
  **District:** FERC-1 : RM21-17-000
  **Date Filed:** 07/16/2024
  **Date Decided:**                **Date Rec'd COA:**
  05/13/2024                  07/16/2024

  **District:** FERC-1 : RM21-17-001
  **Date Filed:** 07/16/2024
  **Date Decided:**                **Date Rec'd COA:**
  07/15/2024                  07/16/2024

**Prior Cases:**
| | | | |
|---|---|---|---|
| 09-1023 | **Date Filed:** 01/07/2009 | **Date Disposed:** 04/21/2010 | **Disposition:** 42b |
| 09-1410 | **Date Filed:** 04/01/2009 | **Date Disposed:** 04/21/2010 | **Disposition:** 42b |
| 09-1772 | **Date Filed:** 06/03/2009 | **Date Disposed:** 04/21/2010 | **Disposition:** 42b |

**Current Cases:**
  None

**Panel Assignment:**    Not available

---

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND<br>Petitioner | Ted Kelly<br>Direct: 202-572-3317<br>[NTC Retained]<br>Environmental Defense Fund<br>555 12th St NW<br>Ste 400<br>Washington, DC 20004<br><br>Adam Kurland<br>[NTC Retained]<br>Environmental Defense Fund<br>555 12th St NW<br>Ste 400<br>Washington, DC 20004 |
| v. | |
| FEDERAL ENERGY REGULATORY COMMISSION<br>Respondent | Kimberly D. Bose<br>Direct: 202-502-6088<br>[NTC Federal Government]<br>Federal Energy Regulatory Commission<br>888 1st St, NE<br>Washington, DC 20426-0000 |
| ------------------------------- | |
| HARVARD ELECTRICITY LAW INITIATIVE<br>Interested Party | |
| APPALACHIAN VOICES<br>Interested Party | Nicholas Guidi<br>[NTC Retained]<br>Environment & Energy Publishing<br>122 C St NW |

| | Ste 722 |
| | Washington, DC 20001 |
| NEXTERA ENERGY INC.<br>Interested Party | |
| ENERGY ALABAMA<br>Interested Party | Nicholas Guidi<br>[NTC Retained]<br>(see above) |
| NORTH CAROLINA SUSTAINABLE ENERGY ASSOCIATION<br>Interested Party | Nicholas Guidi<br>[NTC Retained]<br>(see above) |
| SOUTH CAROLINA COASTAL CONSERVATION LEAGUE<br>Interested Party | Nicholas Guidi<br>[NTC Retained]<br>(see above) |
| SOUTHERN ALLIANCE FOR CLEAN ENERGY<br>Interested Party | Nicholas Guidi<br>[NTC Retained]<br>(see above) |
| SIERRA CLUB<br>Interested Party | Justin Vickers<br>[NTC Retained]<br>Suite 1300<br>2101 Webster St<br>Oakland, CA 94612 |
| SOUTHERN RENEWABLE ENERGY ASSOCIATION<br>Interested Party | Nicholas Guidi<br>[NTC Retained]<br>(see above) |
| SUSTAINABLE FERC PROJECT<br>Interested Party | John Moore<br>[NTC Noticing]<br>Suite 300<br>1125 15th St NW<br>Washington, DC 20005 |

ENVIRONMENTAL DEFENSE FUND,

Petitioner,

v.

FEDERAL ENERGY REGULATORY COMMISSION,

Respondent.

| 07/16/2024 | ☐ 🗐 1557 pg, 6.9 MB | AGENCY CASE docketed. Petition for review filed by Petitioner Environmental Defense Fund. Appearance form due 07/31/2024. Administrative record due 08/26/2024. Copy of petition served on respondent(s) pursuant to FRAP 15(c). [24-1659] (GRC) [Entered: 07/17/2024 05:40 PM] |
|---|---|---|
| 07/16/2024 | ☐ 🗐 1 pg, 89.98 KB | DISCLOSURE statement filed by Petitioner Environmental Defense Fund. [24-1659] (GRC) [Entered: 07/17/2024 06:03 PM] |
| 07/16/2024 | ☐ | Filing fee was paid by Petitioner Environmental Defense Fund. Receipt number: A01-39988-105. [24-1659] (GRC) [Entered: 07/18/2024 08:37 AM] |
| 07/24/2024 | ☐ 🗐 1557 pg, 7.11 MB | AGENCY CASE docketed*. Petition for review filed by Petitioner Environmental Defense Fund. Appearance form due 08/07/2024. Administrative record due 09/03/2024. Copy of petition served on respondent(s) pursuant to FRAP 15(c).*Amended Case Opening Notice issued to update administrative record deadline and to include service to respondent. [24-1659] (GRC) [Entered: 07/24/2024 03:30 PM] |

8/1/24, 3:24 PM

USCA4 Appeal: 24-1659    Doc: 14    Filed: 08/02/2024    Pg: 41 of 122
Case Pending MCP No. 20    Document 24-1659 Dated 08/02/24    Page 6 of 7

Clear All

◉ **Documents and Docket Summary**
○ **Documents Only**

☐ **Include Page Numbers**

**Selected Pages:** 0        **Selected Size:** 0 KB

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/01/2024 15:24:13 | | | |
| **PACER Login:** | us2794ogc | **Client Code:** | |
| **Description:** | Docket Report (full) | **Search Criteria:** | 24-1659 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

**Received Electronically**
**July 16, 2024**
**United States Court of Appeals**
**For the First Circuit**

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

Environmental Defense Fund ............ )
                )
       *Petitioners,*    )
                )    No.   24-_____
       v.               )
                )
Federal Energy Regulatory Commission   )
                )
       *Respondent.*    )
                )

**PETITION FOR REVIEW**

Pursuant to Section 313(b) of the Federal Power Act, 16 U.S.C. § 825*l*(b), and Rule 15(a) of the Federal Rules of Appellate Procedure, the Environmental Defense Fund ("EDF") petitions this Court for review of the following orders issued by the Federal Energy Regulatory Commission ("FERC") in FERC Docket No. RM21-17:

- *Building for the Future Through Electric Regional Transmission Planning and Cost Allocation*, Order No. 1920, Docket No. RM21-17-000, 187 FERC ¶ 61,068 (May 16, 2024) ("Order No. 1920") (Attachment A).

- Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration, Docket No. RM21-17-001, 188 FERC ¶ 62,025 (July 15, 2024 ("Rehearing Denial Notice") (Attachment B).

Received by   Johnson Yeboah.

TRACKING NO. PBG 1VGR1R4ØJR / call 301-443-2447

2nd Circuit 24-1932

8/1/24, 3:18 PM
ACMS showdoc

USCA4 Appeal: 24-1650    Doc: 14    Filed: 08/02/2024    Pg: 44 of 122
Case Pending MCP No. 20    Document 1-4    Filed 08/02/24    Page 2 of 7

**ACMS Docket Report**
**United States Court of Appeals for the Second Circuit**

---

**Court of Appeals Docket #:** 24-1932                                                              **Docketed:** 07/17/2024
Natural Resources Defense Council, Inc. v. United States Federal Energy Regulatory Commission
**Appeal From:** Federal Energy Regulatory Commission
**Fee Status:** Paid

---

**Case Type Information:**
   **1)** Agency
   **2)** Non-Immigration Petition for Review
   **3)**

---

**Originating Court Information:**
   **Agency:** FERC : RM21-17-000
   **Date Rec'd COA:** 07/16/2024
   **Date Order/Judgment:** 05/13/2024

---

**Prior Cases:**

**Current Cases:**

---

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.<br>   Petitioner | Danielle Fidler, -<br>Direct: 202-285-0926<br>[Retained]<br>Earthjustice<br>48 Wall Street<br>15th Floor<br>New York, NY 10005 |
| UNITED STATES FEDERAL ENERGY REGULATORY COMMISSION<br>   Respondent | Benjamin H. Torrance, Assistant U.S. Attorney<br>[US Attorney]<br>United States Attorney's Office for the Southern District of New Yor<br>86 Chambers Street<br>New York, NY 10007 |

USCA4 Appeal: 24-1650    Doc: 14    Filed: 08/02/2024    Pg: 45 of 122
Case Pending MCP No. 20    Document: 6    Filed: 08/02/24    Page 3 of 7

Natural Resources Defense Council, Inc.,

     Petitioner,

 v.

United States Federal Energy Regulatory Commission,

     Respondent.

USCA4 Appeal: 24-1650      Doc: 14      Filed: 08/02/2024      Pg: 46 of 122
Case Pending MCP No. 20      Document: 14-1      Filed: 08/02/24      Page 4 of 7

| 07/16/2024 | ☐ 1<br>1619 pg. 12964 KB | PETITION FOR REVIEW OF AGENCY ORDER, on behalf of Petitioner National Resources Defense Council, Inc., FILED. [Entered: 07/17/2024 04:23 PM] |
| 07/17/2024 | ☐ 2<br>2984 pg. 24431 KB | PETITION FOR REVIEW OF AGENCY ORDER, on behalf of Petitioner National Resources Defense Council, Inc., received on 07/17/24, OPENED. [Entered: 07/17/2024 04:51 PM] |
| 07/17/2024 | 3 | PAYMENT OF DOCKETING FEE, on behalf of Petitioner National Resources Defense Council, Inc., USCA receipt # A02-3231-ACMS, FILED. [Entered: 07/17/2024 04:53 PM] |
| 07/17/2024 | ☐ 4<br>2983 pg. 24398 KB | PETITION FOR REVIEW OF AGENCY ORDER, SERVED. [Entered: 07/17/2024 04:59 PM] |
| 07/17/2024 | ☐ 5<br>1363 pg. 7805 KB | AGENCY DECISION AND ORDER dated 05/13/2024, RECEIVED. [Entered: 07/17/2024 05:23 PM] |
| 07/30/2024 | 6 | FORM C-A, on behalf of Petitioner National Resources Defense Council, Inc., FILED. Service date 07/30/2024 by ACMS. [Entered: 07/30/2024 09:28 PM] |
| 07/31/2024 | 7 | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Petitioner National Resources Defense Council, Inc., FILED. Service date 07/31/2024 by ACMS. [Entered: 07/31/2024 04:06 PM] |
| 07/31/2024 | ☐ 8<br>2 pg. 236 KB | DEFECTIVE DOCUMENT, Form C-A, at docket entry 6, on behalf of Petitioner Natural Resources Defense Council, Inc., FILED. [Entered: 07/31/2024 04:54 PM] |
| 07/31/2024 | ☐ 9<br>2 pg. 235 KB | DEFECTIVE DOCUMENT, Acknowledgment Notice of Appearance Form, at docket entry 7, on behalf of Petitioner Natural Resources Defense Council, Inc., FILED. [Entered: 07/31/2024 04:58 PM] |
| 07/31/2024 | ☐ 10<br>1 pg. 1113 KB | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Petitioner Natural Resources Defense Council, Inc., FILED. Service date 07/31/2024 by ACMS. [Entered: 07/31/2024 05:26 PM] |
| 08/01/2024 | ☐ 11<br>1 pg. 3339 KB | FORM C-A, on behalf of Petitioner Natural Resources Defense Council, Inc., FILED. Service date 08/01/2024 by ACMS. [Entered: 08/01/2024 03:02 PM] |

Case No. _____

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

NATURAL RESOURCES DEFENSE COUNCIL, INC.,

Petitioners,

v.

FEDERAL ENERGY REGULATORY COMMISSION,

Respondent.

