FEDERAL ENERGY REGULATORY COMMISSION
WASHINGTON, D.C. 20426

August 8, 2024

**Via ECF**

Nwamaka Anowi
Clerk of the Court
U.S. Court of Appeals for the Fourth Circuit
Lewis F. Powell, Jr. U.S. Courthouse Annex
1100 East Main Street, Suite 501
Richmond, VA 23219-3517

>    **Re:**   *Appalachian Voices, et al. v. Federal Energy Regulatory Commission* (No. 24-1650)—Notice of Corrected Schedule of Actions filed, JPML Notice of Multicircuit Petitions for Review (JPML MCP No. 20)

Dear Ms. Anowi:

At the direction of the Clerk's Office for the United States Judicial Panel on Multidistrict Litigation, Respondent Federal Energy Regulatory Commission (the Commission) has filed a corrected "Schedule of Actions" (originally filed as Attachment 1 to the Commission's August 2 Notice of Multicircuit Petitions for Review).

The corrected Schedule of Actions identifies the same petitions filed in the same courts of appeals as the August 2 Schedule of Actions. However, the corrected Schedule of Actions eliminates, as directed, the use of "*et al.*" in case names, and includes the "interested parties" listed on the docket sheet of *Environmental Defense Fund v. FERC*, 1st Cir. No. 24-1659.

>    Respectfully submitted,
>
>    */s/ Susanna Y. Chu*
>    Susanna Y. Chu
>    Tel.: (202) 502-8464
>    Susanna.Chu@ferc.gov
>
>    *Counsel for Respondent*
>    *Federal Energy Regulatory Commission*

BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
OF MULTICIRCUIT PETITIONS FOR REVIEW

| | |
|---|---|
| *In Re*: Federal Energy Regulatory Commission, *Building for the Future Through Electric Regional Transmission Planning and Cost Allocation*, 187 FERC ¶ 61,068 (May 13, 2024); Notice of Denial of Rehearing by Operation of Law and Providing For Further Consideration, 188 FERC ¶ 62,025 (July 15, 2024) | MCP No. 20 |

**Corrected Rule 25.2 Schedule**

Issuance Date of FERC Order and Denial Notice: May 13, 2024 and July 15, 2024

| Case Name | Circuit Court | Docket Number | Filing Date | Date Received by FERC (earlier of date of filing on FERC's eLibrary docket or date of receipt of paper copy) |
|---|---|---|---|---|
| *Advanced Energy United, American Clean Power Association, Solar Energy Industries Association v. FERC* | D.C. Circuit | 24-1254 | July 18, 2024 | July 19, 2024 |

| | | | | |
|---|---|---|---|---|
| *Invenergy Solar Development North America LLC, Invenergy Thermal Development LLC, Invenergy Wind Development North America LLC, Invenergy Transmission LLC v. FERC* | D.C. Circuit | 24-1255 | July 19, 2024 | July 22, 2024 |
| *Environmental Defense Fund v. FERC*<br><br>Interested Parties: Harvard Electricity Law Initiative; Appalachian Voices; NextEra Energy Inc; Energy Alabama; North Carolina Sustainable Energy Association; South Carolina Coastal Conservation League; Southern Alliance for Clean Energy; Sierra Club; Southern Renewable Energy Association; Sustainable FERC Project | First Circuit | 24-1659 | July 16, 2024 | July 18, 2024 |
| *Natural Resources Defense Council, Inc. v. U.S. FERC* | Second Circuit | 24-1932 | July 16, 2024 | July 19, 2024 |

| *Appalachian Voices, Energy Alabama,* North Carolina Sustainable Energy Association, Southern Alliance for Clean Energy, South Carolina Coastal Conservation League *v. FERC* | Fourth Circuit | 24-1650 | July 16, 2024 | July 18, 2024 |
|---|---|---|---|---|
| *Louisiana Public Service Commission and Mississippi Public Service Commission v. FERC* | Fifth Circuit | 24-60355 | July 15, 2024 | July 18, 2024 |
| *State of Texas v. FERC* | Fifth Circuit | 24-60362 | July 18, 2024 | July 22, 2024 |
| *Public Utilities Commission of Ohio's Office of the Federal Energy Advocate and Public Service Commission of West Virginia v. FERC* | Sixth Circuit | 24-3615 | July 18, 2024 | July 19, 2024 |
| *ITC Midwest LLC v. FERC* | Seventh Circuit | 24-2232 | July 19, 2024 | July 22, 2024 |
| *Sierra Club v. FERC* | Ninth Circuit | 24-4388 | July 17, 2024 | July 19, 2024 |
| *State of Georgia and Georgia Public Service Commission v. FERC* | Eleventh Circuit | 24-12310 | July 18, 2024 | July 19, 2024 |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 8, 2024, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties via the Court's electronic filing system.

*/s/ Susanna Y. Chu*
Susanna Y. Chu
Attorney