FILED: August 14, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1650 (L)
(RM21-17-000)
(RM21-17-001)

_____

APPALACHIAN VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY; SOUTH CAROLINA COASTAL CONSERVATION LEAGUE

  Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

  Respondent

_____

No. 24-1748
(RM21-17-000)
(RM21-17-001)

_____

NATURAL RESOURCES DEFENSE COUNCIL, INC.

  Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

  Respondent

_____

No. 24-1751
(RM21-17-000)
(RM21-17-001)

_____

ADVANCED ENERGY UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY INDUSTRIES ASSOCATION

    Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

_____

No. 24-1756
(RM21-17-000)
(RM21-17-001)

_____

INVENERGY SOLAR DEVELOPMENT NORTH AMERICA LLC; INVENERGY THERMAL DEVELOPMENT LLC; INVENERGY WIND DEVELOPMENT NORTH AMERICA LLC; INVENERGY TRANSMISSION LLC

    Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

_____

No. 24-1758
(RM21-17-000)
(RM21-17-001)

_____

STATE OF TEXAS

 Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

 Respondent

_____

No. 24-1760
(RM21-17-000)
(RM21-17-001)

_____

STATE OF GEORGIA; GEORGIA PUBLIC SERVICE COMMISSION

 Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

 Respondent

_____

O R D E R

_____

The court consolidates Case No. 24-1760 with previously consolidated Case

No. 24-1650(L). Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk