FILED: August 15, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1650 (L)
(RM21-17-000)
(RM21-17-001)

_____

APPALACHIAN VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY; SOUTH CAROLINA COASTAL CONSERVATION LEAGUE

  Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

  Respondent

_____

No. 24-1748
(RM21-17-000)
(RM21-17-001)

_____

NATURAL RESOURCES DEFENSE COUNCIL, INC.

  Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

  Respondent

_____

No. 24-1751
(RM21-17-000)
(RM21-17-001)

_____

ADVANCED ENERGY UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY INDUSTRIES ASSOCATION

    Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

_____

No. 24-1756
(RM21-17-000)
(RM21-17-001)

_____

INVENERGY SOLAR DEVELOPMENT NORTH AMERICA LLC; INVENERGY THERMAL DEVELOPMENT LLC; INVENERGY WIND DEVELOPMENT NORTH AMERICA LLC; INVENERGY TRANSMISSION LLC

    Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

_____

No. 24-1758
(RM21-17-000)
(RM21-17-001)

_____

STATE OF TEXAS

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

_____

No. 24-1760
(RM21-17-000)
(RM21-17-001)

_____

STATE OF GEORGIA; GEORGIA PUBLIC SERVICE COMMISSION

      Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

_____

No. 24-1765
(RM21-17-000)
(RM21-17-001)

_____

ENVIRONMENTAL DEFENSE FUND

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

_____

O R D E R

_____

The court consolidates Case No. 24-1765 with previously consolidated Case No. 24-1650(L). Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

      For the Court--By Direction

      /s/ Nwamaka Anowi, Clerk