# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| Appalachian Voices, et al., | ) | |
|     Petitioners, | ) | |
| | ) | |
|     v. | ) | Nos. 24-1650 |
| | ) | (consolidated with |
| Federal Energy Regulatory Commission, | ) | 24-1748, 24-1751, |
| | ) | 24-1756, 24-1758, |
|     Respondent. | ) | 24-1760, 24-1765) |

## UNOPPOSED MOTION FOR LEAVE TO INTERVENE OF
## PJM INTERCONNECTION, L.L.C.

Pursuant to Rule 15(d) of the Federal Rules of Appellate Procedure, PJM Interconnection, L.L.C. ("PJM") hereby moves for leave to intervene in support of Petitioners in the above-captioned review proceedings. On July 16, 2024, the Petitioners filed a petition for review of the following order and notice issued by Respondent the Federal Energy Regulatory Commission ("FERC"):

1. *Building for the Future Through Electric Regional Transmission Planning and Cost Allocation*, Order No. 1920, Docket No. RM21-17-000, 187 FERC ¶ 61,068 (May 13, 2024); and

2. *Building for the Future Through Electric Regional Transmission Planning and Cost Allocation, Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration*, Docket No. RM21-17-001, 188 FERC ¶ 62,025 (July 15, 2024).

Multiple petitions for review of the same order and notice have been filed by numerous parties multiple Circuit Courts of Appeals. On August 8, 2024, the Judicial Panel on Multi-District Litigation randomly selected this Court to hear all

appeals related to FERC's Final Rule. Currently six of these cases were transferred and consolidated into this lead case, of which PJM seeks intervention. *Appalachian Voices v. FERC*, Nos. 24-1650, et al. (4th Cir. Aug. 13, 2024) (order consolidating cases); *Appalachian Voices v. FERC*, Nos. 24-1650, et al. (4th Cir. Aug. 14, 2024) (order consolidating case); Petition for Review, *Appalachian Voices v. FERC*, No. 24-1650 (4th Cir. July 16, 2024); Petition for Review, *Nat. Res. Def. Council v. FERC*, No. 24-1932 (2d Cir. July 16, 2024) (docketed in the 4th Cir. as No. 24-1748); Petition for Review, *Advanced Energy United v. FERC*, No. 24-1254 (D.C. Cir. July 18, 2024) (docketed in the 4th Cir. as No. 24-1751); Petition for Review, *Invenergy Solar Dev. N. Am. LLC v. FERC*, No. 24-1255 (D.C. Cir. July 19, 2024) (docketed in the 4th Cir. as No. 24-1756); Petition for Review, *Texas v. FERC*, No. 24-60362 (5th Cir. July 18, 2024) (docketed in the 4th Cir. as No. 24-1758); Petition for Review, *Georgia v. FERC*, No. 24-12310 (11th Cir. July 18, 2024) (docketed in the 4th Cir. as No. 24-1760); Petition for Review, *Env't Def. Fund v. FERC*, No. 24-1659 (1st Cir. July 16, 2024) (docketed in the 4th Cir. as No. 24-1765).

PJM is the regional transmission organization ("RTO") for all or portions of Delaware, the District of Columbia, Illinois, Indiana, Kentucky, Maryland, Michigan, New Jersey, North Carolina, Ohio, Pennsylvania, Tennessee, Virginia, and West Virginia. PJM is authorized by Respondent FERC to administer an Open

2

Access Transmission Tariff ("Tariff"), provide transmission service under the Tariff on the electric transmission facilities under PJM's operational control, operate an energy and other markets, and otherwise conduct the day-to-day operations of the bulk power system of a multi-state electric control area. PJM was approved by FERC first as an independent system operator, *Pennsylvania-New Jersey-Maryland Interconnection*, 81 FERC ¶ 61,257 (1997), *reh'g denied*, 92 FERC ¶ 61,282 (2000), *modified sub nom. Atl. City Elec. Co. v. FERC*, 295 F.3d 1 (D.C. Cir. 2002), and then as an RTO, *PJM Interconnection, L.L.C.*, 101 FERC ¶ 61,345 (2002).

The rulemaking proceeding below involves FERC issuing a final rule directing transmission providers, like PJM, to adopt specific requirements addressing how such transmission providers must conduct long-term planning for regional transmission facilities and how the costs of such facilities are allocated. In other words, the rulemaking requires PJM (and other transmission providers) to submit revisions to its FERC-filed tariffs to change how PJM conducts its long-term transmission planning. PJM has filed for rehearing of the rulemaking, and its request remains pending. As such, PJM was an active participant in the FERC rulemaking proceeding that resulted in these orders, and accordingly, has a direct and substantial interest in this case that no other party can adequately represent.

