FILED:  August 15, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1650 (L)
(RM21-17-000)
(RM21-17-001)

_____

APPALACHIAN VOICES; ENERGY ALABAMA; NORTH CAROLINA
SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR
CLEAN ENERGY; SOUTH CAROLINA COASTAL CONSERVATION
LEAGUE

            Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

            Respondent

_____

No. 24-1748
(RM21-17-000)
(RM21-17-001)

_____

NATURAL RESOURCES DEFENSE COUNCIL, INC.

            Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

            Respondent

_____

No. 24-1751
(RM21-17-000)
(RM21-17-001)

_____

ADVANCED ENERGY UNITED; AMERICAN CLEAN POWER
ASSOCIATION; SOLAR ENERGY INDUSTRIES ASSOCATION

     Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

     Respondent


_____

No. 24-1756
(RM21-17-000)
(RM21-17-001)

_____

INVENERGY SOLAR DEVELOPMENT NORTH AMERICA LLC;
INVENERGY THERMAL DEVELOPMENT LLC; INVENERGY WIND
DEVELOPMENT NORTH AMERICA LLC; INVENERGY TRANSMISSION
LLC

     Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

     Respondent

_____

No. 24-1758
(RM21-17-000)
(RM21-17-001)

_____

STATE OF TEXAS

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent


_____

No. 24-1760
(RM21-17-000)
(RM21-17-001)

_____

STATE OF GEORGIA; GEORGIA PUBLIC SERVICE COMMISSION

      Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

———————————————

No. 24-1765
(RM21-17-000)
(RM21-17-001)

———————————————

ENVIRONMENTAL DEFENSE FUND

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent


———————————————

No. 24-1770
(RM21-17-000)
(RM21-17-001)

———————————————

LOUISIANA PUBLIC SERVICE COMMISSION; MISSISSIPPI PUBLIC
SERVICE COMMISSION

      Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent


———————————————

O R D E R

———————————————

The court consolidates Case No. 24-1770 with previously consolidated Case

No. 24-1650(L). Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk