FILED: August 26, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1650 (L)
(RM21-17-000)
(RM21-17-001)

_____

APPALACHIAN VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY; SOUTH CAROLINA COASTAL CONSERVATION LEAGUE

    Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

_____

No. 24-1748
(RM21-17-000)
(RM21-17-001)

_____

NATURAL RESOURCES DEFENSE COUNCIL, INC.

    Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

_____

No. 24-1751
(RM21-17-000)
(RM21-17-001)

_____

ADVANCED ENERGY UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY INDUSTRIES ASSOCATION

      Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

_____

No. 24-1756
(RM21-17-000)
(RM21-17-001)

_____

INVENERGY SOLAR DEVELOPMENT NORTH AMERICA LLC; INVENERGY THERMAL DEVELOPMENT LLC; INVENERGY WIND DEVELOPMENT NORTH AMERICA LLC; INVENERGY TRANSMISSION LLC

      Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

_____

No. 24-1758
(RM21-17-000)
(RM21-17-001)

_____

STATE OF TEXAS

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

_____

No. 24-1760
(RM21-17-000)
(RM21-17-001)

_____

STATE OF GEORGIA; GEORGIA PUBLIC SERVICE COMMISSION

      Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

_____

No. 24-1765
(RM21-17-000)
(RM21-17-001)

_____

ENVIRONMENTAL DEFENSE FUND

        Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

        Respondent

---

No. 24-1770
(RM21-17-000)
(RM21-17-001)

---

LOUISIANA PUBLIC SERVICE COMMISSION; MISSISSIPPI PUBLIC SERVICE COMMISSION

        Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

        Respondent

---

No. 24-1785
(RM21-17-000)
(RM21-17-001)

---

PUBLIC UTILITIES COMMISSION OF OHIO'S OFFICE OF THE FEDERAL ENERGY ADVOCATE; PUBLIC SERVICE COMMISSION OF WEST VIRGINIA

        Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

_____

No. 24-1792
(RM21-17-000)
(RM21-17-001)

_____

ITC MIDWEST LLC

    Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

_____

No. 24-1804
(RM21-17-000)
(RM21-17-001)

_____

NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION

    Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

_____

O R D E R

_____

Upon consideration of respondent's unopposed motion for abeyance, the court grants the motion and places this case, and any additional petitions consolidated with this case, in abeyance, to allow for completion of the statutorily mandated Commission rehearing process.

For the Court

/s/ Nwamaka Anowi, Clerk