# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 24-1756; Invenergy Solar Development North America LLC v. FERC |
| **Originating No. & Caption** | RM21-17-000; Building for the Future Through Electric Regional Transmission Planning and Cost Allocation |
| **Originating Court/Agency** | Federal Energy Regulatory Commission |

| **Jurisdiction** (answer any that apply) | |
|---|---|
| Statute establishing jurisdiction in Court of Appeals | 16 U.S.C. § 825l(b) |
| Time allowed for filing in Court of Appeals | 60 days from order on rehearing |
| Date of entry of order or judgment appealed | May 13, 2024; July 15, 2024 |
| Date notice of appeal or petition for review filed | July 19, 2024 |
| If cross appeal, date first appeal filed | |
| Date of filing any post-judgment motion | |
| Date order entered disposing of any post-judgment motion | |
| Date of filing any motion to extend appeal period | |
| Time for filing appeal extended to | |
| Is appeal from final judgment or order? | ● Yes     ○ No |
| If appeal is not from final judgment, why is order appealable? Petitioners' timely administrative rehearing request may be deemed denied by operation of law because the Commission did not act upon it within 30 days. See 188 FERC P 62,025 (2024); Allegheny Def. Project v. FERC, 964 F.3d 1 (D.C. Cir. 2020); 16 USC §825l(a). | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ● No |

1/28/2020 SCC

| Transcript (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ☐ Yes | ☒ No |
| Has transcript been filed in district court? | ☐ Yes | ☒ No |
| Is transcript order attached? | ☐ Yes | ☒ No |

| Case Handling Requirements (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | 24-1650; 24-1748; 24-1751; 24-1758; 24-1760 24-1765; 24-1770; 24-1785; 24-1792; 24-1804 | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ☐ Yes | ☒ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ☒ Yes | ☐ No |
| Does case involve question of first impression? | ☒ Yes | ☐ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ☐ Yes | ☒ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| Nature of Case (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| On April 21, 2022, the Federal Energy Regulatory Commission ("FERC") issued a notice of proposed rulemaking, proposing reforms to its electric transmission planning and cost allocation requirements under section 206 of the Federal Power Act, 16 U.S.C. § 824e. Invenergy Solar Development North America LLC, Invenergy Thermal Development LLC, Invenergy Wind Development North America LLC, and Invenergy Transmission LLC (collectively, "Invenergy") submitted comments on the proposed rule, requesting that the Commission require transmission planners to consider merchant high-voltage, direct current transmission facilities in the transmission planning process.  The Commission issued a final rule on May 13, 2024, which declined to include such a requirement and did not address whether alternative transmission technologies beyond those enumerated in the rule, including high-voltage, direct current facilities, may be included in long-term and regional planning processes.  Invenergy filed a timely request for rehearing of the final rule, and FERC issued a notice on July 15, 2024, stating that the rehearing request may be deemed denied by operation of law.  On July 19, 2024, Invenergy filed a timely petition for review of FERC's orders in the U.S. Court of Appeals for the D.C. Circuit, and the case was subsequently transferred to this Court. |

| **Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary) |
|---|
| (1) Whether the Federal Energy Regulatory Commission's order was arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law because it failed to require electric transmission planners to consider merchant high-voltage, direct current transmission facilities in the transmission planning process.<br><br>(2) Whether the Federal Energy Regulatory Commission's order was arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law because it failed meaningfully to engage with, or respond to, the arguments put forth by Petitioners and others regarding the inclusion of merchant high-voltage, direct current transmission facilities in the transmission planning process. |

| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.) ||
|---|---|
| Adverse Party: Federal Energy Regulatory Commission<br>Attorney: Susanna Y. Chu<br>Address: Federal Energy Regulatory Commission<br>888 1st Street, NE<br>Washington, DC 20426<br><br>E-mail: Susanna.Chu@ferc.gov<br>Phone: 202-502-8464 | Adverse Party: Federal Energy Regulatory Commission<br>Attorney: Jared B. Fish<br>Address: Federal Energy Regulatory Commission<br>888 1st Street, NE<br>Washington, DC 20426<br><br>E-mail: jared.fish@ferc.gov<br>Phone: 202-502-8101 |
| **Adverse Parties (continued)** ||
| Adverse Party: Federal Energy Regulatory Commission<br>Attorney: Robert H. Solomon<br>Address: Federal Energy Regulatory Commission<br>888 1st Street, NE<br>Washington, DC 20426<br><br>E-mail: robert.solomon@ferc.gov<br>Phone: 202-502-8257 | Adverse Party:<br>Attorney:<br>Address:<br><br>E-mail:<br>Phone: |

| **Appellant** (Attach additional page if necessary.) ||
|---|---|
| Name: Invenergy Solar Development North America LLC, et al.<br><br>Attorney: Jeremy C. Marwell<br>Address: Vinson & Elkins LLP<br>2200 Pennsylvania Ave., NW, Suite 500W<br>Washington, DC 20037<br><br>E-mail: jmarwell@velaw.com<br><br>Phone: 202-639-6507 | Name: Invenergy Solar Development North America LLC, et al.<br><br>Attorney: Garrett T. Meisman<br>Address: Vinson & Elkins LLP<br>845 Texas Avenue, Suite 4700<br>Houston, TX 77002<br><br>E-mail: gmeisman@velaw.com<br><br>Phone: 713-758-2559 |
| **Appellant (continued)** ||
| Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

| | |
|---|---|
| **Signature:** /s/ Jeremy C. Marwell | **Date:** 08/27/2024 |
| **Counsel for:** Invenergy Solar Development North America LLC, Invenergy Thermal Development LLC, Invenergy Wind Development North America LLC, and Invenergy Transmission LLC ||

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☑ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

| (See attached certificate of service) | |
|---|---|
| Signature: | Date: |

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 25(d) and Fourth Circuit Rule 25(a)(4), I hereby certify that on August 27, 2024, I caused to be served copies of the foregoing Docketing Statement by U.S. Priority Mail, postage prepaid, on:

Sean T. Beeny
McCarter & English, LLP
1301 K Street, NW, Suite 1000 West
Washington, DC 20005

Ross Hammons
Mississippi Public Service Commission
P.O. Box 1174
Jackson, MS 39215-1174

Barton Norfleet
Mississippi Public Service Commission
P.O. Box 1174
Jackson, MS 39215-1174

Ben Norris
Solar Energy Industries Association
1425 K. Street, NW, Suite 1000
Washington, DC 20005

Jacqueline Lake Roberts
Public Service Commission of West Virginia
P.O. Box 812
Charleston, WV 25323-0000

and via the Court's CM/ECF system on all ECF-registered counsel.

Date:  August 27, 202     */s/ Jeremy C. Marwell*

Jeremy C. Marwell
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
Phone: 202.639.6507
jmarwell@velaw.com

*Counsel for Invenergy Solar Development North America LLC, Invenergy Thermal Development LLC, Invenergy Wind Development North America LLC, and Invenergy Transmission LLC*