FILED: September 9, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1650 (L)
(RM21-17-000)
(RM21-17-001)

_____

APPALACHIAN VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY; SOUTH CAROLINA COASTAL CONSERVATION LEAGUE

    Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

_____

No. 24-1748
(RM21-17-000)
(RM21-17-001)

_____

NATURAL RESOURCES DEFENSE COUNCIL, INC.

    Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

_____

No. 24-1751
(RM21-17-000)
(RM21-17-001)

_____

ADVANCED ENERGY UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY INDUSTRIES ASSOCATION

    Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

_____

No. 24-1756
(RM21-17-000)
(RM21-17-001)

_____

INVENERGY SOLAR DEVELOPMENT NORTH AMERICA LLC; INVENERGY THERMAL DEVELOPMENT LLC; INVENERGY WIND DEVELOPMENT NORTH AMERICA LLC; INVENERGY TRANSMISSION LLC

    Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

———————————

No. 24-1758
(RM21-17-000)
(RM21-17-001)

———————————

STATE OF TEXAS

    Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

———————————

No. 24-1760
(RM21-17-000)
(RM21-17-001)

———————————

STATE OF GEORGIA; GEORGIA PUBLIC SERVICE COMMISSION

    Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

_____

No. 24-1765
(RM21-17-000)
(RM21-17-001)

_____

ENVIRONMENTAL DEFENSE FUND

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

_____

No. 24-1770
(RM21-17-000)
(RM21-17-001)

_____

LOUISIANA PUBLIC SERVICE COMMISSION; MISSISSIPPI PUBLIC SERVICE COMMISSION

      Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

_____

No. 24-1785
(RM21-17-000)
(RM21-17-001)

_____

**PUBLIC UTILITIES COMMISSION OF OHIO'S OFFICE OF THE FEDERAL ENERGY ADVOCATE; PUBLIC SERVICE COMMISSION OF WEST VIRGINIA**

      Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

_____

No. 24-1792
(RM21-17-000)
(RM21-17-001)

_____

ITC MIDWEST LLC

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

_____

No. 24-1804
(RM21-17-000)
(RM21-17-001)

_____

NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION

  Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

  Respondent

_____

No. 24-1857
(RM21-17-000)
(RM21-17-001)

_____

ELECTRICITY TRANSMISSION COMPETITION COALITION; LS POWER GRID, LLC

  Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

  Respondent

## O R D E R

The court consolidates Case No. 24-1857 with previously consolidated Case No. 24-1650(L). Case No. 24-1857 is placed in abeyance pursuant to the court order entered on August 26, 2024, in Case No. 24-1650(L). Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk