FILED
United States Court of Appeals
Tenth Circuit

October 7, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

STATE OF UTAH,

    Petitioner,

v.

FEDERAL ENERGY REGULATORY COMMISSION,

    Respondent.

No. 24-9556
(Federal No. RM-21-17-000)
(Federal Energy Regulatory Commission)

_____

**ORDER**
_____

Before **BACHARACH**, **PHILLIPS** and **FEDERICO**, Circuit Judges.
_____

    This matter is before us sua sponte upon review of Petitioner's docketing statement. Petitioner seeks review of orders issued by the Federal Energy Regulatory Commission on May 13, 2024 and July 15, 2024. Multiple petitions for review of those orders have been filed in multiple circuits and the United States Judicial Panel on Multi-District Litigation has consolidated the petitions for review in the United States Court of Appeals for the Fourth Circuit pursuant to 28 U.S.C. § 2112(a)(3).

Accordingly, pursuant to 28 U.S.C. § 2112(a)(5), this matter is transferred to the United States Court of Appeals for the Fourth Circuit.

    Entered for the Court
    CHRISTOPHER M. WOLPERT, Clerk

    */s/ Jane K. Castro*

    by: Jane K. Castro
        Chief Deputy Clerk