# In The United States Court of Appeals For The Fourth Circuit

| | | |
|---|---|---|
| Appalachian Voices, *et al.*, | ) | |
| | ) | |
| *Petitioners*, | ) | |
| | ) | |
| v. | ) Nos. | 24-1650, 24-1748, 24-1751, |
| | ) | 24-1756, 24-1758, 24-1760, |
| Federal Energy Regulatory Commission, | ) | 24-1765, 24-1770, 24-1785, |
| | ) | 24-1792, 24-1804, 24-1857, |
| | ) | 24-1862, 24-1863, 24-1867, |
| *Respondent*. | ) | 24-1876, 24-1885, 24-1887, |
| | ) | 24-1979, 24-1991, 24-2162, |
| | ) | 24-2163 |
| | ) | (consolidated) |

## Status Report

On August 22, 2024, Respondent Federal Energy Regulatory Commission ("Commission" or "FERC") filed an unopposed motion to hold the above-captioned petitions for review in abeyance to allow for the completion of the statutorily mandated Commission rehearing process. The Commission proposed that the parties file motions to govern further proceedings by January 6, 2025. On August 26, the Court granted the motion.

On December 12, the Court "direct[ed] the parties to file a status report regarding the status of the statutorily mandated Commission rehearing process by 12/23/2024." Pursuant to the Court's order and 4th Cir. R. 12(d), the Commission now files this report.[1]

On November 21, 2024, the Commission issued an order (Order No. 1920-A) responding to requests for rehearing of Order No. 1920 (i.e., the order on review in the above-captioned appeals). *See Building for the Future Through Elec. Reg'l Transmission Planning and Cost Allocation*, Order No. 1920-A, 189 FERC ¶ 61,126 (Nov. 21, 2024). Order No. 1920-A "adopt[s] a number of modifications and clarifications to address the concerns raised in response to Order No. 1920." *Id*. P 3.

A person "aggrieved" by a Commission order "may apply for a rehearing within thirty days after issuance of such order." 16 U.S.C. § 825*l*(a). The Commission then has 30 days to act upon the application for rehearing. *Id*. As of the time of filing this report, the Commission has received several requests for rehearing of Order No. 1920-A, submitted by WestConnect Coordinating Transmission Owners, PPL Electric Utilities

---

[1] This report is filed on behalf of FERC and those parties listed in an addendum to this report.

Corporation, MISO Transmission Owners, American Electric Power Service Corporation, Edison Electric Institute, National Rural Electric Cooperative Association, and WIRES. *See generally* FERC Dkt. No. RM21-17. Accordingly, the agency rehearing process remains ongoing.

The Commission will consult with the parties in the coming weeks and file a motion to govern further proceedings on January 6, 2025.

Respectfully submitted,

*/s/ Jared B. Fish*_____
Jared B. Fish
Attorney

Federal Energy Regulatory
  Commission
Washington, DC 20426
Tel.: (202) 502-8101
Email: jared.fish@ferc.gov

December 23, 2024

3

# ADDENDUM

*This status report is filed on behalf of FERC and the following parties:*

Advanced Energy United

American Clean Power Association

American Forest & Paper Association

Appalachian Voices

Arizona Corporation Commission

Coalition of MISO Transmission Customers

Commonwealth of Kentucky

Connecticut Municipal Electric Energy Cooperative

Dominion Energy Services, Inc. (on behalf of its affiliates Virginia Electric and Power Company d/b/a Dominion Energy Virginia and Dominion Energy South Carolina, Inc.)

Electricity Transmission Competition Coalition

Energy Alabama

Environmental Defense Fund

FirstEnergy Companies

Industrial Energy Consumers of America

Invenergy Solar Development North America LLC

Invenergy Thermal Development LLC

Invenergy Transmission LLC

Invenergy Wind Development North America LLC

ITC Midwest

Large Public Power Council

Louisiana Public Service Commission

Maryland Public Service Commission

Massachusetts Municipal Wholesale Electric Company

Michigan Public Power Agency

Michigan Public Service Commission

MISO Transmission Owners

Mississippi Public Service Commission

National Association of Regulatory Utility Commissioners

National Rural Electric Cooperative Association

Natural Resources Defense Council

New England States Committee on Electricity

New Hampshire Electric Cooperative, Inc.

North Carolina Sustainable Energy Association

Office of the Ohio Consumers' Counsel

Pennsylvania Public Utility Commission

PJM Industrial Customer Coalition

PJM Interconnection, L.L.C.

PPL Electric Utilities Corporation

Public Utilities Commission of Ohio's Office of the Federal Energy Advocate

Resale Power Group of Iowa

Sierra Club

Solar Energy Industries Association

South Carolina Coastal Conservation League

Southern Alliance for Clean Energy

State of Georgia

State of Texas

State of Utah

Vermont Public Power Supply Authority

## CERTIFICATE OF SERVICE

In accordance with Fed. R. App. P. 25(d), I hereby certify that I have, on December 23, 2024, served the foregoing upon the counsel listed in the Service Preference Report via email through the Court's CM/ECF system.

/s/ Jared B. Fish
Jared B. Fish
Attorney

Federal Energy Regulatory
   Commission
888 First Street, NE
Washington, D.C. 20426
Tel.: (202) 502-8101
Email: jared.fish@ferc.gov