UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1650 (L)
(RM21-17-000)
(RM21-17-001)

_____

APPALACHIAN VOICES; ENERGY ALABAMA; NORTH CAROLINA
SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR
CLEAN ENERGY; SOUTH CAROLINA COASTAL CONSERVATION
LEAGUE

   Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

   Respondent

_____

No. 24-1748
(RM21-17-000)
(RM21-17-001)

_____

NATURAL RESOURCES DEFENSE COUNCIL, INC.

   Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

   Respondent

———————————————

No. 24-1756
(RM21-17-000)
(RM21-17-001)

———————————————

INVENERGY SOLAR DEVELOPMENT NORTH AMERICA LLC;
INVENERGY THERMAL DEVELOPMENT LLC; INVENERGY WIND
DEVELOPMENT NORTH AMERICA LLC; INVENERGY TRANSMISSION
LLC

      Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

———————————————

No. 24-1758
(RM21-17-000)
(RM21-17-001)

———————————————

STATE OF TEXAS

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

_____

No. 24-1760
(RM21-17-000)
(RM21-17-001)
_____

STATE OF GEORGIA; GEORGIA PUBLIC SERVICE COMMISSION

        Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

        Respondent

_____

No. 24-1765
(RM21-17-000)
(RM21-17-001)
_____

ENVIRONMENTAL DEFENSE FUND

        Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

        Respondent

_____

No. 24-1770
(RM21-17-000)
(RM21-17-001)

_____

LOUISIANA PUBLIC SERVICE COMMISSION; MISSISSIPPI PUBLIC
SERVICE COMMISSION

       Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

       Respondent


_____

No. 24-1785
(RM21-17-000)
(RM21-17-001)

_____

PUBLIC UTILITIES COMMISSION OF OHIO'S OFFICE OF THE FEDERAL
ENERGY ADVOCATE; PUBLIC SERVICE COMMISSION OF WEST
VIRGINIA

       Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

       Respondent

—————————————

No. 24-1792
(RM21-17-000)
(RM21-17-001)

—————————————

ITC MIDWEST LLC

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent


—————————————

No. 24-1804
(RM21-17-000)
(RM21-17-001)

—————————————

NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

———————————

No. 24-1857
(RM21-17-000)
(RM21-17-001)

———————————

ELECTRICITY TRANSMISSION COMPETITION COALITION; LS POWER GRID, LLC

       Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

       Respondent

———————————

No. 24-1862
(RM21-17-000)
(RM21-17-001)

———————————

AMERICAN FOREST & PAPER ASSOCIATION; COALITION OF MISO TRANSMISSION CUSTOMERS; INDUSTRIAL ENERGY CONSUMERS OF AMERICA; PJM INDUSTRIAL CUSTOMER COALITION

       Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

       Respondent

_____

No. 24-1863
(RM21-17-000)
(RM21-17-001)
_____

PENNSYLVANIA PUBLIC UTILITY COMMISSION

       Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

       Respondent

_____

No. 24-1867
(RM21-17-000)
(RM21-17-001)
_____

NEW ENGLAND STATES COMMITTEE ON ELECTRICITY, INC.

       Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

       Respondent

—————————————

No. 24-1876
(RM21-17-000)
(RM21-17-001)

—————————————

ARIZONA CORPORATION COMMISSION

        Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

        Respondent


—————————————

No. 24-1885
(RM21-17-000)
(RM21-17-001)

—————————————

MISO TRANSMISSION OWNERS

        Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

        Respondent

_____

No. 24-1887
(RM21-17-000)
(RM21-17-001)
_____

SIERRA CLUB

       Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

       Respondent

_____

No. 24-1979
(RM21-17-000)
(RM21-17-001)
_____

STATE OF UTAH

       Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

       Respondent

No. 24-1991
(RM21-17-000)
(RM21-17-001)

COMMONWEALTH OF KENTUCKY

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

_____

No. 24-2162
(RM21-17-000)
(RM21-17-001)

_____

ADVANCED ENERGY UNITED, INC.

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

OFFICE OF THE OHIO CONSUMERS' COUNSEL

        Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

        Respondent

No. 25-1073
(RM21-17-000)
(RM21-17-001)

PJM TRANSMISSION OWNERS: THE DAYTON POWER & LIGHT
COMPANY, d/b/a AES Ohio; DOMINION ENERGY SERVICES, INC., on
behalf of Virginia Electric & Power Company d/b/a Dominion Energy Virginia;
DUKE ENERGY CORPORATION, on behalf of Duke Energy Ohio, Inc., Duke
Energy Kentucky, Inc., and Duke Energy Business Services LLC; DUQUESNE
LIGHT COMPANY; EAST KENTUCKY POWER COOPERATIVE, INC.;
EXELON CORPORATION, on behalf of Atlantic City Electric Company,
Baltimore Gas and Electric Company, Commonwealth Edison Company,
Delmarva Power & Light Company, PECO Energy Company, and Potomac
Electric Power Company; FIRSTENERGY SERVICE COMPANY, on behalf of
American Transmission Systems, Incorporated, Jersey Central Power & Light
Company, on behalf of Mid-Atlantic Interstate Transmission LLC, The Potomac
Edison Company, Monongahela Power Company, Keystone Appalachian
Transmission Company, and Trans-Allegheny Interstate Line Company; PPL
ELECTRIC UTILITIES CORPORATION

        Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

_____

O R D E R

_____

The court consolidates Case No. 25-1073 with previously consolidated Case No. 24-1650(L). Case No. 25-1073 is placed in abeyance pursuant to the court order entered on August 26, 2024, in Case No. 24-1650(L). Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk