FILED  
United States Court of Appeals  
Tenth Circuit

February 27, 2025

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

AMERICAN ELECTRIC POWER SERVICE CORP.; EVERGY COMPANIES; XCEL ENERGY SERVICES INC., on behalf of Southwestern Public Service Company,

    Petitioners,

v.

FEDERAL ENERGY REGULATORY COMMISSION,

    Respondent.

No. 25-9524  
(Federal No. RM21-17-001)  
(Federal Energy Regulatory Commission)

---

**ORDER**

---

Before **HOLMES**, Chief Judge, **BACHARACH**, and **PHILLIPS**, Circuit Judges.

---

This matter is before us on Petitioners' *Petition for Review and Motion to Transfer*.

Petitioners seek review of orders issued by the Federal Energy Regulatory Commission on November 21, 2024 and January 23, 2025, including Order No. 1920-A. Petitions seeking review of Order Nos. 1920 and 1920-A have already been consolidated in the United States Court of Appeals for the Fourth Circuit under lead case *Appalachian Voices, et al. v. FERC*, No. 24-1650 (4th Cir.), pursuant to 28 U.S.C. § 2112(a)(3).

Petitioners move to transfer this petition for review to the Fourth Circuit pursuant to 28 U.S.C. § 2112(a)(5). Respondent has filed a *Response* agreeing that transfer of the petition to the Fourth Circuit is appropriate.

Upon consideration, Petitioners' *Motion to Transfer* is GRANTED.

Pursuant to 28 U.S.C. § 2112(a)(5), this petition for review is TRANSFERRED to the United States Court of Appeals for the Fourth Circuit.

                                    Entered for the Court

                                    CHRISTOPHER M. WOLPERT, Clerk