FILED: March 3, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 24-1650 (L)
(RM21-17-000)
(RM21-17-001)

---

APPALACHIAN VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY; SOUTH CAROLINA COASTAL CONSERVATION LEAGUE

Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

---

No. 24-1748
(RM21-17-000)
(RM21-17-001)

---

NATURAL RESOURCES DEFENSE COUNCIL, INC.

Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

---

No. 24-1756
(RM21-17-000)
(RM21-17-001)

---

INVENERGY SOLAR DEVELOPMENT NORTH AMERICA LLC; INVENERGY THERMAL DEVELOPMENT LLC; INVENERGY WIND DEVELOPMENT NORTH AMERICA LLC; INVENERGY TRANSMISSION LLC

Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

---

No. 24-1758
(RM21-17-000)
(RM21-17-001)

---

STATE OF TEXAS

Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

---

No. 24-1760
(RM21-17-000)
(RM21-17-001)

---

STATE OF GEORGIA; GEORGIA PUBLIC SERVICE COMMISSION

Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

---

No. 24-1765
(RM21-17-000)
(RM21-17-001)

---

ENVIRONMENTAL DEFENSE FUND

Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

---

No. 24-1770
(RM21-17-000)
(RM21-17-001)

---

LOUISIANA PUBLIC SERVICE COMMISSION; MISSISSIPPI PUBLIC SERVICE COMMISSION

Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

---

No. 24-1785
(RM21-17-000)
(RM21-17-001)

---

PUBLIC UTILITIES COMMISSION OF OHIO'S OFFICE OF THE FEDERAL ENERGY ADVOCATE; PUBLIC SERVICE COMMISSION OF WEST VIRGINIA

Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

---

No. 24-1792
(RM21-17-000)
(RM21-17-001)

---

ITC MIDWEST LLC

Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

---

No. 24-1804
(RM21-17-000)
(RM21-17-001)

---

NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION

Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

---

No. 24-1857
(RM21-17-000)
(RM21-17-001)

---

ELECTRICITY TRANSMISSION COMPETITION COALITION; LS POWER GRID, LLC

Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

---

No. 24-1862
(RM21-17-000)
(RM21-17-001)

---

AMERICAN FOREST & PAPER ASSOCIATION; COALITION OF MISO TRANSMISSION CUSTOMERS; INDUSTRIAL ENERGY CONSUMERS OF AMERICA; PJM INDUSTRIAL CUSTOMER COALITION

Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

---

No. 24-1863
(RM21-17-000)
(RM21-17-001)

---

PENNSYLVANIA PUBLIC UTILITY COMMISSION

Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

---

No. 24-1867
(RM21-17-000)
(RM21-17-001)

---

NEW ENGLAND STATES COMMITTEE ON ELECTRICITY, INC.

Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

---

No. 24-1876
(RM21-17-000)
(RM21-17-001)

---

ARIZONA CORPORATION COMMISSION

Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

---

No. 24-1885
(RM21-17-000)
(RM21-17-001)

---

MISO TRANSMISSION OWNERS

Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

No. 24-1887
(RM21-17-000)
(RM21-17-001)

SIERRA CLUB

Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

No. 24-1979
(RM21-17-000)
(RM21-17-001)

STATE OF UTAH

Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

No. 24-1991
(RM21-17-000)
(RM21-17-001)

COMMONWEALTH OF KENTUCKY

Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

No. 24-2162
(RM21-17-000)
(RM21-17-001)

ADVANCED ENERGY UNITED, INC.

Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

---

No. 24-2163
(RM21-17-000)
(RM21-17-001)

---

OFFICE OF THE OHIO CONSUMERS' COUNSEL

Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

---

No. 25-1073
(RM21-17-000)
(RM21-17-001)

---

PJM TRANSMISSION OWNERS: THE DAYTON POWER & LIGHT COMPANY, d/b/a AES Ohio; DOMINION ENERGY SERVICES, INC., on behalf of Virginia Electric & Power Company d/b/a Dominion Energy Virginia; DUKE ENERGY CORPORATION, on behalf of Duke Energy Ohio, Inc., Duke Energy Kentucky, Inc., and Duke Energy Business Services LLC; DUQUESNE LIGHT COMPANY; EAST KENTUCKY POWER COOPERATIVE, INC.; EXELON CORPORATION, on behalf of Atlantic City Electric Company, Baltimore Gas and Electric Company, Commonwealth Edison Company, Delmarva Power & Light Company, PECO Energy Company, and Potomac Electric Power Company; FIRSTENERGY SERVICE COMPANY, on behalf of American Transmission Systems, Incorporated, Jersey Central Power & Light Company, Mid-Atlantic Interstate Transmission LLC, The Potomac Edison Company, Monongahela Power Company, Keystone Appalachian Transmission Company, and Trans-Allegheny Interstate Line Company; PPL ELECTRIC UTILITIES CORPORATION

Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

---

No. 25-1080
(RM21-17-001)
(RM21-17-003)

---

PJM TRANSMISSION OWNERS: AMERICAN ELECTRIC POWER SERVICE CORPORATION, on behalf of Appalachian Power Company, Indiana Michigan Power Company, Kentucky Power Company, Kingsport Power Company, Ohio Power Company, Wheeling Power Company, AEP Appalachian Transmission Company, Inc., AEP Indiana Michigan Transmission Company, Inc., AEP Kentucky Transmission Company, Inc., and AEP Ohio Transmission Company, Inc.; THE DAYTON POWER & LIGHT COMPANY, d/b/a AES Ohio; DOMINION ENERGY SERVICES, INC., on behalf of Virginia Electric & Power Company d/b/a Dominion Energy Virginia; DUKE ENERGY CORPORATION, on behalf of Duke Energy Ohio, Inc., Duke Energy Kentucky, Inc., and Duke Energy Business Services LLC; DUQUESNE LIGHT COMPANY; EAST KENTUCKY POWER COOPERATIVE, INC.; EXELON CORPORATION, on behalf of Atlantic City Electric Company, Baltimore Gas and Electric Company, Commonwealth Edison Company, Delmarva Power & Light Company, PECO Energy Company, and Potomac Electric Power Company; FIRSTENERGY SERVICE COMPANY, on behalf of American Transmission Systems, Incorporated, Jersey Central Power & Light Company, Mid-Atlantic Interstate Transmission LLC, The Potomac Edison Company, Monongahela Power Company, Keystone Appalachian Transmission Company, and Trans-Allegheny Interstate Line Company; PPL ELECTRIC UTILITIES CORPORATION; ROCKLAND ELECTRIC COMPANY

Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

---

No. 25-1197
(RM21-17-001)
(RM21-17-003)

---

AMERICAN ELECTRIC POWER SERVICE CORPORATION; EVERGY COMPANIES; XCEL ENERGY SERVICES INC., on behalf of Southwestern Public Service Company

Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

---

O R D E R

---

The court consolidates Case No. 25-1197 with previously consolidated Case No. 24-1650(L). Case No. 25-1197 is placed in abeyance pursuant to the court order entered on August 26, 2024, in Case No. 24-1650(L). Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk