# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | No. 25-1197, Am. Elec. Power Serv. Corp. v. FERC |
| **Originating No. & Caption** | RM21-17-001 Bld'g for the Future Through Elec. Reg'l Trans... |
| **Originating Court/Agency** | Federal Energy Regulatory Commission |

| **Jurisdiction** (answer any that apply) | |
|---|---|
| Statute establishing jurisdiction in Court of Appeals | 16 U.S.C. 825l(b) |
| Time allowed for filing in Court of Appeals | 60 days |
| Date of entry of order or judgment appealed | Nov. 21, 2024; Jan. 23, 2025 |
| Date notice of appeal or petition for review filed | Feb. 12, 2025 |
| If cross appeal, date first appeal filed | N/A |
| Date of filing any post-judgment motion | N/A |
| Date order entered disposing of any post-judgment motion | N/A |
| Date of filing any motion to extend appeal period | N/A |
| Time for filing appeal extended to | N/A |
| Is appeal from final judgment or order? | ⦿ Yes    ◯ No |
| If appeal is not from final judgment, why is order appealable? | |

**Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.)

| Is settlement being discussed? | ◯ Yes | ⦿ No |
|---|---|---|

1/28/2020 SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ⦿ No |
| Has transcript been filed in district court? | ○ Yes | ⦿ No |
| Is transcript order attached? | ○ Yes | ⦿ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | N/A | |
| Case number of any pending appeal in same case | Case Nos. 24-1650 et al. consolidated | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | Case Nos. 24-1650 et al. consolidated | |
|  | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ⦿ No |
|  | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ⦿ Yes | ○ No |
| Does case involve question of first impression? | ○ Yes | ⦿ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ⦿ No |
|  | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| The petition for review challenges FERC's Order No. 1920-A and Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration in FERC Docket No. RM21-17-001. In Order 1920-A, FERC reversed its prior position that transmission providers should exclusively determine what regional cost allocation methodologies to propose in filings required under the Federal Power Act (FPA). In doing so, FERC imposed unlawful conditions on public utility filing rights in violation of FPA sections 205 and 206. The Southwest Power Pool Transmission Owner Group challenges portions of Order No. 1920-A as violative of the FPA and the Administrative Procedure Act (APA). |

| **Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary) |
|---|
| Whether FERC has authority to impose a state consultation prerequisite or a duty to explain decisions not to adopt proposed state amendments on a public utility's ability to file revisions to an ex ante regional cost allocation method under FPA section 205, and whether that consultation requirement unlawfully burdens public utilities' FPA section 205 filing rights and contradicts precedent.<br><br>Whether FERC has authority to require public utilities to include state entities' preferred alternative regional cost allocation method(s) and/or state agreement process(es) in transmission providers' Order No. 1920 compliance filings.<br><br>Whether Order No. 1920-A is arbitrary and capricious, unsupported by substantial evidence, fails to distinguish relevant precedent, and is not the product of reasoned decisionmaking under the APA.<br><br>Whether the Order No. 1920-A process for state entities to develop cost allocation compliance filings violates the principle of "cooperative federalism" embedded in FPA section 201.<br><br>Whether Order No. 1920-A improperly delegates filing rights for compliance tariffs to state entities in violation of judicial precedents and delegation principles. |

| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.) ||
|---|---|
| Adverse Party: Federal Energy Regulatory Commission<br>Attorney: Susanna Y. Chu<br>Address: 888 First Street, NE<br>Washington, D.C. 20426<br><br>E-mail: susanna.chu@ferc.gov<br>Phone: 202-502-8464 | Adverse Party: Federal Energy Regulatory Commission<br>Attorney: Jared Bos Fish<br>Address: 888 First Street, NE<br>Washington, D.C. 20426<br><br>E-mail: jared.fish@ferc.gov<br>Phone: 202-502-8101 |
| **Adverse Parties (continued)** ||
| Adverse Party: Federal Energy Regulatory Commission<br>Attorney: Robert Harris Solomon<br>Address: 888 First Street, NE<br>Washington, D.C. 20426<br><br>E-mail: robert.solomon@ferc.gov<br>Phone: 202-502-8257 | Adverse Party:<br>Attorney:<br>Address:<br><br>E-mail:<br>Phone: |

| **Appellant** (Attach additional page if necessary.) ||
|---|---|
| Name: Southwest Power Pool Transmission Owner Group<br>Attorney: John Lee Shepherd Jr.<br>Address: 2200 Pennsylvania Ave., NW<br>Washington, D.C. 20037<br><br>E-mail: jshepherd@hunton.com<br>Phone: 202-419-2135 | Name: Southwest Power Pool Transmission Owner Group<br>Attorney: Ted. J. Murphy<br>Address: 2200 Pennsylvania Ave., NW<br>Washington, D.C. 20037<br><br>E-mail: tmurphy@hunton.com<br>Phone: 202-955-1588 |
| **Appellant (continued)** ||
| Name: Southwest Power Pool Transmission Owner Group<br>Attorney: Kenneth R. Carretta<br>Address: 2200 Pennsylvania Ave., NW<br>Washington, D.C. 20037<br><br>E-mail: kcarretta@hunton.com<br>Phone: 202-294-3194 | Name: Southwest Power Pool Transmission Owner Group<br>Attorney: Blake Grow<br>Address: 2200 Pennsylvania Ave., NW<br>Washington, D.C. 20037<br><br>E-mail: bgrow@hunton.com<br>Phone: 202-955-1500 |

**Signature:** /s John Lee Shepherd Jr.     **Date:** 03/17/2025

**Counsel for:** Southwest Power Pool Transmission Owner Group

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

| | |
|---|---|
| | |

Signature:                                         Date: