FILED: May 6, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1650 (L)
(RM21-17-000)
(RM21-17-001)

_____

APPALACHIAN VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY; SOUTH CAROLINA COASTAL CONSERVATION LEAGUE

      Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

_____

No. 24-1748
(RM21-17-000)
(RM21-17-001)

_____

NATURAL RESOURCES DEFENSE COUNCIL, INC.

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

_____

No. 24-1756
(RM21-17-000)
(RM21-17-001)

_____

INVENERGY SOLAR DEVELOPMENT NORTH AMERICA LLC; INVENERGY THERMAL DEVELOPMENT LLC; INVENERGY WIND DEVELOPMENT NORTH AMERICA LLC; INVENERGY TRANSMISSION LLC

 Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

 Respondent

_____

No. 24-1758
(RM21-17-000)
(RM21-17-001)

_____

STATE OF TEXAS

 Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

 Respondent

_____

No. 24-1760
(RM21-17-000)
(RM21-17-001)

_____

STATE OF GEORGIA; GEORGIA PUBLIC SERVICE COMMISSION

    Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

_____

No. 24-1765
(RM21-17-000)
(RM21-17-001)

_____

ENVIRONMENTAL DEFENSE FUND

    Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

_____

No. 24-1770
(RM21-17-000)
(RM21-17-001)
(RM21-17-003)

_____

LOUISIANA PUBLIC SERVICE COMMISSION; MISSISSIPPI PUBLIC SERVICE COMMISSION

    Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

_____

No. 24-1785
(RM21-17-000)
(RM21-17-001)

_____

PUBLIC UTILITIES COMMISSION OF OHIO'S OFFICE OF THE FEDERAL ENERGY ADVOCATE; PUBLIC SERVICE COMMISSION OF WEST VIRGINIA

    Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

_____

No. 24-1792
(RM21-17-000)
(RM21-17-001)

_____

ITC MIDWEST LLC

    Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

_____

No. 24-1804
(RM21-17-000)
(RM21-17-001)
(RM21-17-003)

_____

NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION

    Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

_____

No. 24-1857
(RM21-17-000)
(RM21-17-001)

_____

ELECTRICITY TRANSMISSION COMPETITION COALITION; LS POWER GRID, LLC

    Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

_____

No. 24-1862
(RM21-17-000)
(RM21-17-001)

_____

AMERICAN FOREST & PAPER ASSOCIATION; COALITION OF MISO TRANSMISSION CUSTOMERS; INDUSTRIAL ENERGY CONSUMERS OF AMERICA; PJM INDUSTRIAL CUSTOMER COALITION

    Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

_____

No. 24-1863
(RM21-17-000)
(RM21-17-001)

_____

PENNSYLVANIA PUBLIC UTILITY COMMISSION

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

_____

No. 24-1867
(RM21-17-000)
(RM21-17-001)

_____

NEW ENGLAND STATES COMMITTEE ON ELECTRICITY, INC.

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

_____

No. 24-1876
(RM21-17-000)
(RM21-17-001)

_____

ARIZONA CORPORATION COMMISSION

    Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

_____

No. 24-1885
(RM21-17-000)
(RM21-17-001)
(RM21-17-003)

_____

MISO TRANSMISSION OWNERS

    Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

_____

No. 24-1887
(RM21-17-000)
(RM21-17-001)

_____

SIERRA CLUB

    Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

_____

No. 24-1979
(RM21-17-000)
(RM21-17-001)

_____

STATE OF UTAH

    Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

_____

No. 24-1991
(RM21-17-000)
(RM21-17-001)

_____

COMMONWEALTH OF KENTUCKY

    Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

_____

No. 24-2162
(RM21-17-000)
(RM21-17-001)
(RM21-17-003)

_____

ADVANCED ENERGY UNITED, INC.

    Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

_____

No. 24-2163
(RM21-17-000)
(RM21-17-001)

_____

OFFICE OF THE OHIO CONSUMERS' COUNSEL

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

_____

No. 25-1073
(RM21-17-000)
(RM21-17-001)

_____

PJM TRANSMISSION OWNERS: THE DAYTON POWER & LIGHT COMPANY, d/b/a AES Ohio; DOMINION ENERGY SERVICES, INC., on behalf of Virginia Electric & Power Company d/b/a Dominion Energy Virginia; DUKE ENERGY CORPORATION, on behalf of Duke Energy Ohio, Inc., Duke Energy Kentucky, Inc., and Duke Energy Business Services LLC; DUQUESNE LIGHT COMPANY; EAST KENTUCKY POWER COOPERATIVE, INC.; EXELON CORPORATION, on behalf of Atlantic City Electric Company, Baltimore Gas and Electric Company, Commonwealth Edison Company, Delmarva Power & Light Company, PECO Energy Company, and Potomac Electric Power Company; FIRSTENERGY SERVICE COMPANY, on behalf of American Transmission Systems, Incorporated, Jersey Central Power & Light Company, Mid-Atlantic Interstate Transmission LLC, The Potomac Edison Company, Monongahela Power Company, Keystone Appalachian Transmission Company, and Trans-Allegheny Interstate Line Company; PPL ELECTRIC UTILITIES CORPORATION

       Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

       Respondent

_____

No. 25-1080
(RM21-17-001)
(RM21-17-003)

_____

PJM TRANSMISSION OWNERS: AMERICAN ELECTRIC POWER SERVICE CORPORATION, on behalf of Appalachian Power Company, Indiana Michigan Power Company, Kentucky Power Company, Kingsport Power Company, Ohio Power Company, Wheeling Power Company, AEP Appalachian Transmission Company, Inc., AEP Indiana Michigan Transmission Company, Inc., AEP Kentucky Transmission Company, Inc., and AEP Ohio Transmission Company, Inc.; THE DAYTON POWER & LIGHT COMPANY, d/b/a AES Ohio; DOMINION ENERGY SERVICES, INC., on behalf of Virginia Electric & Power Company d/b/a Dominion Energy Virginia; DUKE ENERGY CORPORATION, on behalf of Duke Energy Ohio, Inc., Duke Energy Kentucky, Inc., and Duke Energy Business Services LLC; DUQUESNE LIGHT COMPANY; EAST KENTUCKY POWER COOPERATIVE, INC.; EXELON CORPORATION, on behalf of Atlantic City Electric Company, Baltimore Gas and Electric Company, Commonwealth Edison Company, Delmarva Power & Light Company, PECO Energy Company, and Potomac Electric Power Company; FIRSTENERGY SERVICE COMPANY, on behalf of American Transmission Systems, Incorporated, Jersey Central Power & Light Company, Mid-Atlantic Interstate Transmission LLC, The Potomac Edison Company, Monongahela Power Company, Keystone Appalachian Transmission Company, and Trans-Allegheny Interstate Line Company; PPL ELECTRIC UTILITIES CORPORATION; ROCKLAND ELECTRIC COMPANY

       Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

———————

No. 25-1197
(RM21-17-001)
(RM21-17-003)

———————

AMERICAN ELECTRIC POWER SERVICE CORPORATION; EVERGY COMPANIES; XCEL ENERGY SERVICES INC., on behalf of Southwestern Public Service Company

Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

———————

No. 25-1349
(RM21-17-000)
(RM21-17-001)

———————

PUBLIC UTILITIES COMMISSION OF OHIO'S OFFICE OF THE FEDERAL ENERGY ADVOCATE

Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

---

O R D E R

---

Upon consideration of submissions relative to the motion to govern further proceedings, the court grants the motion. The parties shall file an agreed-to briefing schedule for the above-captioned appeals, and any forthcoming appeals so-consolidated, by July 1, 2025.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk