FILED: July 28, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1650 (L)
(RM21-17-000)
(RM21-17-001)

_____

APPALACHIAN VOICES; ENERGY ALABAMA; NORTH CAROLINA
SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR
CLEAN ENERGY; SOUTH CAROLINA COASTAL CONSERVATION
LEAGUE

        Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

        Respondent

ENTERGY OPERATING COMPANIES; ENTERGY SERVICES, LLC;
MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY
SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM
INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL;
ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; EXELON
CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION;

MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY
UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY
INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER
COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT
MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS
MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE
ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY
AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP;
DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES,
INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

   Intervenors

—————————————

No. 24-1748
(RM21-17-000)
(RM21-17-001)

—————————————

NATURAL RESOURCES DEFENSE COUNCIL, INC.

   Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

   Respondent

ENTERGY OPERATING COMPANIES; ENTERGY SERVICES, LLC;
MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY
SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM
INTERCONNECTION, LLC; ENVIRONMENTAL DEFENSE FUND; SIERRA
CLUB; APPALACHIAN VOICES; ENERGY ALABAMA; NORTH

CAROLINA SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN
ALLIANCE FOR CLEAN ENERGY; SOUTH CAROLINA COASTAL
CONSERVATION LEAGUE; EXELON CORPORATION; MICHIGAN
PUBLIC SERVICE COMMISSION; MARYLAND PUBLIC SERVICE
COMMISSION; ADVANCED ENERGY UNITED; AMERICAN CLEAN
POWER ASSOCIATION; SOLAR ENERGY INDUSTRIES ASSOCATION;
ITC MIDWEST LLC; LARGE PUBLIC POWER COUNCIL; MICHIGAN
PUBLIC POWER AGENCY; CONNECTICUT MUNICIPAL ELECTRIC
ENERGY COOPERATIVE; MASSACHUSETTS MUNICIPAL WHOLESALE
ELECTRIC COMPANY; NEW HAMPSHIRE ELECTRIC COOPERATIVE,
INC.; VERMONT PUBLIC POWER SUPPLY AUTHORITY; TRANSMISSION
ACCESS POLICY STUDY GROUP; DUQUESNE LIGHT COMPANY;
SOUTHERN COMPANY SERVICES, INCORPORATED; PENNSYLVANIA
PUBLIC UTILITY COMMISSION

       Intervenors

————————————

No. 24-1756
(RM21-17-000)
(RM21-17-001)

————————————

INVENERGY SOLAR DEVELOPMENT NORTH AMERICA LLC;
INVENERGY THERMAL DEVELOPMENT LLC; INVENERGY WIND
DEVELOPMENT NORTH AMERICA LLC; INVENERGY TRANSMISSION
LLC

       Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

       Respondent

ENTERGY OPERATING COMPANIES; ENTERGY SERVICES, LLC;
MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE

ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES; PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL; ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; APPALACHIAN VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY; SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION; MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP; DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES, INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

Intervenors

————————————

No. 24-1758
(RM21-17-000)
(RM21-17-001)
(RM21-17-003)

————————————

STATE OF TEXAS

Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

ENTERGY OPERATING COMPANIES; ENTERGY SERVICES, LLC; MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES; PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL; ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; APPALACHIAN VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY; SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION; MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP; DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES, INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

Intervenors

————————————

No. 24-1760
(RM21-17-000)
(RM21-17-001)

————————————

STATE OF GEORGIA; GEORGIA PUBLIC SERVICE COMMISSION

Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

ENTERGY OPERATING COMPANIES; ENTERGY SERVICES, LLC;
MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY
SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM
INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL;
ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; APPALACHIAN
VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE
ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY;
SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON
CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION;
MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY
UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY
INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER
COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT
MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS
MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE
ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY
AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP;
DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES,
INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

Intervenors

_____

No. 24-1765
(RM21-17-000)
(RM21-17-001)

_____

ENVIRONMENTAL DEFENSE FUND

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

ENTERGY OPERATING COMPANIES; ENTERGY SERVICES, LLC; MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES; PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL; SIERRA CLUB; APPALACHIAN VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY; SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION; MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP; DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES, INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

      Intervenors

————————————————

No. 24-1770
(RM21-17-000)
(RM21-17-001)
(RM21-17-003)

_____

LOUISIANA PUBLIC SERVICE COMMISSION; MISSISSIPPI PUBLIC
SERVICE COMMISSION

       Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

       Respondent

ENTERGY OPERATING COMPANIES; ENTERGY SERVICES, LLC;
MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY
SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM
INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL;
ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; APPALACHIAN
VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE
ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY;
SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON
CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION;
MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY
UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY
INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER
COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT
MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS
MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE
ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY
AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP;

DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES,
INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

    Intervenors

—————————————

No. 24-1785
(RM21-17-000)
(RM21-17-001)

—————————————

PUBLIC UTILITIES COMMISSION OF OHIO'S OFFICE OF THE FEDERAL
ENERGY ADVOCATE; PUBLIC SERVICE COMMISSION OF WEST
VIRGINIA

    Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

ENTERGY OPERATING COMPANIES; ENTERGY SERVICES, LLC;
MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY
SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM
INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL;
ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; APPALACHIAN
VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE
ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY;
SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON
CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION;
MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY
UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY

INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER
COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT
MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS
MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE
ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY
AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP;
DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES,
INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

       Intervenors

————————————

No. 24-1792
(RM21-17-000)
(RM21-17-001)

————————————

ITC MIDWEST LLC

       Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

       Respondent

ENTERGY OPERATING COMPANIES; ENTERGY SERVICES, LLC;
MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY
SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM
INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL;
ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; APPALACHIAN
VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE
ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY;

SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON
CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION;
MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY
UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY
INDUSTRIES ASSOCATION; LARGE PUBLIC POWER COUNCIL;
MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT MUNICIPAL
ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS MUNICIPAL
WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE ELECTRIC
COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY AUTHORITY;
TRANSMISSION ACCESS POLICY STUDY GROUP; DUQUESNE LIGHT
COMPANY; SOUTHERN COMPANY SERVICES, INCORPORATED;
PENNSYLVANIA PUBLIC UTILITY COMMISSION

   Intervenors

———————————————

No. 24-1804
(RM21-17-000)
(RM21-17-001)
(RM21-17-003)

———————————————

NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION

   Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

   Respondent

ENTERGY OPERATING COMPANIES; ENTERGY SERVICES, LLC;
MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY

SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM
INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL;
ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; APPALACHIAN
VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE
ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY;
SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON
CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION;
MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY
UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY
INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER
COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT
MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS
MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE
ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY
AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP;
DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES,
INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

   Intervenors

————————————

No. 24-1857
(RM21-17-000)
(RM21-17-001)

————————————

ELECTRICITY TRANSMISSION COMPETITION COALITION; LS POWER
GRID, LLC

   Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

   Respondent

ENTERGY OPERATING COMPANIES; ENTERGY SERVICES, LLC;
MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE

ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES; PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL; ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; APPALACHIAN VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY; SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION; MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP; DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES, INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

   Intervenors

------

No. 24-1862
(RM21-17-000)
(RM21-17-001)

------

AMERICAN FOREST & PAPER ASSOCIATION; COALITION OF MISO TRANSMISSION CUSTOMERS; INDUSTRIAL ENERGY CONSUMERS OF AMERICA; PJM INDUSTRIAL CUSTOMER COALITION

   Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

ENTERGY OPERATING COMPANIES; ENTERGY SERVICES, LLC;
MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY
SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM
INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL;
ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; APPALACHIAN
VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE
ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY;
SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON
CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION;
MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY
UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY
INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER
COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT
MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS
MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE
ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY
AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP;
DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES,
INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

Intervenors

————————————

No. 24-1867
(RM21-17-000)
(RM21-17-001)

————————————

NEW ENGLAND STATES COMMITTEE ON ELECTRICITY, INC.

Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

ENTERGY OPERATING COMPANIES; ENTERGY SERVICES, LLC;
MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY
SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM
INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL;
ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; APPALACHIAN
VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE
ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY;
SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON
CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION;
MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY
UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY
INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER
COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT
MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS
MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE
ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY
AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP;
DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES,
INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

      Intervenors

---

No. 24-1876
(RM21-17-000)

(RM21-17-001)

_____

ARIZONA CORPORATION COMMISSION

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

ENTERGY OPERATING COMPANIES; ENTERGY SERVICES, LLC;
MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY
SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM
INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL;
ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; APPALACHIAN
VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE
ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY;
SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON
CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION;
MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY
UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY
INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER
COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT
MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS
MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE
ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY
AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP;
DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES,
INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

      Intervenors

No. 24-1885
(RM21-17-000)
(RM21-17-001)
(RM21-17-003)

