FILED:  September 10, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 24-1650 (L)
(RM21-17-000)
(RM21-17-001)

———————————

APPALACHIAN VOICES; ENERGY ALABAMA; NORTH CAROLINA
SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR
CLEAN ENERGY; SOUTH CAROLINA COASTAL CONSERVATION
LEAGUE

       Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

       Respondent

MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY
SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM
INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL;
ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; EXELON
CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION;
MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY
UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY
INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER
COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT
MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS
MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE

ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY
AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP;
DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES,
INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

      Intervenors

_____

No. 24-1748
(RM21-17-000)
(RM21-17-001)

_____

NATURAL RESOURCES DEFENSE COUNCIL, INC.

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY
SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM
INTERCONNECTION, LLC; ENVIRONMENTAL DEFENSE FUND; SIERRA
CLUB; APPALACHIAN VOICES; ENERGY ALABAMA; NORTH
CAROLINA SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN
ALLIANCE FOR CLEAN ENERGY; SOUTH CAROLINA COASTAL
CONSERVATION LEAGUE; EXELON CORPORATION; MICHIGAN
PUBLIC SERVICE COMMISSION; MARYLAND PUBLIC SERVICE
COMMISSION; ADVANCED ENERGY UNITED; AMERICAN CLEAN
POWER ASSOCIATION; SOLAR ENERGY INDUSTRIES ASSOCATION;
ITC MIDWEST LLC; LARGE PUBLIC POWER COUNCIL; MICHIGAN
PUBLIC POWER AGENCY; CONNECTICUT MUNICIPAL ELECTRIC
ENERGY COOPERATIVE; MASSACHUSETTS MUNICIPAL WHOLESALE

ELECTRIC COMPANY; NEW HAMPSHIRE ELECTRIC COOPERATIVE,
INC.; VERMONT PUBLIC POWER SUPPLY AUTHORITY; TRANSMISSION
ACCESS POLICY STUDY GROUP; DUQUESNE LIGHT COMPANY;
SOUTHERN COMPANY SERVICES, INCORPORATED; PENNSYLVANIA
PUBLIC UTILITY COMMISSION

      Intervenors

---

No. 24-1756
(RM21-17-000)
(RM21-17-001)

---

INVENERGY SOLAR DEVELOPMENT NORTH AMERICA LLC;
INVENERGY THERMAL DEVELOPMENT LLC; INVENERGY WIND
DEVELOPMENT NORTH AMERICA LLC; INVENERGY TRANSMISSION
LLC

      Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY
SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM
INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL;
ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; APPALACHIAN
VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE
ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY;
SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON
CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION;
MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY

UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY
INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER
COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT
MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS
MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE
ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY
AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP;
DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES,
INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

       Intervenors

----

No. 24-1758
(RM21-17-000)
(RM21-17-001)
(RM21-17-003)

----

STATE OF TEXAS

       Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

       Respondent

MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY
SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM
INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL;
ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; APPALACHIAN
VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE
ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY;
SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON

CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION;
MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY
UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY
INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER
COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT
MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS
MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE
ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY
AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP;
DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES,
INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

        Intervenors

------------------------

No. 24-1760
(RM21-17-000)
(RM21-17-001)

------------------------

STATE OF GEORGIA; GEORGIA PUBLIC SERVICE COMMISSION

        Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

        Respondent

MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY
SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM
INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL;
ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; APPALACHIAN
VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE
ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY;

SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON
CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION;
MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY
UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY
INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER
COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT
MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS
MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE
ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY
AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP;
DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES,
INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

        Intervenors

————————————————

No. 24-1765
(RM21-17-000)
(RM21-17-001)

————————————————

ENVIRONMENTAL DEFENSE FUND

        Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

        Respondent

MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY
SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM
INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL;
SIERRA CLUB; APPALACHIAN VOICES; ENERGY ALABAMA; NORTH
CAROLINA SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN

