FILED: January 22, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1650 (L)
(RM21-17-000)
(RM21-17-001)

_____

APPALACHIAN VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY; SOUTH CAROLINA COASTAL CONSERVATION LEAGUE

    Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES; PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL; ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; EXELON CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION; MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER

COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP; DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES, INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

   Intervenors

------------------------------

ORGANIZATION OF PJM STATES

  Amicus Supporting Respondent

_____

O R D E R

_____

  The court denies Professor Joshua C. Macey's motion to extend filing time for amicus curiae brief and to file amicus curiae brief.

       For the Court--By Direction

       /s/ Nwamaka Anowi, Clerk