FILED: February 6, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1650 (L)
(RM21-17-000)
(RM21-17-001)

_____

APPALACHIAN VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY; SOUTH CAROLINA COASTAL CONSERVATION LEAGUE

    Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES; PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL; ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; EXELON CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION; MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER

COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP; DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES, INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

    Intervenors

------------------------------

ORGANIZATION OF PJM STATES; INSTITUTE FOR POLICY INTEGRITY AT NEW YORK UNIVERSITY SCHOOL OF LAW; AMICI CURIAE STATES

    Amici Supporting Respondent

_____

O R D E R

_____

  Amici Curiae States have filed an amicus curiae brief and the court accepts the brief for filing.

  Counsel for Amici Curiae States is directed to file an appearance form within three days of the date of this order.

           For the Court--By Direction

           /s/ Nwamaka Anowi, Clerk