FILED:  February 9, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1650 (L)
(RM21-17-000)
(RM21-17-001)

_____

APPALACHIAN VOICES; ENERGY ALABAMA; NORTH CAROLINA
SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR
CLEAN ENERGY; SOUTH CAROLINA COASTAL CONSERVATION
LEAGUE

      Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS
SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE
ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE
ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL
ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE
POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES;
PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY
SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM
INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL;
ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; EXELON
CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION;
MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY
UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY
INDUSTRIES ASSOCATION; ITC MIDWEST LLC; LARGE PUBLIC POWER

COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP; DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES, INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

         Intervenors

------------------------------

ORGANIZATION OF PJM STATES; INSTITUTE FOR POLICY INTEGRITY AT NEW YORK UNIVERSITY SCHOOL OF LAW; AMICI CURIAE STATES; PROFESSOR JOSHUA C. MACEY

         Amici Supporting Respondent

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to reconsider, the court grants the motion. Professor Joshua C. Macey is granted leave to file an amicus curiae brief. The amicus curiae brief and an appearance form are due within three days of the date of this order.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk