# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

July 20, 2026

_____

NOTICE

_____

No. 24-1650 (L), Appalachian Voices v. FERC
RM21-17-000, RM21-17-001

TO: Counsel of Record

These consolidated appeals are scheduled for oral argument on Tuesday, September 15, 2026. To ensure an organized presentation of argument, counsel are requested to file, no later than **August 7, 2026**, their suggestions on the most efficient format for argument. In particular, the joint proposed format should specify, preferably in a chart:

- The names of counsel for petitioners and respondent who will argue and the parties they represent.
- Which primary issues presented in the briefs warrant argument.
- The sequence in which the Court should hear the issues that warrant argument.
- How much time the Court should expect for argument, including the amount of time for each issue or set of issues that warrants argument and rebuttal time.
- If respondent wishes to cede time to intervenors, the name of counsel for intervenors who will argue, the parties they represent, and the issues they will address.

Counsel are encouraged to prepare a joint proposed format.

Mark O'Brien, Chief Deputy Clerk
804-916-2700