FILED: August 26, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 24-1650 (L)
(RM21-17-000)
(RM21-17-001)

---

APPALACHIAN VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY; SOUTH CAROLINA COASTAL CONSERVATION LEAGUE

Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

MARYLAND OFFICE OF PEOPLE'S COUNSEL; DUKE ENERGY BUSINESS SERVICES, LLC; DUKE ENERGY OHIO, INCORPORATED; DUKE ENERGY KENTUCKY, INC.; DUKE ENERGY CAROLINAS, LLC; DUKE ENERGY PROGRESS, LLC; DUKE ENERGY FLORIDA, LLC; NATIONAL ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS; RESALE POWER GROUP OF IOWA; FIRSTENERGY TRANSMISSION COMPANIES; PPL ELECTRIC UTILITIES CORPORATION; DOMINION ENERGY SERVICES, INC.; MISO TRANSMISSION OWNERS; PJM INTERCONNECTION, LLC; NATURAL RESOURCES DEFENSE COUNCIL; ENVIRONMENTAL DEFENSE FUND; SIERRA CLUB; EXELON CORPORATION; MICHIGAN PUBLIC SERVICE COMMISSION; MARYLAND PUBLIC SERVICE COMMISSION; ADVANCED ENERGY UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY INDUSTRIES ASSOCIATION; ITC MIDWEST LLC; LARGE PUBLIC

POWER COUNCIL; MICHIGAN PUBLIC POWER AGENCY; CONNECTICUT MUNICIPAL ELECTRIC ENERGY COOPERATIVE; MASSACHUSETTS MUNICIPAL WHOLESALE ELECTRIC COMPANY; NEW HAMPSHIRE ELECTRIC COOPERATIVE, INC.; VERMONT PUBLIC POWER SUPPLY AUTHORITY; TRANSMISSION ACCESS POLICY STUDY GROUP; DUQUESNE LIGHT COMPANY; SOUTHERN COMPANY SERVICES, INCORPORATED; PENNSYLVANIA PUBLIC UTILITY COMMISSION

Intervenors

------------------------------

ORGANIZATION OF PJM STATES; INSTITUTE FOR POLICY INTEGRITY AT NEW YORK UNIVERSITY SCHOOL OF LAW; AMICI CURIAE STATES; PROFESSOR JOSHUA C. MACEY

Amici Supporting Respondent

O R D E R

The court grants the motion to withdraw Steven G. Boughton and Kelsey Curtis Catina for Advanced Energy United, American Clean Power Association, and Solar Energy Industries Association from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk