**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
**OFFICE OF THE CLERK**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Nwamaka Anowi
Clerk

Telephone
804-916-2700

August 31, 2026

No. 24-1650 (L), Appalachian Voices v. FERC
RM21-17-000, RM21-17-001

TO: Counsel

These consolidated appeals are scheduled for oral argument on Tuesday, September 15, 2026. Upon careful review of the parties' new joint proposed oral argument format submitted on August 31, 2026, the Court accepts the proposal.

K. Stump, Deputy Clerk
804-916-2702