## PETITION FOR REVIEW

### of a final rule of the Federal Energy Regulatory Commission

Caroline Reiser
Thomas Zimpleman
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
creiser@nrdc.org
tzimpleman@nrdc.org

Danielle Fidler
Earthjustice
48 Wall Street, 15th Floor
New York, NY 10005
dfidler@earthjustice.org

Alexander Tom
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
atom@earthjustice.org

*Counsel for Natural Resources Defense Council*

Dated: July 16, 2024

## PETITION FOR REVIEW OF NATURAL RESOURCES DEFENSE COUNCIL

Pursuant to Section 313 of the Federal Power Act, 16 U.S.C. § 825*l*(b), and Federal Rule of Appellate Procedure 15(a), Natural Resources Defense Council ("NRDC") hereby petitions the Court for judicial review of the following orders issued by the Federal Energy Regulatory Commission ("Commission" or "FERC"):

1. *Building for the Future Through Electric Regional Transmission Planning and Cost Allocation*, Order No. 1920, Docket No. RM21-17-000, 187 FERC ¶ 61,068 (May 13, 2024) ("Order No. 1920") (Attachment A).

2. *Notice of Denial of Rehearing by Operation of Law & Providing for Further Consideration*, Docket No. RM21-17-001, 188 FERC ¶ 62,025 (July 15, 2024) ("Rehearing Denial Notice") (Attachment B).

NRDC is a nonprofit environmental organization based in New York and is an active participant in the underlying Commission proceeding. On June 12, 2024, NRDC and other Public Interest Organizations timely sought rehearing and clarification of numerous provisions of Order No. 1920's reforms to the mandatory electric transmission planning process in order to ensure that transmission providers will appropriately evaluate the benefits of transmission infrastructure and select the most efficient projects to meet customers' energy needs.

In the Rehearing Denial Notice, the Commission stated that the requests for rehearing will be addressed in a future order. However, under 16 U.S.C. § 825*l*(a), "[u]nless the Commission acts upon the application for rehearing within thirty days after it is filed, such application may be deemed to have been denied." The Commission did not issue a substantive order within the thirty-day period ending on July 12, 2024. Petitioners' request for rehearing is therefore deemed denied

and is ripe for review by this Court. In accordance with 16 U.S.C. § 825*l*(b), Petitioners' request for review is also timely filed prior to sixty days after the denial of rehearing. This Court has subject matter jurisdiction and venue is proper under 16 U.S.C. § 825*l*(b). Numerous public utilities that will have to comply with Order No. 1920 are located and have their principal place of business within this Circuit, including New York Independent System Operator. *See* 16 U.S.C. § 825*l*(b).

Dated: July 16, 2024                    Respectfully submitted,

*/s/ Caroline Reiser*
Caroline Reiser
*/s/ Thomas Zimpleman*
Thomas Zimpleman
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
creiser@nrdc.org
tzimpleman@nrdc.org

/s/ *Danielle Fidler*
Danielle Fidler
Earthjustice
48 Wall Street, 15th Floor
New York, NY 10005
dfidler@earthjustice.org

/s/ *Alexander Tom*
Alexander Tom
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
atom@earthjustice.org

*Counsel for Natural Resources Defense Council*

Fourth Circuit 24-1650

USCA4 Appeal: 24-1650    Doc: 14    Filed: 08/02/2024    Pg: 51 of 122

**General Docket**
**United States Court of Appeals for the Fourth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 24-1650 | **Docketed:** 07/16/2024 |
| Appalachian Voices v. FERC | |
| **Appeal From:** Federal Energy Regulatory Commission | |
| **Fee Status:** fee paid | |

**Case Type Information:**
  **1)** Agency Review
  **2)** Petition for Review
  **3)** null

**Originating Court Information:**
  **District:** FERC-1 : RM21-17-000
  **Date Decided:**                    **Date Rec'd COA:**
  07/15/2024                       07/16/2024
  05/13/2024

  **District:** FERC-1 : RM21-17-001

**Prior Cases:**
  None

**Current Cases:**
  None

| | |
|---|---|
| APPALACHIAN VOICES<br>    Petitioner | Kimberley Hunter<br>Direct: 919-967-1450<br>Email: khunter@selcnc.org<br>[COR NTC Retained]<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>Suite 220<br>601 West Rosemary Street<br>Chapel Hill, NC 27516-2356 |
| ENERGY ALABAMA<br>    Petitioner | Kimberley Hunter<br>Direct: 919-967-1450<br>[COR NTC Retained]<br>(see above) |
| NORTH CAROLINA SUSTAINABLE ENERGY ASSOCIATION<br>    Petitioner | Kimberley Hunter<br>Direct: 919-967-1450<br>[COR NTC Retained]<br>(see above) |
| SOUTHERN ALLIANCE FOR CLEAN ENERGY<br>    Petitioner | Kimberley Hunter<br>Direct: 919-967-1450<br>[COR NTC Retained]<br>(see above) |
| SOUTH CAROLINA COASTAL CONSERVATION LEAGUE<br>    Petitioner | Kimberley Hunter<br>Direct: 919-967-1450<br>[COR NTC Retained]<br>(see above) |
| v. | |
| FEDERAL ENERGY REGULATORY COMMISSION<br>    Respondent | Robert Harris Solomon, Solicitor<br>Direct: 202-502-8257<br>Email: robert.solomon@ferc.gov<br>[NTC Government]<br>FEDERAL ENERGY REGULATORY COMMISSION<br>9A-01<br>888 1st Street, NE<br>Washington, DC 20426-0000 |

APPALACHIAN VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY; SOUTH CAROLINA COASTAL CONSERVATION LEAGUE

Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

| 07/16/2024 | ☐ 1<br>1 pg, 57.78 KB | Case docketed. Originating case number: RM21-17-000. Case manager: KStump. [1001601865] [24-1650] KS [Entered: 07/16/2024 02:41 PM] |
|---|---|---|
| 07/16/2024 | ☐ 2 | Electronic filing fee paid. Filing Fee: $600.00. Receipt Number: B04-75658-897. [1001601870] [24-1650] KS [Entered: 07/16/2024 02:45 PM] |
| 07/16/2024 | ☐ 3<br>1619 pg, 37.83 MB | Petition for review of agency order filed by Appalachian Voices, Energy Alabama, North Carolina Sustainable Energy Association, South Carolina Coastal Conservation League, and Southern Alliance for Clean Energy . [1001601872] [24-1650] KS [Entered: 07/16/2024 02:47 PM] |
| 07/16/2024 | ☐ 4<br>7 pg, 145.71 KB | DOCKETING NOTICE issued Re: [3] petition for review. Originating case number: RM21-17-000. Mailed to: Matthew R. Christiansen, FEDERAL ENERGY REGULATORY COMMISSION, 888 1st Street, NE, Washington, DC 20426-0000. [1001601874] [24-1650] KS [Entered: 07/16/2024 02:48 PM] |
| 07/16/2024 | ☐ 5<br>1 pg, 116.12 KB | NOTICE ISSUED serving respondent and requesting record. Date petition for review [3] filed: July 16, 2024. Mailed to: Matthew R. Christiansen and Debbie-Anne A. Reese (Acting Secretary) at FEDERAL ENERGY REGULATORY COMMISSION, 888 1st Street, NE, Washington, DC 20426-0000. [1001601879] Administrative Record due 08/26/2024. [24-1650] KS [Entered: 07/16/2024 02:57 PM] |
| 07/26/2024 | ☐ 6<br>1 pg, 450.52 KB | APPEARANCE OF COUNSEL by Kimberley Hunter for Appalachian Voices, Energy Alabama, North Carolina Sustainable Energy Association, South Carolina Coastal Conservation League and Southern Alliance for Clean Energy. [1001607699] [24-1650] Kimberley Hunter [Entered: 07/26/2024 10:16 AM] |
| 07/26/2024 | ☐ 7<br>5 pg, 892.81 KB | DOCKETING STATEMENT by Appalachian Voices, Energy Alabama, North Carolina Sustainable Energy Association, South Carolina Coastal Conservation League and Southern Alliance for Clean Energy.. [1001607718] [24-1650] Kimberley Hunter [Entered: 07/26/2024 10:27 AM] |
| 07/26/2024 | ☐ 8<br>2 pg, 241.41 KB | DISCLOSURE STATEMENT by Appalachian Voices. Was any question on Disclosure Form answered yes? No [1001607721] [24-1650] Kimberley Hunter [Entered: 07/26/2024 10:28 AM] |
| 07/26/2024 | ☐ 9<br>2 pg, 238.77 KB | DISCLOSURE STATEMENT by Energy Alabama. Was any question on Disclosure Form answered yes? No [1001607724] [24-1650] Kimberley Hunter [Entered: 07/26/2024 10:30 AM] |
| 07/26/2024 | ☐ 10<br>2 pg, 252.57 KB | DISCLOSURE STATEMENT by North Carolina Sustainable Energy Association. Was any question on Disclosure Form answered yes? No [1001607726] [24-1650] Kimberley Hunter [Entered: 07/26/2024 10:31 AM] |
| 07/26/2024 | ☐ 11<br>2 pg, 247.84 KB | DISCLOSURE STATEMENT by Southern Alliance for Clean Energy. Was any question on Disclosure Form answered yes? No [1001607729] [24-1650] Kimberley Hunter [Entered: 07/26/2024 10:32 AM] |
| 07/26/2024 | ☐ 12<br>2 pg, 254.8 KB | DISCLOSURE STATEMENT by South Carolina Coastal Conservation League. Was any question on Disclosure Form answered yes? No [1001607732] [24-1650] Kimberley Hunter [Entered: 07/26/2024 10:33 AM] |

Clear All

● **Documents and Docket Summary**
○ **Documents Only**

☑ **Include Page Numbers**

**Selected Pages:** 0    **Selected Size:** 0 KB

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/31/2024 18:53:19 | | | |
| **PACER Login:** | us2794ogc | **Client Code:** | |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 24-1650 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

No. 24-____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

APPALACHIAN VOICES; ENERGY ALABAMA; NORTH CAROLINA
SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR
CLEAN ENERGY; and SOUTH CAROLINA COASTAL CONSERVATION
LEAGUE

*Petitioners*

v.

FEDERAL ENERGY REGULATORY COMMISSION

*Respondent*

**PETITION FOR REVIEW**

KIMBERLEY HUNTER
SOUTHERN ENVIRONMENTAL LAW CENTER
601 West Rosemary Street, Suite 220
Chapel Hill, NC 27516
Telephone: (919) 967-1450
Email: kmeyer@selcnc.org

*Counsel for Appalachian Voices, Energy Alabama, North Carolina Sustainable
Energy Association, Southern Alliance for Clean Energy, and South Carolina
Coastal Conservation League*

Pursuant to Section 313(b) of the Federal Power Act, 16 U.S.C. § 825*l*(b), and Rule 15(a) of the Federal Rules of Appellate Procedure, APPALACHIAN VOICES, ENERGY ALABAMA, NORTH CAROLINA SUSTAINABLE ENERGY ASSOCIATION, SOUTHERN ALLIANCE FOR CLEAN ENERGY, AND SOUTH CAROLINA COASTAL CONSERVATION LEAGUE respectfully petition the United States Court of Appeals for the Fourth Circuit for review of the following orders issued by the Federal Energy Regulatory Commission ("Commission"):

1. *Building for the Future Through Electric Regional Transmission Planning and Cost Allocation*, Order No. 1920, Docket No. RM21-17-000, 187 FERC ¶ 61,068 (May 13, 2024) ("Order No. 1920") (Exhibit A).

2. *Building for the Future Through Electric Regional Transmission Planning and Cost Allocation*, Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration, Docket No. RM21-17-001, 188 FERC ¶ 62,025 (July 15, 2024) ("Rehearing Denial Notice") (Exhibit B).