This motion for intervention is timely because it is submitted within thirty days of the filing of the Petition for Review in this case, which occurred on July 16, 2024.  *See* Fed. R. App. P. 15(d).  PJM seeks an order that will permit it to participate in this proceeding with full rights as an intervenor party in support of petitioner.  The consolidated Petitioners and FERC do not oppose this intervention request.  Specifically, Petitioners, Appalachian Voices, et al.; Natural Resources Defense Council, Inc.; Environmental Defense Fund; and Respondent, FERC do not oppose the intervention.  Petitioners, Solar Energy Industries Association, American Clean Power Association, and Advanced Energy United consent to the intervention.  Petitioners, Invenergy Solar Development North America LLC and the State of Georgia take no position on the intervention.  Also, Petitioner, the State of Texas takes no position on the intervention, but reserves the right to respond.

WHEREFORE, PJM respectfully requests that it be granted leave to intervene in these proceedings.

        Respectfully submitted,

        */s/ Ryan J. Collins*
        Ryan J. Collins
        Wendy B. Warren
        Wright & Talisman, P.C.
        1200 G Street N.W., Suite 600
        Washington, DC  20005-3898
        (202) 393-1200
        collins@wrightlaw.com
        warren@wrightlaw.com

        ***Attorneys for***
        ***PJM Interconnection, L.L.C.***

Dated:  August 15, 2024

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| Appalachian Voices, et al., | ) | |
|     Petitioners, | ) | |
| | ) | |
| v. | ) | Nos. 24-1650 |
| | ) | (consolidated with |
| Federal Energy Regulatory Commission, | ) | 24-1748, 24-1751, |
| | ) | 24-1756, 24-1758, |
|     Respondent. | ) | 24-1760, 24-1765) |

## CERTIFICATE OF COMPLIANCE

Pursuant to Rules 27(d)(2), 32(c)(1), and 32(g)(1) of the Federal Rules of Appellate Procedure, the undersigned certifies that the foregoing motion complies with the applicable type-volume limitations. The motion was prepared using a proportionally spaced type (Times New Roman, 14 point) and contains 780 words, excluding the parts of the document exempted by Fed. R. App. P. 32(f). This certificate was prepared in reliance on the word-count function of the word-processing system (Microsoft Word 2016) used to prepare the motion.

Respectfully submitted,

*/s/ Ryan J. Collins*
Ryan J. Collins
Wright & Talisman, P.C.
1200 G Street N.W., Suite 600
Washington, D.C. 20005
(202) 393-1200

*Attorney for*
*PJM Interconnection, L.L.C.*

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| Appalachian Voices, et al., | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Nos. 24-1650 |
| | ) | (consolidated with |
| Federal Energy Regulatory Commission, | ) | 24-1748, 24-1751, |
| | ) | 24-1756, 24-1758, |
| Respondent. | ) | 24-1760, 24-1765) |

## CERTIFICATE OF SERVICE

Pursuant to Rule 25 of the Federal Rules of Appellate Procedure, I hereby certify that I have this 15th day of August 2024, served the foregoing Appearance of Counsel Form via the CM/ECF system. I certify that service for participants in the case that are registered CM/ECF users will be accomplished by the CM/ECF system and those who are not registered will be served via email and U.S. Mail as listed below:

Ben Norris
SOLAR ENERGY INDUSTRIES ASSOCIATION
Suite 1000
1425 K Street, N.W.
Washington, DC 20005
Email: bnorris@seia.org

Caroline Reiser
NATURAL RESOURCES DEFENSE COUNCIL
Suite 300
1152 15th Street, NW
Washington, DC 20005-0000
Email: creiser@nrdc.org

Holly Rachel Smith
INVENERGY LLC
Suite 1800
1 South Wacker Drive
Chicago, IL 60606
Email: hsmith@invenergy.com

Alexander Tom
EARTHJUSTICE
Suite 500
50 California Street
San Francisco, CA 94523
Email: atom@earthjustice.org

Thomas D. Zimpleman
NATURAL RESOURCES DEFENSE COUNCIL
Suite 300
1152 15th Street, NW
Washington, DC 20005-0000
Email: mdrajem@nrdc.org

Respectfully submitted,

*/s/ Ryan J. Collins*
Ryan J. Collins
Wright & Talisman, P.C.
1200 G Street N.W., Suite 600
Washington, D.C.  20005
(202) 393-1200

***Attorney for
PJM Interconnection, L.L.C.***

2