MISO TRANSMISSION OWNERS

       Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

       Respondent

ENTERGY OPERATING COMPANIES; ENTERGY SERVICES, LLC;
MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY
SERVICES, INC.; PJM INTERCONNECTION, LLC; NATURAL RESOURCES
DEFENSE COUNCIL; ENVIRONMENTAL DEFENSE FUND; SIERRA
CLUB; APPALACHIAN VOICES; ENERGY ALABAMA; NORTH
CAROLINA SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN
ALLIANCE FOR CLEAN ENERGY; SOUTH CAROLINA COASTAL
CONSERVATION LEAGUE; EXELON CORPORATION; MICHIGAN
PUBLIC SERVICE COMMISSION; MARYLAND PUBLIC SERVICE
COMMISSION; ADVANCED ENERGY UNITED; AMERICAN CLEAN
POWER ASSOCIATION; SOLAR ENERGY INDUSTRIES ASSOCATION;
ITC MIDWEST LLC; LARGE PUBLIC POWER COUNCIL; MICHIGAN
PUBLIC POWER AGENCY; CONNECTICUT MUNICIPAL ELECTRIC
ENERGY COOPERATIVE; MASSACHUSETTS MUNICIPAL WHOLESALE
ELECTRIC COMPANY; NEW HAMPSHIRE ELECTRIC COOPERATIVE,
INC.; VERMONT PUBLIC POWER SUPPLY AUTHORITY; TRANSMISSION

ACCESS POLICY STUDY GROUP; DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES, INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

      Intervenors

_____

No. 24-1887
(RM21-17-000)
(RM21-17-001)

_____

SIERRA CLUB

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

ENTERGY OPERATING COMPANIES; ENTERGY SERVICES, LLC; MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES; PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL; ENVIRONMENTAL DEFENSE FUND; APPALACHIAN VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY; SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION; MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER COUNCIL;

MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT MUNICIPAL
ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS MUNICIPAL
WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE ELECTRIC
COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY AUTHORITY;
TRANSMISSION ACCESS POLICY STUDY GROUP; DUQUESNE LIGHT
COMPANY; SOUTHERN COMPANY SERVICES, INCORPORATED;
PENNSYLVANIA PUBLIC UTILITY COMMISSION

       Intervenors

―――――――――――――

No. 24-1979
(RM21-17-000)
(RM21-17-001)
(RM21-17-003)

―――――――――――――

STATE OF UTAH

       Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

       Respondent

ENTERGY OPERATING COMPANIES; ENTERGY SERVICES, LLC;
MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY
SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM
INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL;
ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; APPALACHIAN
VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE
ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY;

SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON
CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION;
MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY
UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY
INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER
COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT
MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS
MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE
ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY
AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP;
DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES,
INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

      Intervenors

––––––––––––––––––––

No. 24-1991
(RM21-17-000)
(RM21-17-001)
(RM21-17-003)

––––––––––––––––––––

COMMONWEALTH OF KENTUCKY

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

ENTERGY OPERATING COMPANIES; ENTERGY SERVICES, LLC;
MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY

SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM
INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL;
ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; APPALACHIAN
VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE
ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY;
SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON
CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION;
MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY
UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY
INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER
COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT
MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS
MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE
ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY
AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP;
DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES,
INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

      Intervenors

_____

No. 24-2162
(RM21-17-000)
(RM21-17-001)
(RM21-17-003)

_____

ADVANCED ENERGY UNITED, INC.

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

ENTERGY OPERATING COMPANIES; ENTERGY SERVICES, LLC;
MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE

ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY
SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM
INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL;
ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; APPALACHIAN
VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE
ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY;
SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON
CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION;
MARYLAND PUBLIC SERVICE COMMISSION; AMERICAN CLEAN
POWER ASSOCIATION; SOLAR ENERGY INDUSTRIES ASSOCATION;
ITC MIDWEST LLC; LARGE PUBLIC POWER COUNCIL; MICHIGAN
PUBLIC POWER AGENCY; CONNECTICUT MUNICIPAL ELECTRIC
ENERGY COOPERATIVE; MASSACHUSETTS MUNICIPAL WHOLESALE
ELECTRIC COMPANY; NEW HAMPSHIRE ELECTRIC COOPERATIVE,
INC.; VERMONT PUBLIC POWER SUPPLY AUTHORITY; TRANSMISSION
ACCESS POLICY STUDY GROUP; DUQUESNE LIGHT COMPANY;
SOUTHERN COMPANY SERVICES, INCORPORATED; PENNSYLVANIA
PUBLIC UTILITY COMMISSION

            Intervenors

                    _____

                    No. 24-2163
                    (RM21-17-000)
                    (RM21-17-001)