ALLIANCE FOR CLEAN ENERGY; SOUTH CAROLINA COASTAL
CONSERVATION LEAGUE; EXELON CORPORATION; MICHIGAN
PUBLIC SERVICE COMMISSION; MARYLAND PUBLIC SERVICE
COMMISSION; ADVANCED ENERGY UNITED; AMERICAN CLEAN
POWER ASSOCIATION; SOLAR ENERGY INDUSTRIES ASSOCATION;
ITC MIDWEST LLC; LARGE PUBLIC POWER COUNCIL; MICHIGAN
PUBLIC POWER AGENCY; CONNECTICUT MUNICIPAL ELECTRIC
ENERGY COOPERATIVE; MASSACHUSETTS MUNICIPAL WHOLESALE
ELECTRIC COMPANY; NEW HAMPSHIRE ELECTRIC COOPERATIVE,
INC.; VERMONT PUBLIC POWER SUPPLY AUTHORITY; TRANSMISSION
ACCESS POLICY STUDY GROUP; DUQUESNE LIGHT COMPANY;
SOUTHERN COMPANY SERVICES, INCORPORATED; PENNSYLVANIA
PUBLIC UTILITY COMMISSION

      Intervenors

————————————

No. 24-1770
(RM21-17-000)
(RM21-17-001)
(RM21-17-003)

————————————

LOUISIANA PUBLIC SERVICE COMMISSION; MISSISSIPPI PUBLIC
SERVICE COMMISSION

      Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY

SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM
INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL;
ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; APPALACHIAN
VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE
ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY;
SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON
CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION;
MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY
UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY
INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER
COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT
MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS
MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE
ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY
AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP;
DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES,
INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

   Intervenors

————————————————

No. 24-1785
(RM21-17-000)
(RM21-17-001)

————————————————

PUBLIC UTILITIES COMMISSION OF OHIO'S OFFICE OF THE FEDERAL
ENERGY ADVOCATE; PUBLIC SERVICE COMMISSION OF WEST
VIRGINIA

   Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

   Respondent

MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL

ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES; PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL; ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; APPALACHIAN VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY; SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION; MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP; DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES, INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

Intervenors

———————————

No. 24-1792
(RM21-17-000)
(RM21-17-001)

———————————

ITC MIDWEST LLC

Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE

ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY
SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM
INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL;
ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; APPALACHIAN
VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE
ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY;
SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON
CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION;
MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY
UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY
INDUSTRIES ASSOCATION; LARGE PUBLIC POWER COUNCIL;
MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT MUNICIPAL
ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS MUNICIPAL
WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE ELECTRIC
COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY AUTHORITY;
TRANSMISSION ACCESS POLICY STUDY GROUP; DUQUESNE LIGHT
COMPANY; SOUTHERN COMPANY SERVICES, INCORPORATED;
PENNSYLVANIA PUBLIC UTILITY COMMISSION

    Intervenors

————————————

No. 24-1804
(RM21-17-000)
(RM21-17-001)
(RM21-17-003)

————————————

NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION

    Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES; PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL; ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; APPALACHIAN VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY; SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION; MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP;

DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES, INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

       Intervenors

————————————

No. 24-1857
(RM21-17-000)
(RM21-17-001)

————————————

ELECTRICITY TRANSMISSION COMPETITION COALITION; LS POWER GRID, LLC

       Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

  Respondent

MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY
SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM
INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL;
ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; APPALACHIAN
VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE
ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY;
SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON
CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION;
MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY
UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY
INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER
COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT
MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS
MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE
ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY
AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP;
DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES,
INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

  Intervenors

—————————————

No. 24-1862
(RM21-17-000)
(RM21-17-001)

—————————————

AMERICAN FOREST & PAPER ASSOCIATION; COALITION OF MISO
TRANSMISSION CUSTOMERS; INDUSTRIAL ENERGY CONSUMERS OF
AMERICA; PJM INDUSTRIAL CUSTOMER COALITION

  Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY
SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM
INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL;
ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; APPALACHIAN
VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE
ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY;
SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON
CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION;
MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY
UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY
INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER
COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT
MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS
MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE
ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY
AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP;
DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES,
INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

      Intervenors

————————————————

No. 24-1867
(RM21-17-000)
(RM21-17-001)

————————————————

NEW ENGLAND STATES COMMITTEE ON ELECTRICITY, INC.