The Commission issued Order No. 1920 on May 13, 2024.  Petitioners timely sought rehearing and clarification of Order No. 1920 on June 12, 2024, in accordance with Section 313(a) of the Federal Power Act, 16 U.S.C. § 825*l*(a). The Commission issued the Rehearing Denial Notice on July 15, 2024, which did not address the merits of Petitioners' request for rehearing.  Pursuant to Section 313(a), Petitioners'

request for rehearing was deemed denied on July 15, 2024. <u>16 U.S.C. § 825*l*(a)</u>

<u>("Unless the Commission acts upon the application for rehearing within thirty days</u>

after it is filed, such application may be deemed to have been denied"). Accordingly,

Petitioners have timely sought review of Order No. 1920 and the Rehearing Denial

Notice pursuant to Federal Power Act Section 313(b). <u>16 U.S.C. § 825*l*(b)</u>

(permitting an aggrieved party to seek judicial review of a Commission order "within

sixty days after the order of the Commission upon the application for rehearing.").

In accordance with Local Rule 15(b), attached hereto is a list of Respondents

specifically identifying the Respondents' names and addresses. Copies of the

challenged agency orders are attached hereto as Exhibits A and B.

In accordance with Rule 15(c) of the Federal Rules of Appellate Procedure,

parties admitted to participate in the underlying agency proceedings have been

served with a copy of this Petition for Review and are listed in Exhibit C.

DATED: July 16, 2024

Respectfully submitted,

**/s/ KIMBERLEY HUNTER**
KIMBERLEY HUNTER
Southern Environmental Law Center
601 West Rosemary Street, Suite 220
Chapel Hill, NC 27516
Telephone: (919) 967-1450
Email:  kmeyer@selcnc.org

*Counsel for Appalachian Voices, Energy Alabama, North Carolina Sustainable Energy Association, Southern Alliance for Clean Energy, and South Carolina Coastal Conservation League*

5th Circuit 24-60355

**General Docket**
**United States Court of Appeals for the Fifth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 24-60355 | **Docketed:** 07/15/2024 |
| Louisiana Pub Svc Cmsn v. FERC | |
| **Appeal From:** Federal Energy Regulatory Commission | |
| **Fee Status:** Fee Paid | |

**Case Type Information:**
 **1)** Agency
 **2)** Petition for Review
 **3)**

**Originating Court Information:**
 **District:** FERC-1 : 187 FERC 61,068
 **Date Decided:**                                    **Date Rec'd COA:**
 05/13/2024                                            07/15/2024

 **District:** FERC-1 : 188 FERC 62,025
 **Date Decided:**                                    **Date Rec'd COA:**
 07/15/2024                                            07/15/2024

**Prior Cases:**
 None

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Related | | | | |
| | 24-60355 | 24-60362 | 07/30/2024 | |

| **Panel Assignment:** | Not available |
|---|---|

---

| | |
|---|---|
| Louisiana Public Service Commission<br>    Petitioner | Noel Joseph Darce, Esq.<br>Direct: 504-593-0831<br>Email: ndarce@stonepigman.com<br>Fax: 504-596-0831<br>[COR LD NTC Retained]<br>Stone Pigman Walther Wittmann, L.L.C.<br>Suite 3150<br>909 Poydras Street<br>New Orleans, LA 70112<br><br>Dana Marie Shelton, Esq.<br>Direct: 504-593-0816<br>Email: dshelton@stonepigman.com<br>Fax: 504-581-3361<br>[COR NTC Retained]<br>Stone Pigman Walther Wittmann, L.L.C.<br>Suite 3150<br>909 Poydras Street<br>New Orleans, LA 70112<br><br>Justin A. Swaim, Esq.<br>Direct: 504-593-0979<br>Email: jswaim@stonepigman.com<br>Fax: 504-596-0979<br>[COR NTC Retained]<br>Stone Pigman Walther Wittmann, L.L.C.<br>Suite 3150<br>909 Poydras Street<br>New Orleans, LA 70112 |
| Mississippi Public Service Commission<br>    Petitioner | William D. Booth<br>Direct: 202-747-9568<br>Email: wdbooth@michaelbest.com<br>[COR LD NTC Retained]<br>Michael Best & Friedrich, L.L.P.<br>Suite 400 |

1000 Maine Avenue, S.W.
Washington, DC 20004

v.

Federal Energy Regulatory Commission
      Respondent

Robert Harris Solomon, Esq., Solicitor
Email: robert.solomon@ferc.gov
[NTC For Information Only]
Federal Energy Regulatory Commission
888 1st Street, N.E.
Washington, DC 20426

Louisiana Public Service Commission; Mississippi Public Service Commission,

      Petitioners

v.

Federal Energy Regulatory Commission,

      Respondent

USCA4 Appeal: 24-1650    Doc: 14    Filed: 08/02/2024    Pg: 63 of 122

| 07/15/2024 | ☐ 1 1378 pg, 8.32 MB | AGENCY CASE docketed. Petition for review filed by Petitioners Louisiana Public Service Commission and Mississippi Public Service Commission. Date received in 5th Circuit: 07/15/2024. Docket Statement due on 08/14/2024 for Petitioners Louisiana Public Service Commission and Mississippi Public Service Commission. Administrative Record due on 08/26/2024 [24-60355] (RA) [Entered: 07/15/2024 11:11 AM] |
|---|---|---|
| 07/16/2024 | ☐ 4 | INITIAL CASE CHECK by Attorney Advisor complete. Action: Case OK to Process. [4] Initial AA Check Due satisfied. [24-60355] (RA) [Entered: 07/16/2024 09:01 AM] |
| 07/29/2024 | ☐ 5 1 pg, 358.65 KB | APPEARANCE FORM received from Mr. Noel Joseph Darce, Esq. for Louisiana Public Service Commission and Mississippi Public Service Commission for the court's review. Lead Counsel: Yes. [24-60355] (Noel Joseph Darce ) [Entered: 07/29/2024 02:20 PM] |
| 07/29/2024 | ☐ 6 1 pg, 194.93 KB | APPEARANCE FORM for the court's review. Lead Counsel? No. [24-60355] (Justin A. Swaim ) [Entered: 07/29/2024 03:12 PM] |
| 07/29/2024 | ☐ 7 1 pg, 194.94 KB | APPEARANCE FORM for the court's review. Lead Counsel? No. [24-60355] (Dana Marie Shelton ) [Entered: 07/29/2024 03:16 PM] |
| 07/29/2024 | ☐ 8 1 pg, 157.09 KB | APPEARANCE FORM for the court's review. Lead Counsel? No. [24-60355] (William D. Booth ) [Entered: 07/29/2024 05:16 PM] |
| 07/30/2024 | ☐ 11 | APPEARANCE FORM FILED by Attorney Noel Joseph Darce for Petitioner Louisiana Public Service Commission in 24-60355 [24-60355] (MRW) [Entered: 07/30/2024 10:03 AM] |
| 07/30/2024 | ☐ 13 | ATTORNEY NOT PARTICIPATING. Noel J. Darce is designated as inactive in this case. Reason:he does not represent Mississipi Public Service. [24-60355] (MRW) [Entered: 07/30/2024 10:04 AM] |
| 07/30/2024 | ☐ 15 | APPEARANCE FORM FILED by Attorney(s) Justin A. Swaim for party(s) Petitioner Louisiana Public Service Commission, in case 24-60355 [24-60355] (MRW) [Entered: 07/30/2024 10:10 AM] |
| 07/30/2024 | ☐ 17 | APPEARANCE FORM FILED by Attorney(s) Dana Marie Shelton for party(s) Petitioner Louisiana Public Service Commission, in case 24-60355 [24-60355] (MRW) [Entered: 07/30/2024 10:12 AM] |
| 07/30/2024 | ☐ 19 | APPEARANCE FORM FILED by Attorney(s) William D. Booth for party(s) Petitioner Mississippi Public Service Commission, in case 24-60355 [24-60355] (MRW) [Entered: 07/30/2024 10:14 AM] |

Clear All

◉ **Documents and Docket Summary**
○ **Documents Only**

☐ **Include Page Numbers**

**Selected Pages:** 0    **Selected Size:** 0 KB

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 5th Circuit - Appellate - 08/01/2024 14:25:11 | | | |
| **PACER Login:** | us2794ogc | **Client Code:** | |
| **Description:** | Docket Report (full) | **Search Criteria:** | 24-60355 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |



FILED
SECRETARY OF THE
COMMISSION

2024 JUL 18  P 3: 30

FEDERAL ENERGY
REGULATORY COMMISSION

RM21-17-000
RM21-17-001

USCA4 Appeal: 24-1650    Doc: 14    Filed: 08/02/2024    Pg: 66 of 122
Case Pending MCP No. 20    Document 1-9    Filed 08/02/24    Page 8 of 10

Case: 24-60355    Document: 1-2    Page: 1    Date Filed: 07/15/2024



# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| LOUISIANA PUBLIC SERVICE COMMISSION, | ) |
| | ) |
| | ) |
| MISSISSIPPI PUBLIC SERVICE COMMISSION, | ) |
| | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| VERSUS | ) |
| | ) |
| FEDERAL ENERGY REGULATORY COMMISSION | ) |
| | ) |
| | ) |
| Respondent. | ) |
| | ) |
| | ) |

CASE NO. _____

**Federal Energy Regulatory Commission Order Under Review:**

*Building for the Future Through Electric Regional Transmission Planning and Cost Allocation*, Docket No. RM21-17, "Order No. 1920," 187 F.E.R.C. ¶ 61,068 (May 13, 2024); *Notice of Denial of Rehearing by Operation of Law & Providing for Further Consideration*, 188 F.E.R.C. ¶ 62,025 (July 15, 2024).

## JOINT PETITION FOR REVIEW

Pursuant to Section 313(b) of the Federal Power Act, 16 U.S.C. § 825l(b), Rule 15(a) of the Federal Rules of Appellate Procedure, and Fifth Circuit Rule 15.3, the Louisiana Public Service Commission and Mississippi Public Service Commission petition this Court for review of the following orders of the Federal Energy Regulatory Commission, copies of which are attached hereto:

1. *Building for the Future Through Electric Regional Transmission Planning and Cost Allocation*, "Order No. 1920," 187 F.E.R.C. ¶ 61,068 (May 13, 2024) [Attachment A].

2. *Notice of Denial of Rehearing by Operation of Law & Providing for Further Consideration*, 188 F.E.R.C. ¶ 62,025 (July 15, 2024) [Attachment B].

5487161v.1

The Louisiana Public Service Commission regulates the rates and services of public utilities operating in Louisiana. The Mississippi Public Service Commission regulates the rates and services of public utilities operating in Mississippi. The Louisiana and Mississippi Public Service Commissions both participated in the proceedings below and are aggrieved by the final Federal Energy Regulatory Commission's rulings in the subject Orders.