                    _____

OFFICE OF THE OHIO CONSUMERS' COUNSEL

            Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

            Respondent

ENTERGY OPERATING COMPANIES; ENTERGY SERVICES, LLC; MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES; PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL; ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; APPALACHIAN VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY; SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION; MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP; DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES, INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

   Intervenors

————————————

No. 25-1073
(RM21-17-000)
(RM21-17-001)

————————————

PJM TRANSMISSION OWNERS: THE DAYTON POWER & LIGHT COMPANY, d/b/a AES Ohio; DOMINION ENERGY SERVICES, INC., on behalf of Virginia Electric & Power Company d/b/a Dominion Energy Virginia; DUKE ENERGY CORPORATION, on behalf of Duke Energy Ohio, Inc., Duke Energy Kentucky, Inc., and Duke Energy Business Services LLC; DUQUESNE

LIGHT COMPANY; EAST KENTUCKY POWER COOPERATIVE, INC.;
EXELON CORPORATION, on behalf of Atlantic City Electric Company,
Baltimore Gas and Electric Company, Commonwealth Edison Company,
Delmarva Power & Light Company, PECO Energy Company, and Potomac
Electric Power Company; FIRSTENERGY SERVICE COMPANY, on behalf of
American Transmission Systems, Incorporated, Jersey Central Power & Light
Company, Mid-Atlantic Interstate Transmission LLC, The Potomac Edison
Company, Monongahela Power Company, Keystone Appalachian Transmission
Company, and Trans-Allegheny Interstate Line Company; PPL ELECTRIC
UTILITIES CORPORATION

       Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

       Respondent

ENTERGY OPERATING COMPANIES; ENTERGY SERVICES, LLC;
MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY
CAROLINAS, LLC; DUKE ENERGY PROGRESS, LLC; DUKE ENERGY
FLORIDA, LLC; NATIONAL ASSOCIATION OF REGULATORY UTILITY
COMMISSIONERS; RESALE POWER GROUP OF IOWA; MISO
TRANSMISSION OWNERS; PJM INTERCONNECTION, LLC; NATURAL
RESOURCES DEFENSE COUNCIL; ENVIRONMENTAL DEFENSE FUND;
SIERRA CLUB; APPALACHIAN VOICES; ENERGY ALABAMA; NORTH
CAROLINA SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN
ALLIANCE FOR CLEAN ENERGY; SOUTH CAROLINA COASTAL
CONSERVATION LEAGUE; MICHIGAN PUBLIC SERVICE COMMISSION;
MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY
UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY
INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER
COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT
MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS
MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE
ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY
AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP;
SOUTHERN COMPANY SERVICES, INCORPORATED; PENNSYLVANIA
PUBLIC UTILITY COMMISSION

Intervenors

---

No. 25-1080
(RM21-17-001)
(RM21-17-002)
(RM21-17-003)

---

PJM TRANSMISSION OWNERS: AMERICAN ELECTRIC POWER SERVICE
CORPORATION, on behalf of Appalachian Power Company, Indiana Michigan
Power Company, Kentucky Power Company, Kingsport Power Company, Ohio
Power Company, Wheeling Power Company, AEP Appalachian Transmission
Company, Inc., AEP Indiana Michigan Transmission Company, Inc., AEP
Kentucky Transmission Company, Inc., and AEP Ohio Transmission Company,
Inc.; THE DAYTON POWER & LIGHT COMPANY, d/b/a AES Ohio;
DOMINION ENERGY SERVICES, INC., on behalf of Virginia Electric & Power
Company d/b/a Dominion Energy Virginia; DUKE ENERGY CORPORATION,
on behalf of Duke Energy Ohio, Inc., Duke Energy Kentucky, Inc., and Duke
Energy Business Services LLC; DUQUESNE LIGHT COMPANY; EAST
KENTUCKY POWER COOPERATIVE, INC.; EXELON CORPORATION, on
behalf of Atlantic City Electric Company, Baltimore Gas and Electric Company,
Commonwealth Edison Company, Delmarva Power & Light Company, PECO
Energy Company, and Potomac Electric Power Company; FIRSTENERGY
SERVICE COMPANY, on behalf of American Transmission Systems,
Incorporated, Jersey Central Power & Light Company, Mid-Atlantic Interstate
Transmission LLC, The Potomac Edison Company, Monongahela Power
Company, Keystone Appalachian Transmission Company, and Trans-Allegheny
Interstate Line Company; PPL ELECTRIC UTILITIES CORPORATION;
ROCKLAND ELECTRIC COMPANY

Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

ENTERGY OPERATING COMPANIES; ENTERGY SERVICES, LLC;
MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY
CAROLINAS, LLC; DUKE ENERGY PROGRESS, LLC; DUKE ENERGY
FLORIDA, LLC; NATIONAL ASSOCIATION OF REGULATORY UTILITY
COMMISSIONERS; RESALE POWER GROUP OF IOWA; MISO
TRANSMISSION OWNERS; PJM INTERCONNECTION, LLC; NATURAL
RESOURCES DEFENSE COUNCIL; ENVIRONMENTAL DEFENSE FUND;
SIERRA CLUB; APPALACHIAN VOICES; ENERGY ALABAMA; NORTH
CAROLINA SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN
ALLIANCE FOR CLEAN ENERGY; SOUTH CAROLINA COASTAL
CONSERVATION LEAGUE; MICHIGAN PUBLIC SERVICE COMMISSION;
MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY
UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY
INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER
COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT
MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS
MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE
ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY
AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP;
SOUTHERN COMPANY SERVICES, INCORPORATED; PENNSYLVANIA
PUBLIC UTILITY COMMISSION

        Intervenors

————————————

No. 25-1197
(RM21-17-001)
(RM21-17-003)

————————————

AMERICAN ELECTRIC POWER SERVICE CORPORATION; EVERGY
COMPANIES; XCEL ENERGY SERVICES INC., on behalf of Southwestern
Public Service Company

        Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

ENTERGY OPERATING COMPANIES; ENTERGY SERVICES, LLC;
MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY
SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM
INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL;
ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; APPALACHIAN
VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE
ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY;
SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON
CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION;
MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY
UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY
INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER
COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT
MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS
MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE
ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY
AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP;
DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES,
INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

Intervenors

———————————

No. 25-1349
(RM21-17-000)
(RM21-17-001)
(RM21-17-003)

———————————

PUBLIC UTILITIES COMMISSION OF OHIO'S OFFICE OF THE FEDERAL
ENERGY ADVOCATE

Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

ENTERGY OPERATING COMPANIES; ENTERGY SERVICES, LLC;
MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY
SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM
INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL;
ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; APPALACHIAN
VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE
ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY;
SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON
CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION;
MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY
UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY
INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER
COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT
MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS
MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE
ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY
AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP;
DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES,
INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

Intervenors

————————————

O R D E R

————————————

Upon consideration of the parties' joint unopposed motion to establish an agreed-to briefing format and schedule in above-captioned consolidated proceeding, the court grants leave to proceed with a deferred appendix pursuant to Federal Rule of Appellate Procedure 30(c) and establishes the following briefing schedule:

1. Page-proof briefs of petitioners and petitioner-intervenors will be filed by August 29, 2025. Each of the following groups may file a brief of up to 13,000 words each:

   a. States and state commissions.

   b. Transmission Owners in PJM Interconnection, L.L.C., the Midcontinent Independent System Operator and the Southwest Power Pool ("RTO Transmission Owners"), and allied petitioners/intervenors.

   c. American Forest and Paper Association, Coalition of MISO Transmission Customers, Industrial Energy Consumers of America, PJM Industrial Customer Coalition, National Rural Electric Cooperative Association, New England States Committee on Electricity Inc., Office of the Ohio Consumer's Counsel, and allied petitioners/intervenors.

   d. Advanced Energy United, Electricity Transmission Competition Coalition, and LS Power Grid, LLC, and allied petitioners/intervenors.

   e. Public Interest and Clean Energy Petitioners, and allied petitioners/intervenors.

2.   Respondent FERC shall file a page-proof response brief of up to 53,000 words by January 5, 2026.

3.   Intervenors in support of respondent FERC may file page-proof response briefs by February 4, 2026 as follows:

> a. The Pennsylvania PUC, Michigan PSC, and National Association of Regulatory Utility Commissioners and allied parties may file a brief of up to 9,100 words.
>
> b. RTO Transmission Owners and allied parties may file a brief of up to 9,100 words.
>
> c. Public Interest, Public Power, Clean Energy, and Consumer Advocate Respondent-Intervenors and allied parties may file a brief of up to 11,600 words.
>
> d. ITC Midwest may file a brief of up to 4,550 words.

4.   Each of the five groups of petitioners filing opening briefs may file a page-proof reply brief of up to 6,500 words each by February 25, 2026.

5.   The Joint Appendix shall be filed by March 4, 2026.

6.   All briefs in final form shall be filed by March 11, 2026.

For the Court

/s/ Nwamaka Anowi, Clerk