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY
SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM
INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL;
ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; APPALACHIAN
VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE
ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY;
SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON
CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION;
MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY
UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY
INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER
COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT
MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS
MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE
ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY
AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP;
DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES,
INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

      Intervenors

_____

No. 24-1876
(RM21-17-000)
(RM21-17-001)

_____

ARIZONA CORPORATION COMMISSION

       Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

       Respondent

MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY
SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM
INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL;
ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; APPALACHIAN
VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE
ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY;
SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON
CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION;
MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY
UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY
INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER
COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT
MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS
MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE
ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY
AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP;
DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES,
INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

       Intervenors

———————————

No. 24-1885
(RM21-17-000)
(RM21-17-001)
(RM21-17-003)

———————————

MISO TRANSMISSION OWNERS

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY
SERVICES, INC.; PJM INTERCONNECTION, LLC; NATURAL RESOURCES
DEFENSE COUNCIL; ENVIRONMENTAL DEFENSE FUND; SIERRA
CLUB; APPALACHIAN VOICES; ENERGY ALABAMA; NORTH
CAROLINA SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN
ALLIANCE FOR CLEAN ENERGY; SOUTH CAROLINA COASTAL
CONSERVATION LEAGUE; EXELON CORPORATION; MICHIGAN
PUBLIC SERVICE COMMISSION; MARYLAND PUBLIC SERVICE
COMMISSION; ADVANCED ENERGY UNITED; AMERICAN CLEAN
POWER ASSOCIATION; SOLAR ENERGY INDUSTRIES ASSOCATION;
ITC MIDWEST LLC; LARGE PUBLIC POWER COUNCIL; MICHIGAN
PUBLIC POWER AGENCY; CONNECTICUT MUNICIPAL ELECTRIC
ENERGY COOPERATIVE; MASSACHUSETTS MUNICIPAL WHOLESALE
ELECTRIC COMPANY; NEW HAMPSHIRE ELECTRIC COOPERATIVE,
INC.; VERMONT PUBLIC POWER SUPPLY AUTHORITY; TRANSMISSION
ACCESS POLICY STUDY GROUP; DUQUESNE LIGHT COMPANY;

SOUTHERN COMPANY SERVICES, INCORPORATED; PENNSYLVANIA
PUBLIC UTILITY COMMISSION

          Intervenors

---

No. 24-1887
(RM21-17-000)
(RM21-17-001)

---

SIERRA CLUB

          Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

          Respondent

MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY
SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM
INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL;
ENVIRONMENTAL DEFENSE FUND; APPALACHIAN VOICES; ENERGY
ALABAMA; NORTH CAROLINA SUSTAINABLE ENERGY ASSOCIATION;
SOUTHERN ALLIANCE FOR CLEAN ENERGY; SOUTH CAROLINA
COASTAL CONSERVATION LEAGUE; EXELON CORPORATION;
MICHIGAN PUBLIC SERVICE COMMISSION; MARYLAND PUBLIC
SERVICE COMMISSION; ADVANCED ENERGY UNITED; AMERICAN
CLEAN POWER ASSOCIATION; SOLAR ENERGY INDUSTRIES
ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER COUNCIL;
MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT MUNICIPAL
ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS MUNICIPAL
WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE ELECTRIC
COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY AUTHORITY;

TRANSMISSION ACCESS POLICY STUDY GROUP; DUQUESNE LIGHT
COMPANY; SOUTHERN COMPANY SERVICES, INCORPORATED;
PENNSYLVANIA PUBLIC UTILITY COMMISSION

        Intervenors

———————————————

No. 24-1979
(RM21-17-000)
(RM21-17-001)
(RM21-17-003)

———————————————

STATE OF UTAH

        Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

        Respondent

MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY
SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM
INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL;
ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; APPALACHIAN
VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE
ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY;
SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON
CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION;
MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY
UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY
INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER
COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT
MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS

MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE
ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY
AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP;
DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES,
INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

      Intervenors

————————————

No. 24-1991
(RM21-17-000)
(RM21-17-001)
(RM21-17-003)

————————————

COMMONWEALTH OF KENTUCKY

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY
SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM
INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL;
ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; APPALACHIAN
VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE
ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY;
SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON
CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION;
MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY
UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY
INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER

COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT
MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS
MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE
ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY
AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP;
DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES,
INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

      Intervenors

———————————

No. 24-2162
(RM21-17-000)
(RM21-17-001)
(RM21-17-003)

———————————

ADVANCED ENERGY UNITED, INC.