Kathryn H. Bowman
Executive Counsel
Louisiana Public Service Commission
Galvez Building – 12th Floor
602 N. Fifth Street
Baton Rouge, Louisiana 70802
Telephone: (225) 342-9888

Noel J. Darce
Dana M. Shelton
Justin A. Swaim
         Of
STONE PIGMAN WALTHER WITTMANN
L.L.C.
909 Poydras Street, Suite 3150
New Orleans, Louisiana 70112-4042
Telephone: (504) 581-3200

*Attorneys for the Louisiana Public Service Commission*

5487161v.1

USCA4 Appeal: 24-1650     Doc: 14      Filed: 08/02/2024     Pg: 68 of 122
Case Pending MCP No. 20    Document 1-9    Filed 08/02/24    Page 10 of 10

Case: 24-60355      Document: 1-2      Page: 3      Date Filed: 07/15/2024

Ross Hammons, General Counsel
Barton Norfleet, Special Counsel;
   Federal Energy Affairs
Mississippi Public Service Commission
501 N. West Street, Suite 201-A
P.O. Box 1174
Jackson, MS  39215-1174
Phone: (601) 961-5821
Ross.Hammons@psc.ms.gov
Barton.Norfleet@psc.ms.gov

/s/ William D. Booth
William D. Booth
Alex Peterson
Michael Best & Friedrich LLP
1000 Maine Avenue, S.W.
Suite 400
Washington, D.C.  20024
Phone:  (202) 747-9560
wdbooth@michaelbest.com
alpeterson@michaelbest.com

*Attorneys for the Mississippi Public Service Commission*

July 15, 2024

5487161v.1

Fifth Circuit 24-60362

**General Docket**
**United States Court of Appeals for the Fifth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 24-60362 | **Docketed:** 07/18/2024 |

State of Texas v. FERC
**Appeal From:** Federal Energy Regulatory Commission
**Fee Status:** Fee Paid

**Case Type Information:**
   **1)** Agency
   **2)** Petition for Review
   **3)**

**Originating Court Information:**
   **District:** FERC-1 : 187 FERC 61,068
   **Date Decided:**                                    **Date Rec'd COA:**
   06/11/2024                                           07/16/2024

**Prior Cases:**
   None

**Current Cases:**

| | **Lead** | **Member** | **Start** | **End** |
|---|---|---|---|---|
| Related | 24-60355 | 24-60362 | 07/30/2024 | |

| **Panel Assignment:** | Not available |
|---|---|

| | |
|---|---|
| State of Texas<br>          Petitioner | William Francis Cole, Esq.<br>Direct: 512-936-2725<br>Email: william.cole@oag.texas.gov<br>[NTC Government]<br>Office of the Texas Attorney General<br>Solicitor General Division<br>P.O. Box 12548 (MC-059)<br>Austin, TX 78711-2548 |
| v. | |
| Federal Energy Regulatory Commission<br>          Respondent | Robert Harris Solomon, Esq., Solicitor<br>Email: robert.solomon@ferc.gov<br>[NTC For Information Only]<br>Federal Energy Regulatory Commission<br>888 1st Street, N.E.<br>Washington, DC 20426 |

USCA4 Appeal: 24-1650     Doc: 14     Filed: 08/02/2024     Pg: 71 of 122
Case Pending MCP No. 20   Document: 24-6062   Page: 1   Date Filed: 08/02/24   Page 3 of 8

State of Texas,

      Petitioner

v.

Federal Energy Regulatory Commission,

      Respondent

USCA4 Appeal: 24-1650    Doc: 14    Filed: 08/02/2024    Pg: 72 of 122

| 07/18/2024 | ☐ <u>1</u><br>315 pg, 1.62 MB | AGENCY CASE docketed. Petition for review filed by Petitioner State of Texas. Date received in 5th Circuit: 07/16/2024. Administrative Record due on 08/27/2024. [24-60362] (RA) [Entered: 07/18/2024 09:11 AM] |
| 07/19/2024 | ☐ 4 | INITIAL CASE CHECK by Attorney Advisor complete. Action: Case OK to Process. [4] Initial AA Check Due satisfied. [24-60362] (RA) [Entered: 07/19/2024 10:53 AM] |

USCA4 Appeal: 24-1650    Doc: 14    Filed: 08/02/2024    Pg: 73 of 122

Clear All

◉ **Documents and Docket Summary**
○ **Documents Only**

☐ **Include Page Numbers**

**Selected Pages:** `0`    **Selected Size:** `0 KB`

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 5th Circuit - Appellate - 08/01/2024 14:26:25 | | | |
| **PACER Login:** | us2794ogc | **Client Code:** | |
| **Description:** | Docket Report (full) | **Search Criteria:** | 24-60362 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |



FILED
SECRETARY OF THE
COMMISSION

2024 JUL 22  A 10: 36

FEDERAL ENERGY
REGULATORY COMMISSION

RM 21-17-000

Rm 21-17-001

**No. 24-_____**

# In the United States Court of Appeals for the Fifth Circuit

STATE OF TEXAS,
*Petitioner*,

*v.*

FEDERAL ENERGY REGULATORY COMMISSION,
*Respondent.*

On Petition for Review of the Federal Energy Regulatory Commission's
Docket No. RM21-17-000, "Order No. 1920," 187 FERC ¶ 61,068
(May 13, 2024); Rehearing Denied by Operation of Law,
188 FERC ¶ 62,025 (July 15, 2024).

## PETITION FOR REVIEW

In accordance with Section 313(b) of the Federal Power Act, 16 U.S.C. § 825*l*(b),
Federal Rule of Appellate Procedure 15, and Fifth Circuit Rule 15.3, Petitioner the
State of Texas petitions this Court for review of Respondent Federal Energy Regulatory Commission's final action entitled *Building for the Future Through Electric Regional Transmission Planning and Cost Allocation*, 89 Fed. Reg. 49,280 (June 11, 2024)
("Final Rule"). The Final Rule was issued by the Commission on May 13, 2024, and
Notice of the Final Rule was published in the Federal Register on June 11, 2024, a
copy of which is attached to this filing in accordance with Fifth Circuit Rule 15.1(b).

Jurisdiction and venue lie in this Court under 16 U.S.C. § 825*l*(b). This petition for review is timely filed within 60 days of the Commission's order on Texas's request for rehearing in the FERC proceeding in which the Final Rule was issued. *Id.*

Respectfully submitted.

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | AARON L. NIELSON<br>Solicitor General |
| BRENT WEBSTER<br>First Assistant Attorney General | /s/ William F. Cole<br>WILLIAM F. COLE<br>Deputy Solicitor General<br>William.Cole@oag.texas.gov |
| JAMES R. LLOYD<br>Deputy Attorney General for Civil<br>Litigation | |
| | KELLIE E. BILLINGS-RAY<br>Chief, Environmental Protection<br>Division |
| Office of the Attorney General<br>P.O. Box 12548 (MC 059)<br>Austin, Texas 78711-2548<br>Tel.: (512) 936-1700<br>Fax: (512) 474-2697 | |
| | JOHN R. HULME<br>Special Counsel |
| | Counsel for Petitioner State of Texas |

2

Sixth Circuit 24-3615

**General Docket**
**United States Court of Appeals for the Sixth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 24-3615 | **Docketed:** 07/18/2024 |
| Pub Util of OH Office of the Fed Energy Advocate, et al v. FERC | |
| **Appeal From:** Federal Energy Regulatory Commission | |
| **Fee Status:** fee paid | |

**Case Type Information:**
  **1)** Agency
  **2)** Review
  **3)** Other Agency

**Originating Court Information:**
  **District:** FERC-1 : RM21-17-000
  **Date Filed:** 05/13/2024

**Prior Cases:**
  None

**Current Cases:**
  None

---

| | |
|---|---|
| PUBLIC UTILITIES COMMISSION OF OHIO'S OFFICE OF THE OHIO FEDERAL ENERGY ADVOCATE<br>      Petitioner | Thomas Elliot Gaiser<br>Direct: 614-466-8980<br>[NTC Retained]<br>Office of the Attorney General<br>of Ohio<br>30 E. Broad Street<br>17th Floor<br>Columbus, OH 43215 |
| PUBLIC SERVICE COMMISSION OF WEST VIRGINIA<br>      Petitioner<br><br>v. | |
| FEDERAL ENERGY REGULATORY COMMISSION<br>      Respondent | Robert Harris Solomon<br>Direct: 202-502-8257<br>[NTC Government]<br>Federal Energy Regulatory Commission<br>9A-01<br>888 First Street, N.E.<br>Washington, DC 20426 |

PUBLIC UTILITIES COMMISSION OF OHIO'S OFFICE OF THE OHIO FEDERAL ENERGY ADVOCATE; PUBLIC SERVICE COMMISSION OF WEST VIRGINIA

      Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

USCA4 Appeal: 24-1650    Doc: 14    Filed: 08/02/2024    Pg: 80 of 122

| 07/18/2024 | ☐ 1<br>1371 pg, 6.8 MB | Agency Case Docketed. Notice filed by Petitioners Public Service Commission of West Virginia and Public Utilities Commission of Ohio's Office of the Ohio Federal Energy Advocate. Petition Received in 6CA: 07/17/2024. (GSA) [Entered: 07/18/2024 11:30 AM] |
| 07/18/2024 | ☐ 2 | The case manager for this case is: Gretchen Abruzzo (GSA) [Entered: 07/18/2024 11:34 AM] |

USCA4 Appeal: 24-1650    Doc: 14    Filed: 08/02/2024    Pg: 81 of 122

Select All    Clear All

◉ **Documents and Docket Summary**
○ **Documents Only**

☑ **Include Page Numbers**

**Selected Pages:** 0    **Selected Size:** 0 KB

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/01/2024 11:02:32 | | | |
| **PACER Login:** | us2794ogc | **Client Code:** | |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 24-3615 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

**RECEIVED**

07/17/2024

KELLY L. STEPHENS, Clerk

UNITED STATES COURT OF APPEALS

FOR THE SIXTH CIRCUIT

| | |
|---|---|
| THE PUBLIC UTILITIES ) <br> COMMISSION OF OHIO'S OFFICE ) <br> OF THE FEDERAL ENERGY ) <br> ADVOCATE; ) <br> ) <br> THE PUBLIC SERVICE ) <br> COMMISSION OF WEST VIRGINIA, ) <br> ) <br> Petitioners, ) <br> ) <br> V. ) <br> ) <br> FEDERAL ENERGY REGULATORY ) <br> COMMISSION, ) <br> ) <br> Respondent. ) <br> _____ ) | Petition for Review <br> Docket No. _____ <br> <br> *Electronically filed* |

Pursuant to Rule 15(a) of the Federal Rules of Appellate Procedure, and Section

313(b) of the Federal Power Act, 16 U.S.C. § 825l(b), Petitioners PUBLIC UTILITIES

COMMISSION OF OHIO'S OFFICE OF THE FEDERAL ENERGY ADVOCATE and

the PUBLIC SERVICE COMMISSION OF WEST VIRGINIA, through their

attorneys, hereby petition for review of the actions of the Respondent FEDERAL

ENERGY REGULATORY COMMISSION ("FERC") in the following orders, copies of

which are attached:

1. *Building for the Future Through Electric Regional Transmission Planning and Cost Allocation*, Order No. 1920, FERC Docket No. RM21-17-000, 187 FERC ¶ 61,068 (May 13, 2024).

2. *Building for the Future Through Electric Regional Transmission Planning and Cost Allocation*, Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration, FERC Docket No. RM21-17-001, 188 FERC ¶ 62,025 (July 15, 2024).

The Public Utilities Commission of Ohio's Office of the Federal Energy Advocate and the Public Service Commission of West Virginia filed a timely request for rehearing of the May 13, 2024 Order. The requests for rehearing were denied by operation of law on July 15, 2024. This Court has subject matter jurisdiction under 16 U.S.C. §825l(b).