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY
SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM
INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL;
ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; APPALACHIAN
VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE
ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY;
SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON
CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION;
MARYLAND PUBLIC SERVICE COMMISSION; AMERICAN CLEAN

POWER ASSOCIATION; SOLAR ENERGY INDUSTRIES ASSOCATION;
ITC MIDWEST LLC; LARGE PUBLIC POWER COUNCIL; MICHIGAN
PUBLIC POWER AGENCY; CONNECTICUT MUNICIPAL ELECTRIC
ENERGY COOPERATIVE; MASSACHUSETTS MUNICIPAL WHOLESALE
ELECTRIC COMPANY; NEW HAMPSHIRE ELECTRIC COOPERATIVE,
INC.; VERMONT PUBLIC POWER SUPPLY AUTHORITY; TRANSMISSION
ACCESS POLICY STUDY GROUP; DUQUESNE LIGHT COMPANY;
SOUTHERN COMPANY SERVICES, INCORPORATED; PENNSYLVANIA
PUBLIC UTILITY COMMISSION

      Intervenors

———————————————

No. 24-2163
(RM21-17-000)
(RM21-17-001)

———————————————

OFFICE OF THE OHIO CONSUMERS' COUNSEL

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY
SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM
INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL;
ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; APPALACHIAN
VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE
ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY;
SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON
CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION;

MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP; DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES, INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

        Intervenors

———————————

No. 25-1073
(RM21-17-000)
(RM21-17-001)

———————————

PJM TRANSMISSION OWNERS: THE DAYTON POWER & LIGHT COMPANY, d/b/a AES Ohio; DOMINION ENERGY SERVICES, INC., on behalf of Virginia Electric & Power Company d/b/a Dominion Energy Virginia; DUKE ENERGY CORPORATION, on behalf of Duke Energy Ohio, Inc., Duke Energy Kentucky, Inc., and Duke Energy Business Services LLC; DUQUESNE LIGHT COMPANY; EAST KENTUCKY POWER COOPERATIVE, INC.; EXELON CORPORATION, on behalf of Atlantic City Electric Company, Baltimore Gas and Electric Company, Commonwealth Edison Company, Delmarva Power & Light Company, PECO Energy Company, and Potomac Electric Power Company; FIRSTENERGY SERVICE COMPANY, on behalf of American Transmission Systems, Incorporated, Jersey Central Power & Light Company, Mid-Atlantic Interstate Transmission LLC, The Potomac Edison Company, Monongahela Power Company, Keystone Appalachian Transmission Company, and Trans-Allegheny Interstate Line Company; PPL ELECTRIC UTILITIES CORPORATION

        Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

        Respondent

MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY
CAROLINAS, LLC; DUKE ENERGY PROGRESS, LLC; DUKE ENERGY
FLORIDA, LLC; NATIONAL ASSOCIATION OF REGULATORY UTILITY
COMMISSIONERS; RESALE POWER GROUP OF IOWA; MISO
TRANSMISSION OWNERS; PJM INTERCONNECTION, LLC; NATURAL
RESOURCES DEFENSE COUNCIL; ENVIRONMENTAL DEFENSE FUND;
SIERRA CLUB; APPALACHIAN VOICES; ENERGY ALABAMA; NORTH
CAROLINA SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN
ALLIANCE FOR CLEAN ENERGY; SOUTH CAROLINA COASTAL
CONSERVATION LEAGUE; MICHIGAN PUBLIC SERVICE COMMISSION;
MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY
UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY
INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER
COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT
MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS
MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE
ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY
AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP;