Date: July 17, 2024

DAVE YOST
Ohio Attorney General

/s/ T. Elliot Gaiser
T. ELLIOT GAISER
Solicitor General
MATHURA J. SRIDHARAN
Deputy Solicitor General
THOMAS G. LINDGREN
Assistant Attorney General
Office of the Ohio Attorney General
365 East Broad Street
Columbus, Ohio 43215
Phone: (614) 466-8980
thomas.gaiser@ohioago.gov

*Counsel for the Public Utilities Commission of Ohio's Office of the Federal Energy Advocate*

/s/ Jacqueline Lake Roberts (TEG per authority)
JACQUELINE LAKE ROBERTS*
Federal Policy Advisor
*Admission forthcoming
Public Service Commission of West Virginia
201 Brooks Street
P.O. Box 812
Charleston, WV 25323
Phone: (304) 340-0843

*Counsel for the Public Service Commission of West Virginia*

2

Seventh Circuit 24-2232

8/1/24, 3:27 PM

USCA4 Appeal: 24-1650    Doc: 14    Filed: 08/02/2024    Pg: 85 of 122
Case Pending MCP No. 20    Document 24-1232 Dcoket 08/02/24    Page 2 of 9

**General Docket**
**Seventh Circuit Court of Appeals**

| | |
|---|---|
| **Court of Appeals Docket #:** 24-2232 | **Docketed:** 07/19/2024 |
| ITC Midwest LLC v. FERC | |
| **Appeal From:** Federal Energy Regulatory Commission | |
| **Fee Status:** Paid | |

**Case Type Information:**
  **1)** agency
  **2)** review
  **3)** -

**Originating Court Information:**
  **District:** FERC-1 : RM21-17-000

**Prior Cases:**
  None

**Current Cases:**
  None

---

| | |
|---|---|
| ITC MIDWEST LLC<br>        Petitioner | Aaron M. Streett, Attorney<br>Direct: 713-229-1855<br>[COR LD NTC Retained]<br>BAKER BOTTS LLP<br>910 Louisiana Street<br>One Shell Plaza<br>Houston, TX 77002-4995<br><br>Christopher Beau Carter, Attorney<br>Direct: 713-229-6204<br>[NTC Retained]<br>BAKER BOTTS LLP<br>910 Louisiana Street<br>One Shell Plaza<br>Houston, TX 77002-4995 |
| v. | |
| FEDERAL ENERGY REGULATORY COMMISSION<br>        Respondent | Robert H. Solomon, Attorney<br>Direct: 202-502-8257<br>[COR LD NTC Government Federal]<br>FEDERAL ENERGY REGULATORY COMMISSION<br>9A-01<br>888 First Street N.E.<br>Washington, DC 20426-0000 |

ITC MIDWEST LLC,
        Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION,
        Respondent

USCA4 Appeal: 24-1650   Doc: 14   Filed: 08/02/2024   Pg: 87 of 122

| 07/19/2024 | ☐ 1<br>1372 pg, 5.86 MB | Petition for Review docketed with proof of service, pursuant to FRAP 15(c). Fee due. Agency record or certified list due by 08/28/2024. Fee or IFP forms due on 08/02/2024 for Petitioner ITC Midwest LLC. [1] [7394671] [24-2232] (AD) [Entered: 07/19/2024 04:51 PM] |
| 07/22/2024 | ☐ 2<br>3 pg, 390.08 KB | Circuit Rule 26.1 Disclosure Statement and Appearance filed by Attorney Aaron Streett for Petitioner ITC Midwest LLC. [2] [7394761] (L-Yes; E-Yes; R-No) [24-2232] (Streett, Aaron) [Entered: 07/22/2024 10:45 AM] |
| 07/22/2024 | ☐ 3<br>3 pg, 388.8 KB | Circuit Rule 26.1 Disclosure Statement and Appearance filed by Attorney Christopher Beau Carter for Petitioner ITC Midwest LLC. [3] [7394765] (L-No; E-Yes; R-No) [24-2232] [3] [7394765] [24-2232]--[Edited 07/22/2024 by HTP to reflect addition of counsel.] (Carter, Christopher) [Entered: 07/22/2024 10:49 AM] |
| 07/24/2024 | ☐ 4 | Notice of fee payment. Fee Amount: $600.00 Receipt Number: A07-46725-621. [4] [7395366] [24-2232] (Streett, Aaron) [Entered: 07/24/2024 10:37 AM] |

Clear All

○ **Documents and Docket Summary**
○ **Documents Only**

☑ **Include Page Numbers**

**Selected Pages:** 0          **Selected Size:** 0 KB

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 7th Circuit Court of Appeals - 08/01/2024 14:27:15 | | | |
| **PACER Login:** | us2794ogc | **Client Code:** | |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 24-2232 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

SHORT RECORD
Appeal No. 24-2232
Filed 07.19.2024

IN THE

# United States Court of Appeals
## for the Seventh Circuit

ITC MIDWEST LLC,

*Petitioner*,

*v.*

FEDERAL ENERGY REGULATORY COMMISSION,

*Respondent.*

## PETITION FOR REVIEW OF ORDERS OF THE FEDERAL ENERGY REGULATORY COMMISSION

Aaron M. Streett
Beau Carter
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002
(713) 229-1855 (phone)
(713) 229-7855 (fax)
aaron.streett@bakerbotts.com

*Counsel for ITC Midwest LLC*

USCA4 Appeal: 24-1650    Doc: 14    No. 20    Filed: 08/02/2024    Pg: 90 of 122
Document Access: Case: Pending MCP No. 20    Document: 1-12    Filed: 08/02/24    Page 7 of 9

Case: 24-2232    Document: 1-1    Filed: 07/19/2024    Pages: 1368

Under Section 313(b) of the Federal Power Act, 16 U.S.C. § 825*l*(b), and

Federal Rule of Appellate Procedure 15(a), ITC Midwest LLC petitions this Court

for review of orders of the Federal Energy Regulatory Commission. *Building for*

*the Future Through Electric Regional Transmission Planning and Cost Allocation*,

187 F.E.R.C. ¶ 61,068 (May 13, 2024) ("Order No. 1920"); *Notice of Denial of*

*Rehearing by Operation of Law & Providing for Further Consideration*, 188

F.E.R.C. ¶ 62,025 (July 15, 2024).* ITC Midwest participated in the proceedings

below and is aggrieved by the orders. ITC Midwest respectfully requests that the

Court modify or set aside the orders in part.

ITC Midwest is located in Wisconsin. *See* 16 U.S.C. § 825*l*(b). Under 16

U.S.C. § 825*l*(b) and 18 C.F.R. § 385.2012, ITC Midwest is serving a date-stamped

copy of this petition on the Office of the Secretary, Federal Energy Regulatory

Commission, within ten days of the denial of rehearing, pursuant to 28 U.S.C.

§ 2112(a).

---

* Copies of the orders are attached to this petition.

USCA4 Appeal: 24-1650    Doc: 14    Filed: 08/02/2024    Pg: 91 of 122
Document Access: Case: Pending MCP No. 20    Document: 1-1    Filed: 08/02/24    Page 8 of 9

Case: 24-2232    Document: 1-1    Filed: 07/19/2024    Pages: 1368

July 19, 2024

Respectfully submitted,

*/s/ Aaron M. Streett*
Aaron M. Streett
Beau Carter
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002
(713) 229-1855 (phone)
(713) 229-7855 (fax)
aaron.streett@bakerbotts.com

*Counsel for ITC Midwest
LLC*





Login    Order & Track    Your Account    Forms    Help

Tracking

Delivery Times

Delivery Times

Filing Guidelines

Bike Zone Map

Linestanding

Warehousing

Helpful Videos

Contact Us

## Tracking

### Tracking Details

| Ordered | Ready | Dispatched | Picked Up | Delivered |
|---|---|---|---|---|
| 7/22/2024 10:51AM EST | 7/22/2024 10:51AM EST | 7/22/2024 10:56AM EST | 7/22/2024 11:07AM EST | 7/22/2024 1:13PM EST |

### Shipment Activity

| Event Recorded Time | Event | Note |
|---|---|---|
| 7/22/2024 1:13:41 PM | Stop Complete | Job: 1 Stop: 2 DS: 1 |
| 7/22/2024 1:13:24 PM | Arrived at Stop | Job: 1 Stop:2 Federal Energy Regulatory Commission |
| 7/22/2024 1:13:23 PM | SupForm | Federal Energy Regulatory Commission, 12225 Wilkins Ave, Office Of The Secretary, Electronics-Boxed: n |
| 7/22/2024 1:13:23 PM | SupForm | Federal Energy Regulatory Commission, 12225 Wilkins Ave, Office Of The Secretary, Electronics: y |
| 7/22/2024 1:13:23 PM | SupForm | Federal Energy Regulatory Commission, 12225 Wilkins Ave, Office Of The Secretary, Special Attention: y |
| 7/22/2024 12:48:14 PM | Order Delayed | ETA 1:05 |
| 7/22/2024 11:07:22 AM | Stop Complete | Job: 1 Stop: 1 DS: 1 |
| 7/22/2024 11:03:48 AM | Arrived at Stop | Job: 1 Stop:1 Baker Botts |
| 7/22/2024 11:03:47 AM | SupForm | Baker Botts, 700 K St NW, Call 3 Mins ETA Lobby, Electronics-Boxed: n |
| 7/22/2024 11:03:47 AM | SupForm | Baker Botts, 700 K St NW, Call 3 Mins ETA Lobby, Electronics: y |
| 7/22/2024 11:03:47 AM | SupForm | Baker Botts, 700 K St NW, Call 3 Mins ETA Lobby, Special Attention: y |
| 7/22/2024 11:02:39 AM | PhoneCall | Baker Botts - 700 K St NW - Driver 742 called (202) 639-7852 - StopID:7283425 |
| 7/22/2024 10:56:14 AM | Order Update | Our couriers no longer collect physical signatures. We can get the recipients name and email it whenthe delivery is complete. |

### Order Information

| | |
|---|---|
| **Order Number** | **3497967** |
| Ready | 7/22/2024 10:51AM EST |
| **Signed By** | Mlrm |
| POD Time | 7/22/2024 1:13PM |
| Service | Regular |
| Weight | 1 lb. |
| Pieces | 1 |
| Delivery City | Rockville |
| Delivery State | MD |

Ninth Circuit 24-4388

**ACMS Docket Report**
**United States Court of Appeals for the Ninth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 24-4388 | **Docketed:** 07/17/2024 |
| Sierra Club v. Federal Energy Regulatory Commission | |
| **Appeal From:** Federal Energy Regulatory Commission | |
| **Fee Status:** Paid | |

**Case Type Information:**
   **1)** Agency
   **2)** Non-Immigration Petition for Review
   **3)**

**Originating Court Information:**
   **Agency:** FERC : RM21-17-000
   **Date Rec'd COA:** 07/17/2024

   **Agency:** FERC : RM21-17-001

**Prior Cases:**

**Current Cases:**

| | |
|---|---|
| SIERRA CLUB<br>　　Petitioner | Justin Vickers<br>Direct: 224-420-0614<br>Email: justin.vickers@sierraclub.org<br>[Retained]<br>1229 W Glenlake Avenue<br>Chicago, IL 60660<br><br>Mr. Gregory E. Wannier<br>Direct: 415-977-5646<br>Email: greg.wannier@sierraclub.org<br>[Retained]<br>Sierra Club<br>2101 Webster Street<br>Suite 1300<br>Oakland, CA 94612 |
| FEDERAL ENERGY REGULATORY COMMISSION<br>　　Respondent | Mr. Robert Harris Solomon, Solicitor<br>Email: robert.solomon@ferc.gov<br>[Government]<br>FERC - Federal Energy Regulatory Commission<br>888 1st Street, NE<br>Washington, DC 20426 |

SIERRA CLUB,

      Petitioner,

 v.

FEDERAL ENERGY REGULATORY COMMISSION,

      Respondent.

| | | |
|---|---|---|
| 07/17/2024 | ☐ 1<br>98 pg. 12929 KB | **PETITION FOR REVIEW** filed by Petitioner Sierra Club. [Entered: 07/17/2024 01:47 PM] |
| 07/17/2024 | ☐ 2<br>1444 pg. 11603 KB | **PETITION FOR REVIEW** filed by Petitioner Sierra Club. [Entered: 07/17/2024 01:47 PM] |
| 07/17/2024 | 3 | **CASE OPENED.** Petition for Review has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit on **7/17/2024**.<br>The U.S. Court of Appeals docket number **24-4388** has been assigned to this case. All communications with the court must indicate this Court of Appeals docket number. Please carefully review the docket to ensure the name(s) and contact information are correct.  It is your responsibility to alert the court if your contact information changes.<br>**Resources Available**<br>For more information about case processing and to assist you in preparing your brief, please review the Case Opening Information (for attorneys and pro se litigants) and review the Appellate Practice Guide. Counsel should consider contacting the court's Appellate Mentoring Program for help with the brief and argument. [Entered: 07/17/2024 01:55 PM] |
| 07/17/2024 | ☐ 4<br>2 pg. 271 KB | **SCHEDULE NOTICE.** Mediation Questionnaire due (Petitioner) 7/22/2024, Petitioner Opening Brief due (Petitioner) 10/7/2024, Respondent Answering Brief due (Respondent) 11/4/2024. All briefs shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1.<br><br>Failure of the petitioner to comply with this briefing schedule will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1 [Entered: 07/17/2024 01:57 PM] |
| 07/19/2024 | ☐ 5<br>2 pg. 215 KB | **MEDIATION QUESTIONNAIRE** filed by Petitioner Sierra Club.<br>To submit pertinent **confidential** information directly to the Circuit Mediators, please email ca09_mediation@ca9.uscourts.gov and include the case name and number in the subject line. Confidential submissions may include any information relevant to mediation of the case and settlement potential, including, but not limited to, settlement history, ongoing or potential settlement discussions, non-litigated party related issues, other pending actions, and timing considerations that may impact mediation efforts. [Entered: 07/19/2024 12:39 PM] |

USCA4 Appeal: 24-1650   Doc: 14   No. 20   Filed: 08/02/2024   Pg: 97 of 122
Document Access Case Pending MCP No. 207/17-2024 Document 13 y Filed 08/02/24 98 Page 5 of 8
Case 1:24-cv-4888, 07/17-2024 Docket Entry 11/4 Page 4 of 98

Case No. 24-\_\_\_\_\_

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

---

THE SIERRA CLUB,

Petitioner,

v.

FEDERAL ENERGY REGULATORY COMMISSION,

Respondent.

---

## PETITION FOR REVIEW

### of a final rule of the Federal Energy Regulatory Commission

---

*/s/ Justin Vickers*
Justin Vickers
Senior Attorney
Sierra Club
2101 Webster St., Suite 1300
Oakland, CA 94612
Telephone: 224.420.0614
justin.vickers@sierraclub.org

*/s/ Gregory E. Wannier*
Gregory E. Wannier
Senior Attorney
Sierra Club
2101 Webster St., Suite 1300
Oakland, CA 94612
Telephone: 415.977.5646
greg.wannier@sierraclub.org

*Counsel for Sierra Club*

Dated: July 17, 2024

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

The Sierra Club )
    *Petitioner*, )
   )
v. ) No. 24-____
   )
Federal Energy Regulatory Commission, )
    *Respondent*. )

## PETITION FOR REVIEW OF THE SIERRA CLUB

Pursuant to Section 313 of the Federal Power Act ("FPA"),[1] Federal Rule of

Appellate Procedure 15(a), and Rule 15 of the Circuit Rules of this Court, the

Sierra Club hereby petitions the Court for judicial review of the following orders

issued by the Federal Energy Regulatory Commission ("Commission" or "FERC")

in Docket Nos. RM21-17-000 and RM21-17-001:

1. *Building for the Future Through Electric Regional Transmission Planning and Cost Allocation*, Order No. 1920, Docket No. RM21-17-000, 187 FERC ¶ 61,068 (May 13, 2024) ("Order No. 1920") (Exhibit A).

2. *Building for the Future Through Electric Regional Transmission Planning and Cost Allocation*, Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration, Docket No. RM21-17-000, 188 FERC ¶ 62,025 (July 15, 2024) ("Rehearing Denial Notice") (Exhibit B).

---

[1] 16 U.S.C. § 824d(g) (2020); *id.* § 825*l*(b).

1

The Sierra Club is a nonprofit environmental organization and active
participant in the underlying Commission proceeding. On June 12, 2024, the Sierra
Club timely sought rehearing and clarification of numerous provisions of Order
No. 1920's reforms to the mandatory electric transmission planning process in
order to ensure that transmission providers will appropriately evaluate the benefits
of transmission infrastructure and select the most efficient projects to meet
customers' energy needs (Exhibit C).

In the Rehearing Denial Notice, the Commission stated that the requests for
rehearing will be addressed in a future order. Ex. B at 1. However, under 16.
U.S.C. § 825*l*(a),

> [u]nless the Commission acts upon the application for rehearing within thirty
> days after it is filed, such application may be deemed to have been denied.

The Commission lacks the authority to issue tolling orders:

> for the sole purposes of preventing rehearing from being deemed denied by
> its inaction and statutory right to judicial review attaching.

*Allegheny Def. Project v. FERC*, 964 F.3d 1, 11 (D.C. Cir. 2020) (en banc). The
Commission did not issue a substantive order within the thirty-day period ending
on July 12, 2012. Petitioners' request for rehearing is therefore deemed denied and
is ripe for review by this Court. In accordance with 16 U.S.C. § 825*l*(b),
Petitioners' request for review is also timely filed prior to sixty days after the
denial of rehearing. This Court has subject matter jurisdiction and venue is proper

under FPA Section 313(b) because of the numerous public utilities that will have to
comply with Order No. 1920 and are headquartered and have their principal place
of business within this Circuit.

Respectfully submitted,

*/s/ Justin Vickers*
Justin Vickers
Senior Attorney
Sierra Club
2101 Webster St., Suite 1300
Oakland, CA 94612
Telephone: 224.420.0614
justin.vickers@sierraclub.org

*/s/ Gregory E. Wannier*
Gregory E. Wannier
Senior Attorney
Sierra Club
2101 Webster St., Suite 1300
Oakland, CA 94612
Telephone: 415.977.5646
greg.wannier@sierraclub.org

Date: July 17, 2024

Eleventh Circuit 24-12310

USCA4 Appeal: 24-1650    Doc: 14    Filed: 08/02/2024    Pg: 102 of 122
Case Pending MCP No. 20   Document 21-12410 Filed: 08/02/24   Page 2 of 8

**General Docket**
**United States Court of Appeals for the Eleventh Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 24-12310 | **Docketed:** 07/18/2024 |
| State of Georgia, et al v. Federal Energy Regulatory Commission | |
| **Appeal From:** Federal Energy Regulatory Commission | |
| **Fee Status:** Fee Paid | |

**Case Type Information:**
  **1)** Agency
  **2)** Agency Petition for Review
  **3)** -

**Originating Court Information:**
  **District:** FERC-0 : RM-21-17-000

**Prior Cases:**
  None

**Current Cases:**
  None

---

| | | |
|---|---|---|
| STATE OF GEORGIA | Petitioner | Stephen John Petrany<br>[COR LD NTC Government]<br>Georgia Department of Law<br>Attorney General's Office<br>Firm: 404-656-3300<br>40 CAPITOL SQUARE SW<br>ATLANTA, GA 30334<br><br>Christopher Michael Carr<br>[NTC Government]<br>Georgia Department of Law<br>Attorney General's Office<br>Firm: 404-656-3300<br>40 CAPITOL SQUARE SW<br>ATLANTA, GA 30334<br><br>Justin T. Golart<br>Direct: 404-458-3252<br>[COR NTC Government]<br>Georgia Department of Law<br>Attorney General's Office<br>Firm: 404-656-3300<br>40 CAPITOL SQUARE SW<br>ATLANTA, GA 30334 |
| THE GEORGIA PUBLIC SERVICE COMMISSION | Petitioner | Stephen John Petrany<br>[COR LD NTC Government]<br>(see above)<br><br>Christopher Michael Carr<br>[NTC Government]<br>(see above)<br><br>Justin T. Golart<br>Direct: 404-458-3252<br>[COR NTC Government]<br>(see above) |
| versus | | |
| FEDERAL ENERGY REGULATORY COMMISSION | Respondent | Federal Energy Regulatory Commission<br>[NTC U.S. Government]<br>Federal Energy Regulatory Commission<br>Firm: 202-502-6600<br>888 1ST ST NE<br>WASHINGTON, DC 20426-0000 |

STATE OF GEORGIA,
THE GEORGIA PUBLIC SERVICE COMMISSION,

                                  Petitioners,

versus

FEDERAL ENERGY REGULATORY COMMISSION,

                                  Respondent.

USCA4 Appeal: 24-1650    Doc: 14    Filed: 08/02/2024    Pg: 104 of 122

| 07/18/2024 | ☐ 1<br>1645 pg, 6.83 MB | AGENCY PETITION / APPLICATION DOCKETED. Filed by Petitioners State of Georgia and The Georgia Public Service Commission. Fee Status: Fee Paid. [Entered: 07/18/2024 10:31 AM] |
| 07/19/2024 | ☐ 2<br>1 pg, 127.49 KB | APPEARANCE of Counsel Form filed by Stephen John Petrany for State of Georgia and The Georgia Public Service Commission. Related cases? No. [24-12310] (ECF: Stephen Petrany) [Entered: 07/19/2024 12:54 PM] |
| 07/19/2024 | ☐ 3<br>1 pg, 142.96 KB | APPEARANCE of Counsel Form filed by Justin T. Golart for State of Georgia and The Georgia Public Service Commission. Related cases? No. [24-12310] (ECF: Justin Golart) [Entered: 07/19/2024 01:24 PM] |

USCA4 Appeal: 24-1650 Doc: 14 Filed: 08/02/2024 Pg: 105 of 122

Clear All

◉ **Documents and Docket Summary**
○ **Documents Only**

☐ **Include Page Numbers**

**Selected Pages:** 0    **Selected Size:** 0 KB

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/01/2024 11:17:31 | | | |
| **PACER Login:** | us2794ogc | **Client Code:** | |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 24-12310 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

STATE OF GEORGIA, GEORGIA
PUBLIC SERVICE COMMISSION

    Petitioners,

       v.

FEDERAL ENERGY REGULATORY
COMMISSION,

    Respondent.

No. _____

## PETITION FOR REVIEW OF AGENCY ACTION

USCA4 Appeal: 24-1650    Doc: 14    Filed: 08/02/2024    Pg: 107 of 122
Document Access Case Pending MCP No. 20    Document: 14    Filed: 08/02/24    Page 7 of 8

USCA11 Case: 24-12310    Document: 1-2    Date Filed: 07/18/2024    Page: 28 of 1643

## PETITION FOR REVIEW

Pursuant to Section 313(b) of the Federal Power Act, 16 U.S.C.

§ 825*l*(b), and Federal Rule of Appellate Procedure Rule 15(a), the State

of Georgia and Georgia Public Service Commission hereby petition this

Court for review of the following order of the Federal Energy

Regulatory Commission:

1. Order No. 1920, Final Rule, *Building for the Future Through Electric Regional Transmission Planning and Cost Allocation*, Docket No. RM21-17-000, 187 FERC ¶ 61,068 (May 13, 2024).

2. Notice of Denial of Rehearing by Operation of Law & Providing for Further Consideration, Docket No. RM21-17-001, 188 FERC ¶ 62,025 (July 15, 2024).

Both petitioners were intervenors in the Commission proceedings

and timely filed a request for rehearing of the order.  This request was

denied by operation of law pursuant to 15 U.S.C. § 717r(a) because the

Commission did not act on the request within 30 days.  The order and

notice of denial of rehearing by operation of law are attached as

Exhibits A and B, respectively.

The jurisdiction and venue of this Court is established by Section

313(b) of the Federal Power Act, 16 U.S.C. § 825*l*(b).  This Court should

grant the petition because the Commission's order and notice are

arbitrary, capricious, and not in accordance with law.

This 18th day of July, 2024.

Respectfully submitted.

/s/ *Justin T. Golart*

Christopher M. Carr
  *Attorney General of Georgia*

Stephen J. Petrany
  *Solicitor General*

Justin T. Golart
  *Deputy Solicitor General*

Office of the Georgia
  Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3252
jgolart@law.ga.gov

*Counsel for Petitioner*

# ATTACHMENT 4

*Building for the Future Through Electric Regional Transmission Planning and Cost Allocation*, FERC Docket No. RM21-17

- Order No. 1920—Final Rule, 187 FERC ¶ 61,068 (May 13, 2024) (excerpt)

- Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration, 188 FERC ¶ 62,025 (July 15, 2024)

187 FERC ¶ 61,068
UNITED STATES OF AMERICA
FEDERAL ENERGY REGULATORY COMMISSION

18 CFR Part 35

[Docket No. RM21-17-000; Order No. 1920]

Building for the Future Through Electric
Regional Transmission Planning and Cost Allocation

(Issued May 13, 2024)

**AGENCY**:  Federal Energy Regulatory Commission.

**ACTION**:  Final rule.

**SUMMARY**:  The Federal Energy Regulatory Commission (Commission) revises the

*pro forma* Open Access Transmission Tariff (OATT) to remedy deficiencies in the

Commission's existing regional and local transmission planning and cost allocation

requirements.  In this final rule, the Commission requires transmission providers to

conduct Long-Term Regional Transmission Planning that will ensure the identification,

evaluation, and selection, as well as the allocation of the costs, of more efficient or cost-

effective regional transmission solutions to address Long-Term Transmission Needs.

The Commission also directs other reforms to improve coordination of regional

transmission planning and generator interconnection processes, require consideration of

certain alternative transmission technologies in regional transmission planning processes,

and improve transparency of local transmission planning processes and coordination

between regional and local transmission planning processes.  These reforms are intended

to ensure that existing regional and local transmission planning and cost allocation

Docket No. RM21-17-000

ii

requirements are just, reasonable, and not unduly discriminatory or preferential.

**EFFECTIVE DATE**: This final rule will become effective **[INSERT DATE 60 DAYS AFTER DATE OF PUBLICATION IN THE FEDERAL REGISTER]**

**FOR FURTHER INFORMATION CONTACT**:

David Borden (Technical Information)
Office of Energy Policy and Innovation
888 First Street, NE
Washington, DC 20426
(202) 502-8734
david.borden@ferc.gov

Noah Lichtenstein (Technical Information)
Office of Energy Market Regulation
888 First Street, NE
Washington, DC 20426
(202) 502-8696
noah.lichtenstein@ferc.gov

Michael Kellermann (Legal Information)
Office of the General Counsel
888 First Street, NE
Washington, DC 20426
(202) 502-8491
michael.kellermann@ferc.gov

**SUPPLEMENTARY INFORMATION**:

187 FERC ¶ 61,068
UNITED STATES OF AMERICA
FEDERAL ENERGY REGULATORY COMMISSION

Before Commissioners:  Willie L. Phillips, Chairman;
                       Allison Clements and Mark C. Christie.

| Building for the Future Through Electric Regional | Docket No. | RM21-17-000 |
| Transmission Planning and Cost Allocation | | |

ORDER NO. 1920

FINAL RULE

(Issued May 13, 2024)

TABLE OF CONTENTS

Paragraph Numbers

I. Introduction and Background ................................................................. 1.
  A. Historical Framework: Order Nos. 888, 890, and 1000 ........................ 14.
  B. ANOPR and Technical Conference................................................... 20.
  C. Joint Federal-State Task Force on Electric Transmission ..................... 22.
  D. Notice of Proposed Rulemaking ..................................................... 26.
  E. High-Level Overview of NOPR Comments ........................................ 36.
  F. Use of Terms............................................................................. 37.

II. The Overall Need for Reform................................................................ 47.
  A. NOPR Proposal ......................................................................... 47.
  B. Comments................................................................................. 49.
  C. Commission Determination .......................................................... 85.
    1. The Transmission Investment Landscape Today ............................. 90.
    2. Unjust, Unreasonable, and Unduly Discriminatory or Preferential Commission-
    Jurisdictional Transmission Planning and Cost Allocation Processes ................. 112.
    3. Benefits of Long-Term Regional Transmission Planning and Cost Allocation to
    Identify and Plan for Long-Term Transmission Needs ...................................... 134.
    4. Conclusion ............................................................................. 139.

III. Long-Term Regional Transmission Planning....................................... 140.
  A. Requirement to Participate in Long-Term Regional Transmission Planning ...... 140.
    1. NOPR Proposal........................................................................ 140.

2. Comments ................................................................................... 145.
   a. General Comments ................................................................. 145.
   b. Requests for Flexibility in Transmission Planning ..................... 151.
   c. Comments Regarding More Comprehensive Transmission Planning.......... 163.
   d. Concerns Regarding Favoring Renewable Resources................................. 172.
   e. Concerns Regarding Uncertainty, Over-building, and Costs...................... 176.
   f. Concerns Regarding Incentives for Resource Development...................... 187.
   g. Comments Regarding Definition of Long-Term Regional Transmission
      Facility ................................................................................. 189.
   h. Challenges to Commission Jurisdiction or Authority................................ 190.
   i. Other Issues ................................................................................. 215.
   j. Miscellaneous Concerns ............................................................... 217.
3. Commission Determination ........................................................... 224.
   a. Participation in Long-Term Regional Transmission Planning.................... 224.
   b. Definition of Long-Term Regional Transmission Facility ........................ 250.
   c. Legal Authority to Adopt Reforms for Long-Term Regional Transmission
      Planning ................................................................................. 253.
B. Development of Long-Term Scenarios ............................................. 284.
   1. NOPR Proposal............................................................................ 284.
   2. Comments................................................................................... 286.
      a. General Comments ................................................................. 286.
      b. Applying Scenario Planning to Reliability and Economic Planning .......... 296.
   3. Commission Determination........................................................... 298.
C. Long-Term Scenarios Requirements ............................................... 307.
   1. Transmission Planning Horizon ................................................... 307.
      a. NOPR Proposal...................................................................... 307.
      b. Comments.............................................................................. 309.
      c. Commission Determination ..................................................... 344.
   2. Frequency of Long-Term Scenario Revisions................................. 352.
      a. NOPR Proposal....................................................................... 352.
      b. Comments.............................................................................. 354.
      c. Commission Determination ..................................................... 377.
   3. Categories of Factors.................................................................. 387.
      a. Requirement to Incorporate Categories of Factors...................... 387.
      b. Specific Categories of Factors.................................................. 422.
      c. Treatment of Specific Categories of Factors .............................. 495.
      d. Stakeholder Process and Transparency...................................... 519.
   4. Number and Development of Long-Term Scenarios......................... 538.
      a. NOPR Proposal....................................................................... 538.
      b. Comments.............................................................................. 541.
      c. Commission Determination ..................................................... 559.
   5. Types of Long-Term Scenarios .................................................... 564.
      a. NOPR Proposal....................................................................... 564.

USCA4 Appeal: 24-1650    Doc: 14    Filed: 08/02/2024    Pg: 115 of 122
Document Accession #: 20240516-5050    Document 1:15 / Filed: 08/02/24    Page 7 of 13

Docket No. RM21-17-000                                                    - 3 -

b. Comments ..................................................................... 566.
c. Commission Determination ............................................. 575.
6. Sensitivities for High-Impact, Low-Frequency Events ................................. 578.
a. NOPR Proposal ............................................................. 578.
b. Comments ..................................................................... 580.
c. Commission Determination ............................................. 593.
7. Specificity of Data Inputs .............................................................. 602.
a. NOPR Proposal ............................................................. 602.
b. Comments ..................................................................... 606.
c. Commission Determination ............................................. 633.
8. Identification of Geographic Zones .................................................. 645.
a. NOPR Proposal ............................................................. 645.
b. Comments ..................................................................... 650.
c. Commission Determination ............................................. 665.
D. Evaluation of the Benefits of Regional Transmission Facilities ........................ 667.
1. Requirement for Transmission Providers to Use a Set of Seven Required
Benefits .......................................................................................... 669.
a. NOPR Proposal ............................................................. 669.
b. Comments ..................................................................... 673.
c. Commission Determination ............................................. 719.
2. Required Benefits ........................................................................ 740.
a. The Seven Required Benefits ........................................... 740.
3. Identification, Measurement, and Evaluation of the Benefits of Long-Term
Regional Transmission Facilities ...................................................... 823.
a. NOPR Proposal ............................................................. 823.
b. Comments ..................................................................... 824.
c. Commission Determination ............................................. 837.
4. Evaluation of Transmission Benefits Over a Longer Time Horizon ............... 843.
a. NOPR Proposal ............................................................. 843.
b. Comments ..................................................................... 845.
c. Commission Determination ............................................. 859.
5. Evaluation of the Benefits of Portfolios of Transmission Facilities ............. 871.
a. NOPR Proposal ............................................................. 871.
b. Comments ..................................................................... 872.
c. Commission Determination ............................................. 889.
6. Issues Related to Use of Benefits .................................................... 891.
a. NOPR Proposal ............................................................. 891.
b. Comments ..................................................................... 892.
c. Commission Determination ............................................. 902.
E. Evaluation and Selection of Long-Term Regional Transmission Facilities ......... 904.
1. Requirement to Adopt an Evaluation Process and Selection Criteria ............. 904.
a. NOPR Proposal ............................................................. 904.
b. Comments ..................................................................... 906.

      c. Commission Determination ..................................................... 911.
   2. Flexibility .............................................................................. 919.
      a. NOPR Proposal ................................................................. 919.
      b. Comments ........................................................................ 920.
      c. Commission Determination ................................................. 924.
   3. Minimum Requirements ............................................................ 927.
      a. NOPR Proposal ................................................................. 927.
      b. Comments ........................................................................ 930.
      c. Commission Determination ................................................. 954.
   4. Role of Relevant State Entities .................................................. 972.
      a. NOPR Proposal ................................................................. 972.
      b. Comments ........................................................................ 973.
      c. Commission Determination ................................................. 994.
   5. Voluntary Funding Opportunities .............................................. 1003.
      a. NOPR Proposal ................................................................. 1003.
      b. Comments ........................................................................ 1004.
      c. Commission Determination ................................................. 1012.
   6. No Selection Requirement ......................................................... 1019.
      a. NOPR Proposal ................................................................. 1019.
      b. Comments ........................................................................ 1020.
      c. Commission Determination ................................................. 1026.
   7. Other Issues ........................................................................... 1029.
      a. Comments ........................................................................ 1029.
      b. Commission Determination ................................................. 1031.
   8. Reevaluation .......................................................................... 1033.
      a. NOPR Proposal ................................................................. 1033.
      b. Comments ........................................................................ 1035.
      c. Commission Determination ................................................. 1048.
 F. Implementation of Long-Term Regional Transmission Planning ..................... 1062.
   1. NOPR Proposal ....................................................................... 1062.
   2. Comments .............................................................................. 1064.
      a. Comments on the Initial Timing Sequence ............................. 1064.
      b. Comments on Periodic Forums ............................................ 1067.
   3. Commission Determination ........................................................ 1071.
      a. Initial Timing Sequence Implementation ................................ 1071.
      b. Periodic Forums ............................................................... 1075.
IV. Coordination of Regional Transmission Planning and Generator Interconnection
Processes .......................................................................................... 1076.
 A. Need for Reform and Overall Reform .......................................... 1076.
   1. NOPR Proposal ....................................................................... 1076.
   2. Comments .............................................................................. 1079.
      a. On the Overall Reform ....................................................... 1079.

USCA4 Appeal: 24-1650    Doc: 14    Filed: 08/02/2024    Pg: 117 of 122
Document Accession #: 20230525090    Case: Pending MCP No. 20    Document 1:15 / Filed 08/02/24    Page 9 of 13

Docket No. RM21-17-000                                                        - 5 -

    b. Requesting Additional Reform ................................................................1081.
    c. Concerns with the Overall Reform .........................................................1085.
    d. Cost Allocation .......................................................................................1093.
    e. Interconnection Queue Gaming Considerations......................................1095.
    f. Miscellaneous .........................................................................................1098.
  3. Need for Reform ...........................................................................................1100.
  4. Commission Determination ...........................................................................1106.
B. Transmission Planning Process Evaluation ......................................................1122.
  1. NOPR Proposal ............................................................................................1122.
  2. Comments ....................................................................................................1123.
  3. Commission Determination ...........................................................................1126.
C. Qualifying Criteria...........................................................................................1130.
  1. NOPR Proposal ............................................................................................1130.
  2. Comments ....................................................................................................1134.
  3. Commission Determination ...........................................................................1145.

V. Consideration of Dynamic Line Ratings and Advanced Power Flow Control
Devices....................................................................................................................1163.
A. General Proposal ..............................................................................................1163.
  1. NOPR Proposal ............................................................................................1163.
  2. Comments on General Proposal ....................................................................1167.
  3. Need for Reform ...........................................................................................1194.
  4. Commission Determination ...........................................................................1198.
B. Specific Alternative Transmission Technologies...............................................1217.
  1. NOPR Proposal ............................................................................................1217.
  2. Comments on Specific Technologies .............................................................1218.
  3. Commission Determination ...........................................................................1239.

VI. Regional Transmission Cost Allocation ..............................................................1248.
A. Cost Allocation for Long-Term Regional Transmission Facilities.....................1248.
  1. Cost Allocation Methods for Long-Term Regional Transmission Facilities...1248.
    a. NOPR Proposal.......................................................................................1248.
    b. Comments...............................................................................................1252.
    c. Commission Determination .....................................................................1291.
  2. Requirement that Transmission Providers Seek the Agreement of Relevant State
  Entities Regarding the Cost Allocation Method or Methods for Long-Term
  Regional Transmission Facilities....................................................................1308.
    a. NOPR Proposal.......................................................................................1308.
    b. Comments...............................................................................................1313.
    c. Commission Determination .....................................................................1354.
  3. Proposals Relating to the Design and Operation of State Agreement
  Processes .......................................................................................................1369.
    a. NOPR Proposal.......................................................................................1369.
    b. Comments...............................................................................................1371.

     c. Commission Determination ...................................................................1402.

    4. Filing Rights Under the FPA .................................................................1422.

      a. Comments .......................................................................................1422.

      b. Commission Determination .............................................................1428.

    5. Time Period and Related Issues in the Long-Term Regional Transmission
    Planning Cost Allocation Processes for State-Negotiated Alternate Cost Allocation
    Method...............................................................................................1432.

      a. NOPR Proposal ...............................................................................1432.

      b. Comments .......................................................................................1436.

      c. Commission Determination .............................................................1456.

  B. Long-Term Regional Transmission Facility Cost Allocation Compliance with the
  Existing Six Order No. 1000 Regional Cost Allocation Principles.......................1458.

    1. NOPR Proposal ....................................................................................1458.

    2. Comments ............................................................................................1459.

      a. General Proposal .............................................................................1459.

      b. Comments Specific to A State Agreement Process....................1467.

    3. Commission Determination .................................................................1469.

  C. Identification of Benefits Considered in Cost Allocation for Long-Term Regional
  Transmission Facilities.......................................................................................1480.

    1. NOPR Proposal ....................................................................................1480.

    2. Comments ............................................................................................1482.

      a. Agree with Proposal........................................................................1482.

      b. Requests to reflect the full breadth of benefits in cost allocation methods while
      maintaining flexibility...........................................................................1491.

      c. Disagree with Proposal, Mostly Require Benefits....................1492.

      d. Alignment of Benefits between Transmission Planning and Cost
      Allocation..............................................................................................1497.

      e. Additional Benefits or Suggestions for Refinement .....................1502.

    3. Commission Determination .................................................................1505.

  D. Miscellaneous Cost Allocation Comments and Proposals ...............................1516.

    1. Comments ............................................................................................1516.

    2. Commission Determination .................................................................1521.

VII. Construction Work in Progress Incentive ...........................................................1524.

  A. NOPR Proposal .................................................................................................1524.

  B. Comments.........................................................................................................1525.

    1. Interest in the NOPR Proposal.............................................................1525.

    2. Concerns with the NOPR Proposal......................................................1532.

    3. Interaction of the CWIP Incentive with the Abandoned Plant Incentive ........1545.

  C. Commission Determination ..............................................................................1547.

VIII. Exercise of a Federal Right of First Refusal in Commission-Jurisdictional Tariffs
and Agreements...........................................................................................................1548.

  A. NOPR Proposal .................................................................................................1548.

USCA4 Appeal: 24-1650    Doc: 14    Filed: 08/02/2024    Pg: 119 of 122
Document Access in Pending MCP No. 20    Document: 155    Filed: 05/28/2024    Page 11 of 13

Docket No. RM21-17-000                                                          - 7 -

B. Comments.................................................................................1553.
   1. General Perspectives and Approach to Reform.............................1553.
   2. Comments on the NOPR's Joint Ownership Proposal ...................1560.
C. Commission Determination ..........................................................1563.

IX. Local Transmission Planning Inputs in the Regional Transmission Planning
Process ............................................................................................1565.
  A. Need for Reform ......................................................................1565.
    1. NOPR .................................................................................1565.
    2. Comments ...........................................................................1567.
    3. Commission Determination .................................................1569.
  B. Enhanced Transparency of Local Transmission Planning Inputs in the Regional
Transmission Planning Process ........................................................1578.
    1. NOPR Proposal ..................................................................1578.
    2. Comments ...........................................................................1581.
     a. Interest in Enhanced Transparency of Local Transmission Planning
Inputs....................................................................................1581.
     b. Suggested Modifications to the NOPR Proposal ....................1586.
     c. Concern with the NOPR Proposal .......................................1591.
     d. Specific Stakeholder Meeting Requirements ..........................1601.
     e. Additional Issues...............................................................1613.
    3. Commission Determination .................................................1625.
     a. Specific Stakeholder Meeting Requirements ..........................1638.
     b. Additional Issues...............................................................1647.
  C. Identifying Potential Opportunities to Right-Size Replacement Transmission
Facilities.......................................................................................1649.
    1. Eligibility ...........................................................................1649.
     a. NOPR Proposal .................................................................1649.
     b. Comments ........................................................................1652.
     c. Commission Determination .................................................1677.
    2. Right of First Refusal ..........................................................1693.
     a. NOPR Proposal .................................................................1693.
     b. Comments ........................................................................1694.
     c. Commission Determination .................................................1702.
    3. Cost Allocation ...................................................................1710.
     a. NOPR Proposal .................................................................1710.
     b. Comments ........................................................................1712.
     c. Commission Determination .................................................1716.
    4. Miscellaneous ....................................................................1723.
     a. Comments ........................................................................1723.
     b. Commission Determination .................................................1735.

X. Interregional Transmission Coordination .........................................1740.
  A. NOPR Proposal .......................................................................1740.

    B. Comments.............................................................................................1744.
    C. Commission Determination ................................................................1751.

XI. Compliance Procedures ........................................................................1759.
    A. NOPR Proposal ...................................................................................1759.
    B. Comments............................................................................................1761.
    C. Commission Determination ................................................................1768.

XII. Information Collection Statement..........................................................1775.

XIII. Environmental Analysis .......................................................................1784.

XIV. Regulatory Flexibility Act ...................................................................1785.

XV. Document Availability ..........................................................................1789.

XVI. Effective Date and Congressional Notification.....................................1792.

Appendix A: Abbreviated Names of Commenters

Appendix B: Pro Forma Open Access Transmission Tariff Attachment K

## I.    <u>**Introduction and Background**</u>

1.    In this final rule, the Commission acts under section 206 of the Federal Power Act

(FPA) to adopt reforms to its electric transmission planning and cost allocation

requirements.[1]  The reforms herein will remedy deficiencies in the Commission's existing

regional and local transmission planning and cost allocation requirements to ensure that

the rates, terms, and conditions for transmission service provided by public utility

transmission providers (transmission providers)[2] remain just and reasonable and not

---

    [1] 16 U.S.C. 824e.

    [2] Section 201(e) of the FPA, 16 U.S.C. 824(e), defines "public utility" to mean "any person who owns or operates facilities subject to the jurisdiction of the Commission under this subchapter."  As stated in the Order No. 888 *pro forma* Open Access Transmission Tariff (OATT), "transmission provider" is a "public utility (or its Designated Agent) that owns, controls, or operates facilities used for the transmission of electric energy in interstate commerce and provides transmission service under the Tariff."  *Promoting Wholesale Competition Through Open Access Non-Discriminatory Transmission Servs. by Pub. Utils.; Recovery of Stranded Costs by Pub. Utils. &*

188 FERC ¶ 62,025
UNITED STATES OF AMERICA
FEDERAL ENERGY REGULATORY COMMISSION

Building for the Future Through Electric                Docket No. RM21-17-001
Regional Transmission Planning and Cost Allocation

NOTICE OF DENIAL OF REHEARING BY OPERATION OF LAW AND
PROVIDING FOR FURTHER CONSIDERATION

(July 15, 2024)

Rehearing has been timely requested of the Commission's order issued on May 13, 2024, in this proceeding. *Bldg. for the Future Through Elec. Reg'l Transmission Planning & Cost Allocation*, 187 FERC ¶ 61,068 (2024). In the absence of Commission action on a request for rehearing within 30 days from the date it is filed, the request for rehearing may be deemed to have been denied. 16 U.S.C. § 825*l*(a); 18 C.F.R. § 385.713 (2023); *Allegheny Def. Project v. FERC*, 964 F.3d 1 (D.C. Cir. 2020) (en banc).

As provided in 16 U.S.C. § 825*l*(a), the requests for rehearing of the above-cited order filed in this proceeding will be addressed in a future order to be issued consistent with the requirements of such section. As also provided in 16 U.S.C. § 825*l*(a), the Commission may modify or set aside its above-cited order, in whole or in part, in such manner as it shall deem proper.

Debbie-Anne A. Reese,
Acting Secretary.

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on August 2, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties via the Court's electronic filing system.

<u>/s/ Susanna Y. Chu</u>
Susanna Y. Chu
Attorney