SOUTHERN COMPANY SERVICES, INCORPORATED; PENNSYLVANIA
PUBLIC UTILITY COMMISSION

       Intervenors

———————————

No. 25-1080
(RM21-17-001)
(RM21-17-002)
(RM21-17-003)

———————————

PJM TRANSMISSION OWNERS: AMERICAN ELECTRIC POWER SERVICE
CORPORATION, on behalf of Appalachian Power Company, Indiana Michigan
Power Company, Kentucky Power Company, Kingsport Power Company, Ohio
Power Company, Wheeling Power Company, AEP Appalachian Transmission
Company, Inc., AEP Indiana Michigan Transmission Company, Inc., AEP
Kentucky Transmission Company, Inc., and AEP Ohio Transmission Company,
Inc.; THE DAYTON POWER & LIGHT COMPANY, d/b/a AES Ohio;
DOMINION ENERGY SERVICES, INC., on behalf of Virginia Electric & Power
Company d/b/a Dominion Energy Virginia; DUKE ENERGY CORPORATION,
on behalf of Duke Energy Ohio, Inc., Duke Energy Kentucky, Inc., and Duke

Energy Business Services LLC; DUQUESNE LIGHT COMPANY; EAST
KENTUCKY POWER COOPERATIVE, INC.; EXELON CORPORATION, on
behalf of Atlantic City Electric Company, Baltimore Gas and Electric Company,
Commonwealth Edison Company, Delmarva Power & Light Company, PECO
Energy Company, and Potomac Electric Power Company; FIRSTENERGY
SERVICE COMPANY, on behalf of American Transmission Systems,
Incorporated, Jersey Central Power & Light Company, Mid-Atlantic Interstate
Transmission LLC, The Potomac Edison Company, Monongahela Power
Company, Keystone Appalachian Transmission Company, and Trans-Allegheny
Interstate Line Company; PPL ELECTRIC UTILITIES CORPORATION;
ROCKLAND ELECTRIC COMPANY

       Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

       Respondent

MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY
CAROLINAS, LLC; DUKE ENERGY PROGRESS, LLC; DUKE ENERGY
FLORIDA, LLC; NATIONAL ASSOCIATION OF REGULATORY UTILITY
COMMISSIONERS; RESALE POWER GROUP OF IOWA; MISO
TRANSMISSION OWNERS; PJM INTERCONNECTION, LLC; NATURAL
RESOURCES DEFENSE COUNCIL; ENVIRONMENTAL DEFENSE FUND;
SIERRA CLUB; APPALACHIAN VOICES; ENERGY ALABAMA; NORTH
CAROLINA SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN
ALLIANCE FOR CLEAN ENERGY; SOUTH CAROLINA COASTAL
CONSERVATION LEAGUE; MICHIGAN PUBLIC SERVICE COMMISSION;
MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY
UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY
INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER
COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT
MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS
MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE
ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY
AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP;
SOUTHERN COMPANY SERVICES, INCORPORATED; PENNSYLVANIA
PUBLIC UTILITY COMMISSION

       Intervenors

———————————————

No. 25-1197
(RM21-17-001)
(RM21-17-003)

———————————————

AMERICAN ELECTRIC POWER SERVICE CORPORATION; EVERGY
COMPANIES; XCEL ENERGY SERVICES INC., on behalf of Southwestern
Public Service Company

      Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY
SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM
INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL;
ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; APPALACHIAN
VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE
ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY;
SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON
CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION;
MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY
UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY
INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER
COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT
MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS
MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE
ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY
AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP;

DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES, INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

   Intervenors

_____

No. 25-1349
(RM21-17-000)
(RM21-17-001)
(RM21-17-003)

_____

PUBLIC UTILITIES COMMISSION OF OHIO'S OFFICE OF THE FEDERAL ENERGY ADVOCATE

   Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

   Respondent

MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES; PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL; ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; APPALACHIAN VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY; SOUTH CAROLINA COASTAL CONSERVATION LEAGUE; EXELON CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION; MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS

MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE
ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY
AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP;
DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES,
INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

      Intervenors

---

### O R D E R

---

The court deconsolidates Case No. 24-1792 from consolidated Case No. 24-1650(L).

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk